IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SOUTHERN NUCLEAR OPERATING, COMPANY; ALABAMA POWER COMPANY; and GEORGIA POWER COMPANY, Plaintiffs, | ) |
| v. | ) No. 98-614C (Senior Judge Merow) |
| THE UNITED STATES, Defendant. | ) |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Marian E. Sullivan as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

MARIAN E. SULLIVAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor
1100 L Street, N.W.

Dated: May 7, 2004

s/ Marian E. Sullivan
MARIAN E. SULLIVAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Telephone: (202) 307-0365
Telecopy: (202) 307-2503

CERTIFICATE OF FILING

I hereby certify that on this 7th day of May 2004, a copy of foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Marian E. Sullivan