IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SOUTHERN NUCLEAR OPERATING, COMPANY; ALABAMA POWER COMPANY; and GEORGIA POWER COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 98-614C<br>(Senior Judge Merow) |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, defendant respectfully requests an enlargement of time of eight days through and until September 28, 2004, to respond to the motion for an order regarding subsequent damages actions filed by plaintiffs, Southern Nuclear Operating Company, Alabama Power Company and Georgia Power Company. Defendant's response is currently due today, September 20, 2004. This is defendant's first request for an enlargement of time for this purpose. Plaintiffs' counsel has represented that plaintiffs do not oppose this request for an enlargement.

The requested enlargement is necessary because a recent absence from the office and other case commitments of Government counsel make it impossible for counsel to complete the Government's response to plaintiffs' motion, obtain review of it and file it with the Court by the current deadline. Government counsel was on previously planned leave from the office September 1 through 7, 2004, and returned to the office on September 8,

2004. Since returning to the office, Government counsel has been working to coordinate the entry of the current protective order in many of the recently filed spent nuclear fuel ("SNF") cases and finalize preparations for a website upon which the Government will make all documents available to the plaintiffs in the SNF cases, both documents produced to date and documents to be produced in response to requests in the future. In addition, Government counsel has undertaken discovery efforts in this case, including review of plaintiffs' discovery requests, served on August 31, 2004, and preparation of the Government's first set of document production requests, served on September 17, 2004.

For the foregoing reasons, defendant respectfully requests that the Court grant the request for an enlargement of time of eight days through and until September 28, 2004.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Marian E. Sullivan
MARIAN E. SULLIVAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0365
Fax: (202) 307-2503

September 20, 2004 Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 20th day of September 2004, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Marian E. Sullivan