# In the United States Court of Federal Claims

No. 98-614C
(Filed September 20, 2004)

| | |
|---|---|
| ****************************** | |
| SOUTHERN NUCLEAR | * |
| OPERATING COMPANY, | * |
| ALABAMA POWER COMPANY, | * |
| GEORGIA POWER COMPANY, | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| ****************************** | |

## ORDER

On September 20, 2004, Defendant's Unopposed Motion for an Enlargement of Time was filed. Defendant requests an enlargement of time of eight days through and until September 28, 2004, to respond to plaintiffs' motion for an order regarding subsequent damages actions.

Accordingly, it is **ORDERED** that defendant's motion, filed September 20, 2004, is **GRANTED**.

s/ James F. Merow
James F. Merow
Senior Judge