IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SOUTHERN NUCLEAR OPERATING, COMPANY; ALABAMA POWER COMPANY; and GEORGIA POWER COMPANY, Plaintiffs, | ) |
| v. | ) No. 98-614C (Senior Judge Merow) |
| THE UNITED STATES, Defendant. | ) |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, defendant respectfully requests an enlargement of time of three days through and until October 1, 2004, to respond to the motion for an order regarding subsequent damages actions filed by plaintiffs, Southern Nuclear Operating Company, Alabama Power Company and Georgia Power Company. Defendant's response is currently due today, September 28, 2004. This is defendant's second request for an enlargement of time for this purpose, the Court having previously granted the Government an enlargement of eight days. Plaintiffs' counsel has represented that plaintiffs do not oppose this request for an enlargement.

The requested enlargement is necessary because, although the Government has been working diligently upon the Government's response, we have discovered that we had a misunderstanding regarding the nature of the relief that the plaintiffs sought through their motion. Upon discovering the potential error, Government counsel discussed the motion with plaintiffs' counsel

to gain a better understanding of the relief sought by plaintiffs, which has assisted us in focusing our response. Government counsel requires an additional three days to complete the response and obtain the necessary supervisory reviews.

For the foregoing reasons, defendant respectfully requests that the Court grant the request for an enlargement of time of three days through and until October 1, 2004.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Marian E. Sullivan
MARIAN E. SULLIVAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0365
Fax: (202) 307-2503

September 28, 2004

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 28th day of September 2004, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Marian E. Sullivan