# In the United States Court of Federal Claims

No. 98-614C
(Filed September 28, 2004)

| | |
|---|---|
| SOUTHERN NUCLEAR OPERATING COMPANY, ALABAMA POWER COMPANY, GEORGIA POWER COMPANY, | * |
| Plaintiffs, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

**ORDER**

On September 28, 2004, Defendant's Unopposed Motion for an Enlargement of Time was filed. Defendant requests an enlargement of time of three days through and until October 1, 2004, to respond to plaintiffs' motion for an order regarding subsequent damages actions.

Accordingly, it is **ORDERED** that defendant's motion, filed September 28, 2004, is **GRANTED**.

s/ James F. Merow
James F. Merow
Senior Judge