IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SOUTHERN NUCLEAR OPERATING, COMPANY; ALABAMA POWER COMPANY; and GEORGIA POWER COMPANY, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 98-614C (Senior Judge Merow) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S PROPOSED FINDINGS OF UNCONTROVERTED FACT REGARDING PRE-BREACH AND FUTURE DAMAGES

Pursuant to Rule 56(h)(1) of the Rules of the Court of Federal Claims, defendant, the United States, respectfully files these proposed findings of uncontroverted fact in support of its motion for summary judgment regarding the unavailability of pre-breach and future damages for plaintiffs, Southern Nuclear Operating Company, Alabama Power Company and Georgia Power Company, in the claim for partial breach pending before the Court.

PROPOSED FINDINGS OF UNCONTROVERTED FACT

1. Alabama Power and Georgia Power executed Standard Contracts with the Department of Energy ("DOE") for the removal of spent nuclear fuel from their respective facilities. First Amended Complaint, dated October 4, 2002, ¶¶ 2, 14.

2. Alabama Power and Georgia Power continue to perform their obligations, namely the payment of fees, pursuant to the Standard Contract. First Amended Complaint, ¶¶ 3, 17.

3. The Department of Energy ("DOE") was obligated to begin to accept spent nuclear fuel ("SNF") from commercial nuclear utilities by January 31, 1998, in accordance with the requirements of the Standard Contract, 10 C.F. R. § 961.11 (1983). DOE has not yet begun

to accept SNF from any commercial nuclear utilities pursuant to the Standard Contract. Order, filed Apr. 7, 2004, at 5.

4. Plaintiffs seek to recover for the Department of Energy's ("DOE") partial breach of the Standard Contract. First Amended Complaint, Count I.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Marian E. Sullivan
MARIAN E. SULLIVAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0365
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of the General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

JOHN C. EKMAN
HEIDE L. HERRMANN
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530

October 1, 2004

CERTIFICATE OF FILING

I hereby certify that on this 1st day of October 2004, a copy of foregoing "DEFENDANT'S PROPOSED FINDINGS OF UNCONTROVERTED FACT REGARDING PRE-BREACH AND FUTURE DAMAGES" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Marian E. Sullivan