**No. 98-614C**
**(Senior Judge Merow)**

---

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**SOUTHERN NUCLEAR OPERATING COMPANY,**
**ALABAMA POWER COMPANY, AND GEORGIA POWER COMPANY,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

---

# PLAINTIFFS' PROPOSED FINDINGS OF UNCONTROVERTED FACT REGARDING PRE-BREACH AND FUTURE DAMAGES

---

**M. Stanford Blanton**
**BALCH & BINGHAM LLP**
**1710 Sixth Avenue North**
**Birmingham, AL 35203**
**Telephone: (205) 226-3417**
**Facsimile: (205) 226-8798**

**Of Counsel:**

**Ed R. Haden**
**K. C. Hairston**
**BALCH & BINGHAM LLP**
**1710 Sixth Avenue North**
**Birmingham, AL 35203**
**Telephone: (205) 251-8100**
**Facsimile: (205) 226-8798**

**Ronald A. Schechter**
**Jeffrey L. Handwerker**
**ARNOLD & PORTER**
**555 Twelfth Street, N.W.**
**Washington, D.C. 20004-1202**
**Telephone: (202) 942-5000**
**Facsimile: (205) 942-5999**

**October 18, 2004**

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **SOUTHERN NUCLEAR OPERATING CO., INC., ALABAMA POWER COMPANY, AND GEORGIA POWER COMPANY,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **No. 98-614C (Senior Judge Merow)** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**PLAINTIFFS' PROPOSED FINDINGS OF UNCONTROVERTED FACT REGARDING PRE-BREACH AND FUTURE DAMAGES**

Pursuant to Rule 56(h)(2) of the Rules of the Court of Federal Claims, Plaintiffs Southern Nuclear Operating Company, Alabama Power Company, and Georgia Power Company (collectively, "Southern"), respectfully file these proposed findings of uncontroverted fact in support of its Response to Defendant's Cross-Motion for Summary Judgment Regarding Pre-Breach and Future Damages.

**Defendant's Proposed Findings Of Uncontroverted Fact**

1. Alabama Power and Georgia Power executed Standard Contracts with the Department of Energy ("DOE") for the removal of spent nuclear fuel from their respective facilities. First Amended Complaint, dated October 4, 2002, ¶¶ 2, 14.

Plaintiffs agree to the above proposed finding of uncontroverted fact.

2. Alabama Power and Georgia Power continue to perform their obligations, namely the payment of fees, pursuant to the Standard Contract. First Amended Complaint, ¶¶ 3, 17.

Plaintiffs agree to the above proposed finding of uncontroverted fact.

3. The Department of Energy ("DOE") was obligated to begin to accept spent nuclear fuel ("SNF") from commercial nuclear utilities by January 31, 1998, in accordance with the requirements of the Standard Contract, 10 C.F. R. § 961.11 (1983). DOE has not yet begun to accept SNF from any commercial nuclear utilities pursuant to the Standard Contract. Order, filed Apr. 7, 2004, at 5.

Plaintiffs agree with this proposed finding of uncontroverted fact.

4. Plaintiffs seek to recover for the Department of Energy's ("DOE") partial breach of the Standard Contract. First Amended Complaint, Count I.

Plaintiffs would restate the above proposed finding of uncontroverted fact as follows:

"Plaintiffs seek to recover for the Department of Energy's ("DOE") partial breach of the Standard Contracts. First Amended Complaint, Count I."

**Plaintiffs' Proposed Findings of Uncontroverted Fact**

5. Defendant plans to begin accepting spent nuclear fuel ("SNF") from commercial nuclear utilities in 2010. Gov.'s Resp. to Southern's Interr. No. 1. (App. to Southern's Resp. at 16.)

Respectfully submitted,

Dated: October 18, 2004

s/ M. Stanford Blanton
Balch & Bingham LLP
1710 Sixth Avenue North
Birmingham, AL 35203
Telephone: (205) 226-3417
Facsimile: (205) 226-8798

COUNSEL OF RECORD FOR PLAINTIFFS

**Of Counsel:**

Ed R. Haden
K. C. Hairston
BALCH & BINGHAM LLP
1710 Sixth Avenue North
Birmingham, AL 35203
Telephone: (205) 251-8100
Facsimile: (205) 226-8798

Ronald A. Schechter
Jeffrey L. Handwerker
ARNOLD & PORTER
555 Twelfth Street, N.W.
Washington, D.C. 20004-1202
Telephone: (202) 942-5777
Facsimile: (202) 942-5999

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of October 2004, a copy of the foregoing "PLAINTIFFS' PROPOSED FINDINGS OF UNCONTROVERTED FACT REGARDING PRE-BREACH AND FUTURE DAMAGES" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ M. Stanford Blanton