IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SOUTHERN NUCLEAR OPERATING, COMPANY; ALABAMA POWER COMPANY; and GEORGIA POWER COMPANY, Plaintiffs, | |
| v. | No. 98-614C (Senior Judge Merow) |
| THE UNITED STATES, Defendant. | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, defendant respectfully requests an enlargement of time of fifteen days through and until November 19, 2004, to file its reply to the response to the defendant's cross-motion for summary judgment regarding pre-breach and future damages filed by plaintiffs, Southern Nuclear Operating Company, Alabama Power Company and Georgia Power Company. Defendant's reply is currently due November 4, 2004. This is defendant's first request for an enlargement of time for this purpose. Plaintiffs' counsel has represented that plaintiffs do not oppose this request for an enlargement.

The requested enlargement is necessary because other case commitments of Government counsel make it impossible for counsel to complete the Government's reply to plaintiff's response, obtain review of it and file it with the Court by the current deadline. Government counsel has been working to finish the initial post-trial briefing in Yankee Atomic Electric Co. v.

United States, No. 98-126C, currently due on November 8, 2004. In addition, counsel has been coordinating the Government's response to discovery requests pending in Sacramento Municipal Utility District v. United States, No. 98-488C, Boston Edison Co. v. United States, No. 99-447C, Tennessee Valley Authority v. United States, No. 01-249C, and South Carolina Electric & Gas Co. v. United States, No. 04-101C.

For the foregoing reasons, defendant respectfully requests that the Court grant the request for an enlargement of time of fifteen days through and until November 19, 2004.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Marian E. Sullivan
MARIAN E. SULLIVAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0365
Fax: (202) 307-2503

November 3, 2004

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 3rd day of November 2004, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Marian E. Sullivan