# In the United States Court of Federal Claims

No. 98-614C
(Filed November 3, 2004)

******************************
SOUTHERN NUCLEAR *
OPERATING COMPANY, *
ALABAMA POWER COMPANY, *
GEORGIA POWER COMPANY, *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
******************************

## ORDER

On November 3, 2004, Defendant's Unopposed Motion for An Enlargement of Time was filed. Defendant requests an enlargement of time of fifteen days, through and until November 19, 2004, to file its reply to the response to the defendant's cross-motion for summary judgment regarding pre-breach and future damages.

Accordingly, it is **ORDERED** that defendant's unopposed motion, filed November 3, 2004, is **GRANTED**.

s/ James F. Merow
James F. Merow
Senior Judge