# In the United States Court of Federal Claims

No. 98-614C
(Filed November 19, 2004)

| | |
|---|---|
| ****************************** | |
| SOUTHERN NUCLEAR | * |
| OPERATING COMPANY, | * |
| ALABAMA POWER COMPANY, | * |
| GEORGIA POWER COMPANY, | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| ****************************** | |

## ORDER

On November 19, 2004, Defendant's Motion for An Enlargement of Time was filed. Defendant requests an enlargement of time of five days, through and until November 24, 2004, to file its reply to the response to the defendant's cross-motion for summary judgment regarding pre-breach and future damages.

Accordingly, it is **ORDERED** that defendant's motion, filed November 19, 2004, is **GRANTED**.

s/ James F. Merow
James F. Merow
Senior Judge