**No. 98-614C**
**(Senior Judge Merow)**

---

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**SOUTHERN NUCLEAR OPERATING COMPANY,**
**ALABAMA POWER COMPANY, AND GEORGIA POWER COMPANY,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

---

# PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION FOR EXTENSION OF TIME

---

**M. Stanford Blanton**
**BALCH & BINGHAM LLP**
**1710 Sixth Avenue North**
**Birmingham, AL 35203**
**Telephone: (205) 226-3417**
**Facsimile: (205) 226-8798**

**Of Counsel:**

**Ed R. Haden**
**K. C. Hairston**
**BALCH & BINGHAM LLP**
**1710 Sixth Avenue North**
**Birmingham, AL 35203**
**Telephone: (205) 251-8100**
**Facsimile: (205) 226-8798**

**Ronald A. Schechter**
**Jeffrey L. Handwerker**
**ARNOLD & PORTER**
**555 Twelfth Street, N.W.**
**Washington, D.C. 20004-1202**
**Telephone: (202) 942-5000**
**Facsimile: (205) 942-5999**

**November 19, 2004**

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **SOUTHERN NUCLEAR OPERATING CO., INC., ALABAMA POWER COMPANY, AND GEORGIA POWER COMPANY,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **No. 98-614C (Senior Judge Merow)** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION FOR EXTENSION OF TIME**

Plaintiffs Alabama Power Company, Georgia Power Company, and Southern Nuclear Operating Company respectfully oppose the most recent request by the Government for an extension of time in which to file a Reply to Plaintiffs' Response to the Government's Cross-Motion for Summary Judgment Regarding Pre-Breach and Future Damages (Government Motion). Plaintiffs' opposition is based on the grounds that further delay in resolving the issues raised by the Government's Motion, and by Plaintiffs' Motion for an Order Regarding Subsequent Damages and for Expedited Consideration (Plaintiffs' Motion), will be prejudicial to the Plaintiffs' ability to finalize its expert witnesses' written reports on the schedule ordered by the Court in its Order of June 21, 2004.

The Government's request constitutes the second request for an extension to file a reply to Plaintiffs' response to the Government's motion. The Government's reply was originally due on November 3, 2004, and was extended to November 22, 2004, with Plaintiffs' consent. Moreover, Plaintiffs' Response to the Government's Motion was based principally upon this Court's order of June 28, 2004, in Yankee Atomic v. United States, which resolved the same issues raised in the Government's Motion in favor of Yankee Atomic. 2004 WL 1535688 (Fed.

Cl., June 28, 2004). Further delay of the resolution of these issues in this case will impair Plaintiffs' experts' ability to complete their reports in a timely manner, result in unnecessary expense for both Plaintiffs and the Government if they are forced to conduct discovery into issues that may be made moot for the purpose of this litigation by the Court's ruling on the competing motions, and undermine the pre-trial schedule adopted by the Court in its June 21, 2004, scheduling order.

Wherefore, premises considered, Plaintiffs respectfully oppose the Government's motion for an extension of time in which to reply to Defendant's response to the Government's Motion.

Respectfully submitted,

Dated: November 19, 2004

s/ M. Stanford Blanton
Balch & Bingham LLP
1710 Sixth Avenue North
Birmingham, AL 35203
Telephone: (205) 226-3417
Facsimile: (205) 226-8798

COUNSEL OF RECORD FOR PLAINTIFFS

**Of Counsel:**

Ed R. Haden
K. C. Hairston
BALCH & BINGHAM LLP
1710 Sixth Avenue North
Birmingham, AL 35203
Telephone: (205) 251-8100
Facsimile: (205) 226-8798

Ronald A. Schechter
Jeffrey L. Handwerker
ARNOLD & PORTER
555 Twelfth Street, N.W.
Washington, D.C. 20004-1202
Telephone: (202) 942-5777
Facsimile: (202) 942-5999

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of November 2004, a copy of the foregoing "PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION FOR EXTENSION OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ M. Stanford Blanton