# In the United States Court of Federal Claims

No. 98-614C
(Filed December 1, 2004)

| | |
|---|---|
| SOUTHERN NUCLEAR OPERATING COMPANY, ALABAMA POWER COMPANY, GEORGIA POWER COMPANY, | * |
| Plaintiffs, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## ORDER

On November 30, 2004, Defendant's Motion for Leave to File Corrected Defendant's Reply to Plaintiff's Response to Defendant's Cross-Motion for Summary Judgment Regarding Pre-Breach and Future Damages was filed.

Accordingly, it is **ORDERED** defendant's motion, filed November 30, 2004, is **GRANTED**.

s/ James F. Merow
James F. Merow
Senior Judge