# Exhibit 1

## Plaintiffs' Opposition to Defendant's Motion for a Protective Order to Preclude RCFC 30(b)(6) Deposition

Civil Action No. 98-614C

**Department of Energy**
Washington, DC 20585

QA:NA

DEC 2004 Received Nuclear Fuel

DEC 01 2004

Mr. Ronald G. Cocherell
Southern Nuclear Operating Company, Inc.
PO Box 1295
Burmingham, AL 35201-1295

Dear Mr. Cocherell:

In a letter dated July 28, 2004, the U.S. Department of Energy informed you that the Department was resuming the Delivery Commitment Schedule (DCS) process. The Department received responses as requested. However, recent developments relating to the FY 2005 budget along with other issues have led the Department to conclude that the resumption of the DCS process was premature.

The Department thanks you for your response to its initial request for DCS planning information. Enclosed with this letter are any original DCS forms that you may have submitted with your response. After the Department has determined a revised date for the initial operation of the Yucca Mountain repository, it will resume the DCS process in accordance with the provisions of the Standard Contract.

If you have any questions on this matter please contact me at (202) 586-9198.

Sincerely,

Dave Zabransky
Contracting Officer
Office of Systems Analysis
And Strategy Development

Printed with soy ink on recycled paper

# Exhibit 2

## Plaintiffs' Opposition to Defendant's Motion for a Protective Order to Preclude RCFC 30(b)(6) Deposition

Civil Action No. 98-614C

**Department of Energy**
Washington, DC 20585

JUL 2 8 2004

Mr. John Carden III
Contract Specialist
Tennessee Valley Authority
1101 Market Street
Chattanooga, TN 37402-2801

Dear Mr. Carden:

The Department of Energy plans to begin operation of the repository at Yucca Mountain beginning in 2010. In accordance with Article V.B of the Standard Contract for the Disposal of Spent Fuel and/or High-Level Radioactive Waste (Contract), the Department is hereby announcing the resumption of the Delivery Commitment Schedule (DCS) process.

In accordance with the provisions of the your Contract, your DCS submittals for year 2010 are due on or before September 30, 2004. Although you are only required to submit a DCS for your 2010 waste acceptance allocations, to assist us in our planning efforts, the Department encourages the submittal of DCSs for all the years in which you have allocations. In developing your DCS submittals, you should utilize the waste acceptance allocations in the July 2004 Acceptance Priority Ranking/Annual Capacity Report (APR/ACR). The 2004 APR/ACR, DCS Form and Instructions are enclosed. These can all be found on our website on http://www.ocrwm.doe.gov/wat/wat.shtml.

In developing the 2004 APR/ACR, the Department relied upon its records to determine the current Purchaser of its disposal services. As utilized in the 2004 APR/ACR, the Purchaser is the corporate entity that has title to the spent nuclear fuel or high-level radioactive waste covered by the disposal contract. If you believe that the Department's designation of Purchaser is incorrect, please notify me of your concerns so that our records can be adjusted appropriately.

Additionally, the Department would like to take this opportunity to seek further information to assist us in our waste acceptance and transportation planning process. We recognize that your response to this information request is voluntary, and that any information provided will be non-binding on either party. We would encourage you to utilize your best efforts in responding to the following questions:

Rec'd 7/29/04

Printed with soy ink on recycled paper

1. What are your current expectations regarding the characteristics (age, burnup, enrichment) of the spent nuclear fuel that you intend to deliver to the Department during the period 2010-2015?
2. To the extent that you have not submitted DCSs for the period 2011-2019, what are your current plans for utilization (i.e., specific shipping facility) of any waste acceptance allocations that you may have during this period?

Should you consider any of the additional information you provide to be of a proprietary nature, please mark your response accordingly.

Should you have any questions, please feel free to contact me at 202-586-9198.

Sincerely,

David K. Zabransky
Contracting Officer

Enclosures (3)