# In the United States Court of Federal Claims

No. 98-614C
(Filed December 23, 2004)

| | |
|---|---|
| SOUTHERN NUCLEAR OPERATING COMPANY, | * |
| ALABAMA POWER COMPANY, | * |
| GEORGIA POWER COMPANY, | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |

**ORDER**

On December 23, 2004, Defendant's Unopposed Motion for an Enlargement of Time to Complete Fact Discovery was filed. Defendant requests an enlargement of that deadline to March 1, 2005.

Accordingly, it is **ORDERED** that defendant's unopposed motion, filed December 23, 2004, is **GRANTED**.

s/ James F. Merow
James F. Merow
Senior Judge