# APPENDICES

# TO

# PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION FOR PROTECTIVE ORDER TO PRECLUDE DEPOSITIONS OF DAVID ZABRANSKY AND CHRISTOPHER KOUTS

# APPENDIX A

# TO

# PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION FOR PROTECTIVE ORDER TO PRECLUDE DEPOSITIONS OF DAVID ZABRANSKY AND CHRISTOPHER KOUTS

TRIAL TRANSCRIPT 2004/08/31
page 7689

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| YANKEE ATOMIC ELECTRIC | ) |
| COMPANY, CONNECTICUT YANKEE | ) Case Nos.: |
| ATOMIC POWER COMPANY, and MAINE | ) 98-126C |
| YANKEE ATOMIC POWER COMPANY, | ) 98-154C |
| Plaintiffs, | ) 98-474C |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

Courtroom Number 5

National Courts Building
717 Madison Place, N.W.
Washington, D.C.

Tuesday, August 31, 2004

VOLUME 35

The parties met, pursuant to the notice of the Judge, at 10:06 a.m.

BEFORE: THE HONORABLE JAMES F. MEROW

TRIAL TRANSCRIPT 2004/08/31
page 7748

AFTERNOON SESSION (2:01 p.m.)

MS. SULLIVAN: Your Honor, unless we have anything preliminary, the government would like to call Christopher Kouts back to the stand.

THE COURT: Fine. Mr. Kouts. I think you were excused, so I better give you another oath just to make sure.

Whereupon,

CHRISTOPHER KOUTS

was called as a witness, and, having first been duly sworn, was examined and testified as follows:

MS. SULLIVAN: Thank you, Your Honor.

Your Honor, may I approach?

THE COURT: Yes. Of course.

MR. STOUCK: And rather than interrupt, if I can have a standard objection for the record, Your Honor.

THE COURT: Okay.

MR. STOUCK: Ms. Herrmann noted near the end of Mr. Meisner's testimony with respect to Plaintiffs' 2013 the following, on line 16 of page 6965: Your Honor, I believe this exhibit is irrelevant for a lot of reasons, mostly because it's about what might happen in 2010, not what happened in 1998. But we have no objection.

TRIAL TRANSCRIPT 2004/08/31
page 7794

A I don't have a crystal ball in terms of predicting what the future is going to bring. All I know is the Department is going to do everything it can with all its resources in order to meet that date.
Can I predict that it will? No, I can't predict that it will.
Q You don't still believe that they're going to file the license application this year, do you, in 2004?
A The current intent of the Department is to submit the license application by the end of this year, yes.
Q But you don't believe that that will occur, do you?
A I believe that that's the intent of the Department. And that's what -- that's what we're managing to right now. I believe if -- you know, assuming there aren't any events that intervene, that we will submit the license application by the end of this year.
Q You believe that, Chris Kouts, believe that?
A Yes, I believe that.
Q Well, are you aware of the decision of the Atomic Safety and Licensing Board today?
A Yes, I am.

# APPENDIX B

# TO

# PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION FOR PROTECTIVE ORDER TO PRECLUDE DEPOSITIONS OF DAVID ZABRANSKY AND CHRISTOPHER KOUTS

**Department of Energy**
Washington, DC 20585

RBF
- file

QA:NA

DEC 2004 Received Nuclear Fuel

DEC 01 2004

Mr. Ronald G. Cocherell
Southern Nuclear Operating Company, Inc.
PO Box 1295
Burmingham, AL 35201-1295

Dear Mr. Cocherell:

In a letter dated July 28, 2004, the U.S. Department of Energy informed you that the Department was resuming the Delivery Commitment Schedule (DCS) process. The Department received responses as requested. However, recent developments relating to the FY 2005 budget along with other issues have led the Department to conclude that the resumption of the DCS process was premature.

The Department thanks you for your response to its initial request for DCS planning information. Enclosed with this letter are any original DCS forms that you may have submitted with your response. After the Department has determined a revised date for the initial operation of the Yucca Mountain repository, it will resume the DCS process in accordance with the provisions of the Standard Contract.

If you have any questions on this matter please contact me at (202) 586-9198.

Sincerely,

Dave Zabransky
Contracting Officer
Office of Systems Analysis
And Strategy Development

Printed with soy ink on recycled paper

**Department of Energy**
Washington, DC 20585

JUL 2 8 2004

293031—123456789101112131415161718192021222324252627 JUL 2004 Received Nuclear Fuel

Mr. Ronald Cocherell
Manager, Nuclear Fuel Services
Southern Nuclear Operating Company, Inc.
42 Inverness Center Parkway
Birmingham, AL 35242

Dear Mr. Cocherell:

The Department of Energy plans to begin operation of the repository at Yucca Mountain beginning in 2010. In accordance with Article V.B of the Standard Contract for the Disposal of Spent Fuel and/or High-Level Radioactive Waste (Contract), the Department is hereby announcing the resumption of the Delivery Commitment Schedule (DCS) process.

In accordance with the provisions of the your Contract, your DCS submittals for year 2010 are due on or before September 30, 2004. Although you are only required to submit a DCS for your 2010 waste acceptance allocations, to assist us in our planning efforts, the Department encourages the submittal of DCSs for all the years in which you have allocations. In developing your DCS submittals, you should utilize the waste acceptance allocations in the July 2004 Acceptance Priority Ranking/Annual Capacity Report (APR/ACR). The 2004 APR/ACR, DCS Form and Instructions are enclosed. These can all be found on our website on http://www.ocrwm.doe.gov/wat/wat.shtml.

In developing the 2004 APR/ACR, the Department relied upon its records to determine the current Purchaser of its disposal services. As utilized in the 2004 APR/ACR, the Purchaser is the corporate entity that has title to the spent nuclear fuel or high-level radioactive waste covered by the disposal contract. If you believe that the Department's designation of Purchaser is incorrect, please notify me of your concerns so that our records can be adjusted appropriately.

Additionally, the Department would like to take this opportunity to seek further information to assist us in our waste acceptance and transportation planning process. We recognize that your response to this information request is voluntary, and that any information provided will be non-binding on either party. We would encourage you to utilize your best efforts in responding to the following questions:



Printed with soy ink on recycled paper

1. What are your current expectations regarding the characteristics (age, burnup, enrichment) of the spent nuclear fuel that you intend to deliver to the Department during the period 2010-2015?
2. To the extent that you have not submitted DCSs for the period 2011-2019, what are your current plans for utilization (i.e., specific shipping facility) of any waste acceptance allocations that you may have during this period?

Should you consider any of the additional information you provide to be of a proprietary nature, please mark your response accordingly.

Should you have any questions, please feel free to contact me at 202-586-9198.

Sincerely,

David K. Zabransky
Contracting Officer

Enclosures (3)

ENCLOSURES

INTENTIONALLY

OMITTED

# APPENDIX C

# TO

# PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION FOR PROTECTIVE ORDER TO PRECLUDE DEPOSITIONS OF DAVID ZABRANSKY AND CHRISTOPHER KOUTS

Copyright 2005 DR Partners d/b **Las Vegas** Review-Journal
**Las Vegas** Review-Journal (Nevada)

**February** 8, 2005 Tuesday FINAL EDITION

**SECTION:** B; Pg. 1B

**LENGTH:** 762 words

**HEADLINE:** Project's deadline falls back

**BYLINE:** STEVE **TETREAULT**

**BODY:**

WASHINGTON -- The Energy Department's top manager for nuclear waste disposal said Monday the **Yucca Mountain** repository will slip at least two years beyond its planned 2010 opening, while another DOE official said the delay could be even longer.

The comments marked the first time that DOE officials have said publicly that mounting technical, legal and budget problems will delay the government's goal to start accepting highly radioactive spent fuel for burial in Nevada at the turn of the decade.

'I believe it is a little bit more than a year-to-year slip, to be honest with you,' Margaret Chu, director of the Office of Radioactive Waste Management, said. 'Because we have budget uncertainty, we're hoping 2012.'

Chu commented after the Energy Department's announcement of its proposed 2006 spending plan for **Yucca Mountain.** The department is asking Congress to allocate $651 million, which is about half what it projected last year would be needed if the program were on track.

Energy Secretary Samuel Bodman said the new request 'is money we think we can spend responsibly on **Yucca Mountain** based on the current situation we are dealing with.'

DOE officials have said the Yucca project was thrown off kilter by a federal court ruling last summer against the repository's radiation protection standards and by a Nuclear Regulatory Commission order to rebuild a 4-million document electronic database.

DOE in November abandoned a plan to file a 45-volume repository license application to the Nuclear Regulatory Commission by the end of 2004. A department official said Monday that because of legal uncertainties, an application might not be handed to the NRC this year even if DOE finishes it.

Chu said the Environmental Protection Agency expects to rewrite a radiation standard by the end of this year. But EPA and DOE officials retracted the statement later, with an EPA official saying a draft standard might be issued by this summer. The official said he could not say when it would be finalized.

Nevada officials who have worked to derail **Yucca Mountain** on safety grounds said they were cheered by the latest slippage. 'Delay is our friend, and time is our ally,' said Richard Bryan, a former governor and U.S. senator.

Rep. Shelley Berkley, D-Nev., said DOE credibility is shattered by the shifting timelines. 'Adding two years to the schedule does not change anything,' Berkley said. 'They cannot make a safe repository.'

Sen. Harry Reid, D-Nev., said 'all the time in the world will not be enough for DOE to open **Yucca Mountain,**' and Sen. John Ensign, R-Nev., said any delay 'brings it one step closer to final defeat.'

Nuclear utilities and officials from states that want to get rid of their radioactive waste are frustrated, said Martez Norris, administrator of the Nuclear Waste Strategy Coalition.

'We've been very, very concerned about how this program is falling behind,' said Norris, who said coalition members will meet shortly to discuss the matter.

Among items that might be brought up, Norris said, is whether to call for the **Yucca Mountain** Project to be removed from the Energy Department and given to a 'quasi-government operation' to manage.

The Nuclear Energy Institute, an industry lobby group, is less concerned, spokesman Mitch Singer said. He said nuclear power companies are satisfied DOE is showing slow progress.

'What they are telling us is as long as they are perceiving progress toward **Yucca Mountain,** and they are perceiving progress, they are not concerned and that is not an impediment to building new nuclear plants,' Singer said.

No official announcement has been made, but the Energy Department began shifting the **Yucca Mountain** Project from the 2010 goal after Congress declined to fund the repository fully last year, said Ted Garrish, the project's deputy director.

'When we did the budget last year, we made it clear if we didn't get $880 million, there was no way that 2010 is going to work,' Garrish said. At the end of a long fight, lawmakers approved $577 million.

Garrish said a **Yucca Mountain** opening could stretch longer than 2012 depending on obstacles ahead. DOE expects more legal challenges from Nevada and from environmental groups and more fights in Congress over spending for the $58 billion project.

'I don't think we have a position' on a new target date, Garrish said. 'There are so many things.'

The Energy Department budget proposes to grant $3.5 million to Nevada for **Yucca Mountain** oversight and $7 million to be divided among counties.

**LOAD-DATE:** February 9, 2005

# APPENDIX D

# TO

# PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION FOR PROTECTIVE ORDER TO PRECLUDE DEPOSITIONS OF DAVID ZABRANSKY AND CHRISTOPHER KOUTS

>energy.gov

February 11, 2005

## Margaret Chu, Director of the Office of Civilian Radioactive Waste Management, Resigns

**WASHINGTON, D.C.** – The Department of Energy today announced that Dr. Margaret Chu, director of the Office of Civilian Radioactive Waste Management, has resigned effective on or about February 25, 2005. Dr. Chu indicated she will return to her home in New Mexico due to personal circumstances.

"I am very grateful for having had the opportunity to serve the President and to lead a program of such national and international importance," Dr. Chu said. "I am proud to have been a part of this Administration and of making critical progress with Yucca Mountain."

On March 6, 2002, the United States Senate unanimously confirmed Dr. Chu as director of the Department of Energy's Office of Civilian Radioactive Waste Management. As director, Dr. Chu was responsible for advising the Secretary of Energy and the President on issues surrounding the ongoing scientific research and licensing of the nation's first permanent geologic repository for spent nuclear fuel and high-level radioactive waste.

Dr. Chu previously served as director of nuclear waste management at the Energy Department's Sandia National Laboratories. She also served as Sandia manager for the Waste Isolation Pilot Plant activities. She received her bachelor's degree from Purdue University and a doctorate in physical chemistry from the University of Minnesota.

**Media contact:** Rebecca Neale, 202/586-4940

Number: R-05-013

D-1

# APPENDIX E

# TO

# PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION FOR PROTECTIVE ORDER TO PRECLUDE DEPOSITIONS OF DAVID ZABRANSKY AND CHRISTOPHER KOUTS

DOE/RW-0567

# Acceptance Priority Ranking & Annual Capacity Report



**U.S. Department of Energy**
Office of Civilian Radioactive Waste Management

**July 2004**

# ACCEPTANCE PRIORITY RANKING

# &

# ANNUAL CAPACITY REPORT

U.S. DEPARTMENT OF ENERGY
OFFICE OF CIVILIAN RADIOACTIVE WASTE MANAGEMENT
WASHINGTON, DC 20585

JULY 2004

**CONTENTS**

1.0 INTRODUCTION ....................................................1
1.1 BASIS FOR THE ACCEPTANCE PRIORITY RANKING....................1
1.2 BASIS FOR THE ANNUAL CAPACITY REPORT ..........................2
Table 1 – Projected Nominal Waste Acceptance Rates for Spent Nuclear Fuel .....2
Table 2 – Summary of Purchasers' Annual Allocations (MTU) ....................3
1.3 SUBMITTAL OF COMMENTS ON THIS REPORT ..........................4

REFERENCES ....................................................5

APPENDIX – A 2004 ACCEPTANCE PRIORITY RANKING ..........................A.1
APPENDIX – B ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS FOR THE DISPOSAL OF SPENT NUCLEAR FUEL ..........................B.1

# ACCEPTANCE PRIORITY RANKING
# &
# ANNUAL CAPACITY REPORT

## 1.0 INTRODUCTION

The Nuclear Waste Policy Act of 1982, as amended (the Act)[1], assigns the Federal Government the responsibility for the disposal of spent nuclear fuel and high-level waste. Section 302(a) of the Act authorizes the Secretary to enter into contracts* with the owners and generators** of commercial spent nuclear fuel and/or high-level waste. *The Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste*[2] (Standard Contract) established the contractual mechanism for the Department's acceptance and disposal of spent nuclear fuel and high-level waste. It includes the requirements and operational responsibilities of the parties to the Standard Contract in the areas of administrative matters, fees, terms of payment, waste acceptance criteria, and waste acceptance procedures. The Standard Contract provides for the acquisition of title to the spent nuclear fuel and/or high-level waste by the Department, its transportation to Federal facilities, and its subsequent disposal.

The Standard Contract requires the Department to issue an annual Acceptance Priority Ranking (APR) report and an Annual Capacity Report (ACR). The APR establishes the order in which the Department allocates the projected acceptance capacity for commercial spent nuclear fuel. The ACR applies projected nominal acceptance rates for the system to the APR, resulting in individual allocations for the owners and generators expressed in metric tons of uranium (MTU). These capacity allocations form the basis for the Purchasers' submittal of Delivery Commitment Schedules (DCS). As specified in the Standard Contract, the ACR is for planning purposes only and, thus, is not contractually binding on either DOE or the Purchasers.

### 1.1 BASIS FOR THE ACCEPTANCE PRIORITY RANKING

As required by the Standard Contract, the APR is based on the date the spent nuclear fuel was permanently discharged, with the oldest spent nuclear fuel, on an industry-wide basis, given the highest priority. The phrase "date the spent nuclear fuel was permanently discharged" means the date the reactor went subcritical for the purpose of permanently discharging the spent nuclear fuel, as reported to the Department by the Purchasers on the Nuclear Fuel Data Survey Form, RW-859. The APR is the basis for allocating projected spent nuclear fuel (SNF) acceptance capacity in the ACR. The 2004 APR listing is based on SNF discharges through December 31, 2002. The APR listing has been included as Appendix A.

---

* Individual contracts are based upon the Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste (10 CFR Part 961).

** Owners and generators of spent nuclear fuel and high-level waste who have entered into contracts with the Department and/or have paid fees for purchase of disposal services are referred to as "Purchasers." In identifying the Purchasers listed in this report, the Department has relied upon written notices received pursuant to Article XII and XIV of the Purchasers' disposal contracts. In the event that any Purchaser believes that the listed designation is inappropriate, the Purchaser should contact the Department.

Future discharges will be added to the priority ranking based on their date of permanent discharge. If SNF currently designated as temporarily discharged is redesignated as permanently discharged (without subsequent irradiation), the date of redesignation will become the ranking date, instead of the date of actual discharge. Reinserted assemblies, previously designated as permanently discharged, will be removed from the priority ranking.

## 1.2 BASIS FOR THE ANNUAL CAPACITY REPORT

The ACR (see Appendix B) applies a 10-year projected nominal waste acceptance rate to the APR, resulting in individual capacity allocations. The projected nominal acceptance rate is based on the assumption of SNF acceptance beginning in 2010 at the Yucca Mountain Geologic Repository. These projected nominal waste acceptance rates are presented in Table 1.

**Table 1. Projected Nominal Waste Acceptance Rates for Spent Nuclear Fuel**

| Year | SNF (MTU) |
|---|---|
| 2010 | 400 |
| 2011 | 600 |
| 2012 | 1,200 |
| 2013 | 2,000 |
| 2014 | 3,000 |
| 2015 | 3,000 |
| 2016 | 3,000 |
| 2017 | 3,000 |
| 2018 | 3,000 |
| 2019 | 3,000 |

The Department will further define and specify the system operating and waste acceptance parameters as the Program progresses, and inform the Purchasers accordingly. Until the SNF is accepted by the Department, Section 111 (a)(5) of the Act assigns the waste owners and generators the primary responsibility to provide for, and pay the costs of, interim storage.

The Tables in Appendix B list the Purchasers' annual allocations for each of the first 10 years[***] of projected CRWMS operation. Table 2 presents a summary of all Purchasers' annual allocations based on the nominal waste acceptance rates for the 10-year period covered by this report.

[***] The term "year," when used in reference to capacity allocation in this report, means the calendar year, beginning January 1 and ending December 31.

**TABLE 2. SUMMARY OF PURCHASERS' ANNUAL ALLOCATIONS (MTU)[a]**

| PURCHASER | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Aerotest Operations, Inc. | - | - | - | - | - | - | - | - | - | - | - |
| Alabama Power Company | - | - | - | - | 45.6 | 119.3 | 73.4 | 77.8 | 60.2 | 89.9 | 466.2 |
| Ameren UE | - | - | - | - | - | - | 38.7 | 44.3 | 38.0 | 30.3 | 151.3 |
| AmerGen Energy Company, LLC | 31.1 | 43.0 | 46.8 | 114.4 | 51.7 | 36.4 | - | 67.0 | 88.6 | 107.4 | 586.4 |
| Arizona Public Service Company | - | - | - | - | - | - | - | 66.5 | 69.4 | 66.2 | 202.1 |
| Baltimore Gas & Electric Co. | - | - | - | 82.6 | 107.5 | 89.6 | 93.8 | 62.0 | 64.2 | - | 499.7 |
| BWXT | - | - | 0.1 | 0.1 | - | 0.1 | 0.1 | - | 0.1 | - | 0.1[b] |
| Carolina Power & Light Company | - | 69.7 | 48.0 | 50.5 | 145.8 | 118.3 | 116.0 | 87.3 | 87.4 | 94.8 | 817.8 |
| Cleveland Electric Illuminating Co. | - | - | - | - | - | - | - | - | 22.6 | 76.7 | 99.4 |
| Connecticut Yankee Atomic Power Co. | 65.5 | 22.5 | 41.6 | 21.9 | 42.1 | 42.1 | 44.5 | 21.8 | 21.0 | - | 323.1 |
| Consumers Power Co. | - | 2.5 | 87.4 | 31.1 | 32.9 | 59.9 | 24.8 | 3.1 | 25.9 | 32.0 | 299.6 |
| Dairyland Power Cooperative | 0.8 | 6.0 | 3.0 | 3.9 | 4.9 | 5.7 | 6.1 | 7.8 | - | - | 38.1 |
| Detroit Edison Company | - | - | - | - | - | - | - | - | 19.1 | - | 19.1 |
| Dominion Nuclear Connecticut, Inc. | 5.5 | 40.7 | 52.5 | 41.9 | 113.8 | 93.3 | 103.6 | 123.7 | 103.9 | 71.2 | 750.1 |
| Dow Chemical | - | - | - | - | - | - | - | - | - | - | - |
| Duke Power Company | - | 24.9 | 48.2 | 176.4 | 124.2 | 162.3 | 200.0 | 318.5 | 234.6 | 246.3 | 1,535.5 |
| Energy Northwest | - | - | - | - | - | - | 10.8 | 29.4 | 52.5 | 37.9 | 130.7 |
| Entergy Arkansas, Inc. | - | - | - | 51.5 | 76.6 | 83.3 | 60.6 | 76.8 | 28.2 | 87.6 | 464.6 |
| Entergy Gulf States, Inc. | - | - | - | - | - | - | - | 30.5 | 41.1 | 32.9 | 104.5 |
| Entergy Louisiana, Inc. | - | - | - | - | - | - | - | 38.6 | 31.8 | 70.8 | 141.1 |
| Entergy Nuclear FitzPatrick, LLC | - | - | - | 51.4 | 30.0 | 71.8 | 34.4 | 35.8 | 33.6 | 27.3 | 284.2 |
| Entergy Nuclear Generation Company | - | 3.9 | 25.5 | 82.6 | 17.1 | 83.9 | - | 34.2 | - | - | 247.2 |
| Entergy Nuclear Indian Point 2, LLC | 3.0 | 27.7 | 32.8 | 27.1 | 52.8 | 33.8 | 63.5 | 31.1 | 33.0 | 25.8 | 330.6 |
| Entergy Nuclear Indian Point 3, LLC | - | - | - | 29.3 | 34.7 | 34.7 | 33.0 | 36.1 | 28.4 | 33.8 | 229.9 |
| Entergy Nuclear Vermont Yankee, LLC | - | 72.9 | - | 40.2 | 50.7 | 41.5 | 41.3 | 24.9 | 25.0 | 23.6 | 320.0 |
| Exelon Generation Company, LLC | 21.1 | 60.5 | 251.2 | 466.7 | 488.3 | 451.7 | 419.8 | 375.2 | 523.9 | 433.6 | 3,491.9 |
| Florida Power & Light Co. | - | 20.9 | 59.6 | 78.7 | 169.3 | 112.4 | 141.8 | 117.1 | 86.9 | 122.2 | 908.9 |
| Florida Power Corporation | - | - | - | 0.9 | 46.4 | 58.3 | 30.1 | 41.3 | - | 33.8 | 210.8 |
| FPL Energy Seabrook, LLC | - | - | - | - | - | - | - | - | - | - | - |
| G.E. Uranium Management Corporation | 145.2 | - | - | - | - | - | - | - | - | - | 145.2 |
| General Atomics | 0.1 | 0.1 | - | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1[b] |
| General Electric Company | 0.3 | - | - | - | - | - | - | - | - | - | 0.3 |
| Georgia Power Company | - | - | - | 5.2 | 91.6 | 105.3 | 103.2 | 116.3 | 103.3 | 117.3 | 642.2 |
| Indiana Michigan Power Co. | - | - | - | 57.8 | 132.6 | 120.2 | 119.3 | 35.7 | 65.7 | 71.5 | 602.9 |
| Interstate Power & Light | - | - | 15.4 | 36.4 | 32.0 | 23.6 | 22.0 | 23.4 | 21.9 | 19.1 | 193.9 |
| Kansas Gas & Electric Company | - | - | - | - | - | - | - | 27.7 | 33.7 | 35.3 | 96.7 |
| Maine Yankee Atomic Power Company | - | 26.4 | 57.9 | 78.0 | 52.5 | 30.0 | 54.8 | 24.5 | 20.8 | 27.4 | 372.3 |
| Nebraska Public Power District | - | - | 23.6 | 13.8 | 80.9 | 41.9 | 21.2 | 37.3 | 32.2 | 30.9 | 281.7 |
| Nine Mile Point Nuclear Power Station, LLC | 9.4 | 49.0 | 38.9 | 30.8 | 68.1 | - | 74.8 | 31.1 | - | 36.3 | 338.4 |
| Northern States Power Co. | - | 26.2 | 99.6 | 65.2 | 111.4 | 143.1 | 58.9 | 92.6 | 52.3 | 38.4 | 687.6 |
| Omaha Public Power District | - | - | 22.3 | 35.4 | 14.8 | 21.9 | 32.3 | 16.4 | 15.2 | 13.1 | 171.4 |
| Pacific Gas & Electric Company | 7.3 | 6.0 | 15.9 | - | - | - | - | 47.5 | 65.3 | 110.2 | 252.1 |
| Pennsylvania Power & Light Co. | - | - | - | - | - | - | 89.6 | 103.5 | 121.2 | 78.9 | 393.2 |
| Pennsylvania Power Company | - | - | - | - | 6.0 | 48.7 | 35.2 | 63.6 | 56.3 | 31.8 | 241.6 |
| Portland General Electric Company | - | - | - | 0.5 | 40.5 | 34.9 | 42.2 | 54.2 | 48.8 | 49.0 | 270.0 |
| PSEG Nuclear LLC | - | - | - | - | 46.9 | 72.6 | 64.6 | 133.0 | 96.0 | 133.8 | 547.0 |
| Rochester Gas and Electric Company | 32.0 | 4.6 | 24.4 | 32.3 | 35.8 | 12.7 | 35.1 | 23.5 | 12.8 | 23.6 | 236.9 |
| Sacramento Municipal Utility District | - | - | - | 35.3 | 49.2 | 32.0 | 30.1 | - | 82.0 | - | 228.6 |
| South Carolina Electric & Gas Company | - | - | - | - | - | - | 50.4 | 27.6 | 28.0 | 31.9 | 137.9 |
| South Texas Project NOC | - | - | - | - | - | - | - | - | 9.8 | 50.4 | 60.2 |
| Southern California Edison Co. | 35.6 | 20.5 | 38.6 | 19.2 | 19.3 | - | 73.9 | 118.7 | 112.7 | 60.5 | 498.9 |
| Systems Energy Resources, Inc. | - | - | - | - | - | - | - | 101.5 | 50.4 | 50.2 | 202.1 |
| Tennessee Valley Authority | - | - | - | 64.2 | 297.8 | 236.0 | 277.0 | - | 33.1 | 60.3 | 968.4 |
| Texas Utilities Generating Company | - | - | - | - | - | - | - | - | - | - | - |
| Toledo Edison Co. | - | - | - | - | - | 65.2 | 30.6 | - | 30.5 | 28.1 | 154.3 |
| U.S. DOE | 22.9 | 6.8 | 7.8 | 7.3 | 89.5 | 88.0 | 0.1 | 0.1 | 15.7 | - | 237.8[b] |
| Virginia Electric and Power Co. | - | 8.2 | 113.3 | 54.7 | 105.5 | 133.0 | 151.3 | 86.0 | 108.6 | 85.9 | 846.4 |
| Wisconsin Electric Power Company | 16.3 | 43.1 | 32.6 | 64.2 | 50.2 | 57.0 | 29.9 | 53.7 | 37.8 | 37.7 | 422.5 |
| Wisconsin Public Service Corporation | - | - | 4.4 | 33.8 | 35.1 | 25.9 | 49.8 | 23.1 | 17.1 | 26.5 | 215.7 |
| Yankee Atomic Electric Company | 9.9 | 10.1 | 9.7 | 18.1 | 8.5 | 9.4 | 17.7 | 8.3 | 9.2 | 8.4 | 109.2 |
| **NOMINAL TOTAL** | **400** | **600** | **1,200** | **2,000** | **3,000** | **3,000** | **3,000** | **3,000** | **3,000** | **3,000** | **22,200** |

a Differences in Purchaser allocations for individual years in Annual Capacity Report may differ from the Acceptance Priority Ranking due to rounding.
b These totals are not the sum of the annual allocations because the actual annual values are much less than .1 MTU.

## 1.3 SUBMITTAL OF COMMENTS ON THIS REPORT

Written comments are requested, especially from the Purchasers, on the content and format of this report. Comments received on previous reports were used to identify issues that needed to be addressed by the Department and the Purchasers in the implementation of the Standard Contract provisions. Comments on this report should be addressed to:

Mr. David K. Zabransky
Contracting Officer
Office of Civilian Radioactive Waste Management, RW-20E
U.S. Department of Energy
1000 Independence Avenue, SW
Washington, DC 20585

Or by e-mail at:

dave.zabransky@rw.doe.gov

## REFERENCES

[1]"Nuclear Waste Policy Act of 1982," Public Law 97-425 (January 7, 1983) and the "Nuclear Waste Policy Amendments Act of 1987," Title V, Subtitle A, Public Law 100-203 (December 22, 1987).

[2]U.S. Department of Energy, "Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste," Code of Federal Regulations, Title 10, Part 961, 2004.

BALANCE OF 2004 APR/ACR

INTENTIONALLY

OMITTED

# APPENDIX F

# TO

# PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION FOR PROTECTIVE ORDER TO PRECLUDE DEPOSITIONS OF DAVID ZABRANSKY AND CHRISTOPHER KOUTS

**U.S. Department of Justice**

Civil Division

PDK:DMC:HDL
154-98-614

Telephone:
(202) 305-7562

*Washington, D.C. 20530*

February 25, 2005

VIA TELECOPY AND FIRST CLASS MAIL

M. Stanford Blanton
Balch & Bingham LLP
1710 Sixth Avenue North
Birmingham, Alabama 35203

Re: *Southern Nuclear Operating Company, et al. v. United States*, No. 98-614 (Fed. Cl.)

Dear Mr. Blanton:

As Mr. Ekman informed your associate, Mr. K.C. Hairston, yesterday, the witnesses who are expected to testify in response to the plaintiffs' recent RCFC 30(b)(6) notice, as limited by the Court of Federal Claims' order dated February 14, 2005, can make themselves available to be deposed on March 9, 10, or 11, 2005. If these dates are not convenient for you, please let us know, and we will attempt to identify additional dates that the two witnesses, David Zabransky and Christopher Kouts, can make themselves available.

Very truly yours,

Harold D. Lester, Jr.

HAROLD D. LESTER, JR.
Assistant Director
Commercial Litigation Branch
Civil Division