# APPENDIX

PROTECTED MATERIAL TO BE
DISCLOSED ONLY IN
ACCORDANCE WITH U.S. COURT
OF FEDERAL CLAIMS
PROTECTIVE ORDER

# Assessment Of Damages Resulting From The Department of Energy's Failure To Perform Its Contractual Obligations Regarding Indiana Michigan Power Company's Spent Nuclear Fuel

**Avram S. Tucker**
**Richard J. Sieracki**

**Tucker Alan Inc.**

**August 12, 2003**

**Avram S. Tucker**
**Chief Executive Officer**
**Tucker Alan Inc.**

**Richard J. Sieracki**
**Vice President**
**Tucker Alan Inc.**

**List Of Support Binders**

| Binder | Title |
|---|---|
| A | Damages Model |
| B | Rerack Invoices – 1990 – 1992 – WO # 777-2244 |
| C | Rerack Invoices – Jan. 1993 – Jun. 1993 – WO # 777-2244 |
| D | Rerack Invoices – Jul. 1993 – Dec. 1993 – WO # 777-2244 |
| E | Rerack Invoices – 1994 – 1996 – WO # 777-2244 |
| F | Rerack Invoices – WO # 877-2244 |
| G | Private Fuel Storage Costs |
| H | Other Past Damage Components |
| I | Dry Storage Facility Design, Licensing And Construction Cost Estimate |
| J | Post-Shutdown Cost Estimates |
| K | Escalation Factors |
| L | Dry Storage Container Purchase And Loading Cost Estimates |
| M | Cost Of Capital |
| N | Discharges And Acceptance Rates |
| O | Labor Rates |
| P | Would-Have-Been Rerack |
| Q | Decommissioning Study – August 2000 |
| R | 2000 Decommissioning Study NES Support Binder (1 of 2) |
| S | 2000 Decommissioning Study NES Support Binder (2 of 2) |
| T | Other Support Documents |

# Revised Assessment Of Damages Resulting From The Department of Energy's Failure To Perform Its Contractual Obligations Regarding Indiana Michigan Power Company's Spent Nuclear Fuel

**Avram S. Tucker**
**Richard J. Sieracki**

**Tucker Alan Inc.**

**November 25, 2003**

______________________________

Avram S. Tucker
Chief Executive Officer
Tucker Alan Inc.

______________________________

Richard J. Sieracki
Vice President
Tucker Alan Inc.

## List Of Support Binders

| Binder | Title |
|---|---|
| AA | Revised Damages Model |
| B | Rerack Invoices – 1990 – 1992 – WO # 777-2244 |
| C | Rerack Invoices – Jan. 1993 – Jun. 1993 – WO # 777-2244 |
| D | Rerack Invoices – Jul. 1993 – Dec. 1993 – WO # 777-2244 |
| E | Rerack Invoices – 1994 – 1996 – WO # 777-2244 |
| F | Rerack Invoices – WO # 877-2244 |
| G | Private Fuel Storage Costs |
| H | Other Past Damage Components |
| II | Revised Dry Storage Facility Design, Licensing And Construction Cost Estimate |
| JJ | Revised Post-Shutdown Cost Estimates |
| K | Escalation Factors |
| LL | Revised Dry Storage Container Purchase And Loading Cost Estimates |
| M | Cost Of Capital |
| NN | Revised Discharges And Acceptance Rates |
| O | Labor Rates |
| P | Would-Have-Been Rerack |
| Q | Decommissioning Study – August 2000 |
| R | 2000 Decommissioning Study NES Support Binder (1 of 2) |
| S | 2000 Decommissioning Study NES Support Binder (2 of 2) |
| T | Other Support Documents |
| U | Holtec/PSEG Contract Volume 1 |
| V | Holtec/PSEG Contract Volume 2 |

A1-1

# Indiana Michigan Power v. United States Of America
## Spent Nuclear Fuel Damages Claim

*Summary Of Total Damages*

| | D.C. Cook | |
|---|---|---|
| ***Past Damages*** | Nominal Dollars | Present Value Dollars As Of 08/12/2003 |
| On-Site Storage | A1-2 $ | A1-2 |
| Alternative Storage Facilities | A1-3 | A1-3 |
| Other Costs | A1-5 | A1-5 |
| Total Past Damages | $ 14,276,510 T | $ 26,337,192 T |
| ***Future Damages*** | | |
| On-Site Storage | A1-2 $ | A1-2 |
| Decommissioning | A1-4 | A1-4 |
| Other Costs | A1-5 | A1-5 |
| Total Future Damages | $ 336,333,074 T | $ 77,534,503 T |
| Total Damages | $ 350,609,584 T | $ 103,871,695 T |

**Indiana Michigan Power v. United States Of America**
**Spent Nuclear Fuel Damages Claim**

***Summary Of Total Damages***

| | D.C. Cook | |
|---|---|---|
| ***Past Damages*** | **Nominal Dollars** | **Present Value Dollars As Of 3/1/2004** |
| **On-Site Storage** | AA1-2 $ | AA1-2 |
| **Alternative Storage Facilities** | AA1-3 | AA1-3 |
| **Other Costs** | AA1-5 | |
| **Total Past Damages** | $ 11,230,867 | $ 23,894,311 |
| ***Future Damages*** | | |
| **On-Site Storage** | AA1-2 $ | AA1-2 |
| **Decommissioning** | | AA1-4 |
| **Other Costs** | | |
| **Total Future Damages** | $ 355,237,585 | $ 83,778,528 |
| **Total Damages** | $ 366,468,452 | $ 107,672,839 |

AA1-1

A.051

Protected Material Subject to Protective Order

# Assessment Of Damages Resulting From The Department of Energy's Failure To Perform Its Contractual Obligations Regarding Southern Nuclear Operating Company's, Alabama Power Company's And Georgia Power Company's Spent Nuclear Fuel

Kenneth P. Metcalfe
Richard J. Sieracki

The Kenrich Group LLC

January 31, 2005

Kenneth P. Metcalfe
President
The Kenrich Group LLC

Richard J. Sieracki
Chief Executive Officer
The Kenrich Group LLC

## List Of Support Binders

| Binder | Title |
|---|---|
| A | Damages Model |
| B | Fuel Management |
| C | Cost Of Capital |
| D | Cask Loading / Fuel Handling Cost Estimates |
| E[1] | Escalation |
| G[2] | ISFSI Cost Estimates |
| I | ISFSI O&M And Fuel Characterization Cost Estimates |
| J | Past Actual Costs |
| K | MPC Cost Analysis |
| L | Labor Rates |
| M | Would-Have-Been Costs |
| N | Historical Financial Information |
| O[3] | Standard Contracts |
| Q | Licensing Documents |
| R | Publicly Available Information |
| S | U.S. Department Of Energy Documents |
| T[4] | Other Support Documents |

A.053

In addition to the support binders, we have also reviewed Bruce Hunt's deposition testimony and exhibits, Southern's initial damages disclosures submitted in September 2004 and November 2004, Southern's responses to the Government's audit requests, and various legal filings.

[1] F1 through F5 were previously used for September and November 2004 submittals of Farley costs.
[2] H1 through H13 were previously used for September and November 2004 submittals of Hatch costs.
[3] P was previously used for September 2004 submittal of Private Fuel Storage costs.
[4] V was previously used for September 2004 submittal of Vogtle costs.

2/17/04
IM
5.1.1

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| INDIANA MICHIGAN POWER COMPANY,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | No. 98-486C<br>(Judge Hodges) |

NOTICE OF DEPOSITION OF BRENT AUER

Please take notice that, pursuant to Rule 30 of the Rules of the Court of Federal Claims, defendant, the United States, will take the deposition of Brent Auer, upon oral examination before an officer authorized by law to administer oaths, commencing February 19, 2004, at the Office of the United States Attorney, 204 South Main Street, South Bend, Indiana 46601, commencing at 9:30 a.m., or at a time and place agreed upon between counsel for the parties, and continuing from day to day until completed.

PETER D. KEISLER
Assistant Attorney General

David M. Cohen / by HD Lester

DAVID M. COHEN
Director

Harold D. Lester, Jr.

HAROLD D. LESTER, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-6288
Fax: (202) 307-2503

OF COUNSEL:

MARTHA CROSLAND
JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

JOHN C. EKMAN
HEIDE L. HERRMANN
MARIAN E. SULLIVAN
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530

February 17, 2004

ATTORNEYS FOR DEFENDANT

U.S. Department of Justice

Civil Division

PDK:DMC:HDL:MESullivan
154-98-614

Telephone:
(202) 307-6288

*Washington, D.C. 20530*

September 17, 2004

VIA FACSIMILE AND UNITED STATES MAIL

M. Stanford Blanton
Balch & Bingham LLP
1710 Sixth Avenue North
Birmingham, Alabama 35203

Re: Southern Nuclear Operating Co. v. United States, Fed. Cl. No. 98-614C

Dear Mr. Blanton:

Enclosed please find the Government's first set of requests for production of documents related to damages. This set of requests is not intended to encompass documents that may be requested in connection with the audit ordered by Senior Judge Merow.

We are in the process of examining the binders provided to us on August 31, 2004, which appear to contain documents supporting Southern Nuclear's damages claim. We will contact you to discuss the manner in which we wish to proceed with the audit upon completion of that examination.

We have had a chance to review Southern Nuclear's interrogatories, served by facsimile and Federal Express on August 31, 2004. Pursuant to RCFC 33(a), Southern Nuclear may only propound 25 interrogatories, including discrete subparts, without leave of the Court. The interrogatories you served are well in excess of those limits, totaling approximately 90 interrogatories and discrete subparts.

In an effort to accommodate your requests and with an eye toward avoiding a potential discovery dispute, we will not object to any specific interrogatory - and refuse to answer that interrogatory - upon the grounds that the limits

of RCFC 33(a) have been exceeded. We will undertake this effort with the understanding that Southern Nuclear will not object on this basis if the Government propounds a similar number of interrogatories. If Southern Nuclear does not agree to this approach, please advise me as soon as possible as to which of the current interrogatories Southern Nuclear seeks responses within the limits of RCFC 33(a). In addition, we likely will object to any additional interrogatories that Southern Nuclear may serve based upon the limitations set forth in the rules. Please also note that the Government's time to respond to these interrogatories runs from September 1, 2004, the date upon which the Court ordered fact discovery to begin, rather than August 31, 2004, the date that they were served.

If you have any questions, please contact me at (202) 307-0365.

Sincerely,

MARIAN E. SULLIVAN
Trial Attorney
Commercial Litigation Branch

Enclosure

**U.S. Department of Justice**

Civil Division

PDK:DMC:HDL:MESullivan
154-98-614

Telephone:
(202) 307-6288

*Washington, D.C. 20530*

October 29, 2004

VIA FEDERAL EXPRESS

M. Stanford Blanton
Balch & Bingham LLP
1710 Sixth Avenue North
Birmingham, Alabama 35203

Re: *Southern Nuclear Operating Co. v. United States*, Fed. Cl. No. 98-614C

Dear Mr. Blanton:

Pursuant to our telephone conference yesterday, the Government provides its audit requests relating to the claim that Southern Nuclear provided to the Government on August 31, 2004. The other matters that we discussed during our call will be the subject of another forthcoming letter.

As we indicated during our telephone conference yesterday, each request is tied to a specific dollar amount contained within Southern Nuclear's claim and seeks the support for that claim amount in the form of invoices, checks, contracts, and other supporting documentation. The bulk of the audit requests seek support for costs of between $5,000 and $25,0000, costs which Southern Nuclear seeks as damages, but for which we largely have found no support.

Pursuant to Mr. Schechter's request, we asked our auditors to determine the total amount of Southern Nuclear's claim that is attributable to charges of between $5,000 and $25,000. Southern Nuclear's claims submitted on August 31, 2004, total almost $112 million. According to our auditors' quick analysis, the charges for amounts between $5,000 and $25,000 account for approximately $24.4 million or 22 percent of Southern Nuclear's claim.

As you will see, these requests are organized by facility (Hatch, Farley, and Voghtle). In addition, our auditors have prepared a separate set of requests for Southern Nuclear's claims for the costs of Private Fuel Storage. I am providing you with both paper and electronic copies of these requests. Pursuant to your request, I am providing an electronic copy to Mr. Schecter.

The Government requests that we be provided with the supporting information identified on each request or be informed that the requested supporting documentation does not exist. We would appreciate receiving this information on a rolling basis so that our auditors may continue the audit process, but ask that all of the requested information be provided by December 1, 2004.

As we stated during our call, we propose that we speak again next week after you have had a chance to review these requests. John Ekman will contact you to schedule this call. In addition, we can also arrange for our auditors to speak with the personnel who will be gathering the information to explain the requests or answer any other questions that may arise.

Please contact me at (202) 307-0365, if you have any questions.

Sincerely,

MARIAN E. SULLIVAN
Trial Attorney
Commercial Litigation Branch

cc: (via courier)

Ronald A. Schechter
Arnold & Porter
555 12th Street, N.W.
Washington D.C. 20004-1206

B&B

BALCH & BINGHAM LLP

Alabama • Georgia • Mississippi • Washington, DC

M. Stanford Blanton
(205) 226-3417

Attorneys and Counselors
1710 Sixth Avenue North
P.O. Box 306 (35201-0306)
Birmingham, AL 35203-2015
(205) 251-8100
(205) 226-8798 Fax
www.balch.com

(205) 488-5879 (direct fax)
sblanton@balch.com

November 5, 2004

**BY FEDERAL EXPRESS**

Ms. Marian E. Sullivan, Esq.
Department of Justice
Commercial Litigation Branch
Civil Division
1100 L Street, N.W.
Washington, D.C. 20530

**Re:** ***Southern Nuclear Operating Co., Inc. v. United States***
**Court of Federal Claims Case No. 98-614C**

Dear Marian:

In your requests for production dated September 17, 2004, you sought various documents relating to Southern Nuclear's damages in the above-referenced case. On October 20, 2004, we provided you with responses to your requests for production and stated that we would subsequently provide the requested documents on CDs. Please find enclosed five CDs. Three of the CDs contain .tif files of the documents requested, one CD contains RW-859s, and one CD contains .cal files (drawings relating to plant modifications). If you need assistance in accessing these files, please call K.C. Hairston with my office at (205) 226-3435.

If we can be of any further assistance, please do not hesitate to call.

Sincerely,

M. Stanford Blanton

MSB:dc
Enclosures

B&B

BALCH & BINGHAM LLP

Alabama • Georgia • Mississippi • Washington, DC

Attorneys and Counselors
1710 Sixth Avenue North
P.O. Box 306 (35201-0306)
Birmingham, AL 35203-2015
(205) 251-8100
(205) 226-8798 Fax
www.balch.com

M. Stanford Blanton
(205) 226-3417

(205) 488-5879 (direct fax)
sblanton@balch.com

November 22, 2004

**BY FEDERAL EXPRESS**

Marian E. Sullivan, Esq.
Commercial Litigation Branch
Civil Division
United States Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

**Re:** ***Southern Nuclear Operating Company, Inc. v. United States***
**Court of Federal Claims -- Case No. 98-614C**
**Supplement to Initial Disclosures on Damages**

Dear Ms. Sullivan:

In accordance with the Court's Orders of November 8, 2002, April, 7, 2002, and June 21, 2004, Southern Nuclear Operating Company ("SNC"), Alabama Power Company ("APC"), and Georgia Power Company ("GPC") (collectively "Southern") hereby serve a supplement to their initial disclosures pursuant to Rule 26(a)(1)(C) of the Court of Federal Claims Rules ("RCFC"). Enclosed herewith are: (1) a binder entitled "Plant Hatch January - August 2004 Costs;" (2) a binder entitled "Plant Hatch – Meals and Travel, Supplies and Miscellaneous Costs;" and (3) a binder entitled "January – August 2004: Farley – Dry Storage." These three binders and a CD containing images of the contents of the binders in Summation format are enclosed. For instructions on how to locate the information in the binders, please refer to the cover letter and the instructions we sent to you on August 31, 2004.

As noted in the August 31, 2004 cover letter, our first production of initial disclosures on damages did not include damages that were incurred subsequent to December 31, 2003. Therefore, two of the three binders enclosed contain the information relating to damages incurred after January 1, 2004 and through August 31, 2004. The third binder relates to past costs for meals, travel, supplies and miscellaneous costs related to the Plant Hatch dry storage project.

In addition, we are enclosing a CD that contains supplemental documents to our coordinated discovery production and the related supplemental privilege log.

Do not hesitate to call if you have questions.

Sincerely,

M. Stanford Blanton
Counsel for Southern Nuclear Operating Company, Alabama Power Company, and Georgia Power Company

MSB:KCH/rb
Enclosures
cc: Ronald A. Schechter
Jeffrey L. Handwerker

**U.S. Department of Justice**

Civil Division

PDK:DMC:HDL:JEkman
154-98-614

Telephone:
(202) 353-0897

*Washington, D.C. 20530*

February 28, 2005

VIA FACSIMILE AND UNITED STATES MAIL

M. Stanford Blanton
Balch & Bingham LLP
1710 Sixth Avenue North
Birmingham, Alabama 35203

Re: *Southern Nuclear Operating Co. v. United States*, Fed. Cl. No. 98-614C

Dear Mr. Blanton:

We are writing concerning the scheduling of the remaining fact depositions of Southern Nuclear's employees.

As you know, we scheduled the depositions of Mssrs. Fennel and Berryhill the week of January 31, 2004. However, a health issue arose with Mr. Fennel that prevented his deposition from proceeding as scheduled. Likewise, Mr. Berryhill's deposition was set to proceed on February 22, 2004. Unfortunately, Mr. Berryhill's deposition did not proceed on that date, as the attorney taking that deposition fell ill and was not able to travel. We certainly appreciated your understanding in agreeing to reschedule Mr. Berryhill's deposition.

In any event, we are interested in obtaining dates upon which Mssrs. Berryhill and Fennel will be available for their depositions. Given the dates we proposed for your Rule 30(b)(6) deposition, the weeks of March 14 or 21 may be the best alternatives for these two depositions.

Additionally, we need to schedule the depositions of Mssrs. Wade, Pittman, and McCallum, each of whom made significant contributions to the expert damages model prepared by the Kenrich Group. We will contact you in the next few weeks to discuss the scheduling of those depositions. We still have a significant amount of work to complete - resulting from the scope of the modifications to the damages claim, and the significant involvement of each witness in that claim - in order to effectively depose these three witnesses.

If you have any questions, please do not hesitate to call.

Sincerely,

JOHN C. EKMAN
Trial Attorney
Commercial Litigation Branch

1/26/05
Sched
3.1

Lester, H
Ekman, J

BSB

BALCH & BINGHAM LLP

Alabama • Georgia • Mississippi • Washington, DC

M. Stanford Blanton
(205) 226-3417

Attorneys and Counselors
1710 Sixth Avenue North
P.O. Box 306 (35201-0306)
Birmingham, AL 35203-2015
(205) 251-8100
(205) 226-8798 Fax
www.balch.com

(205) 488-5879 (direct fax)
sblanton@balch.com

January 26, 2005

2005 FEB -1 A 11:2?

BY FACSIMILE AND U.S. MAIL

John C. Ekman
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation
1100 L. Street N.W.
Washington, D.C. 20530

**Re: Southern Nuclear Operating Co., Inc. v. U. S.,**
**Court of Federal Claims Case No. 98-614C**

Dear John:

Enclosed are Southern's Notices of Deposition for Christopher Kouts and David Zabransky. These depositions are scheduled for February 21, 2005, at Arnold & Porter in Washington, D.C. Please let us know if alternate dates are necessary.

Please call me with any questions.

Sincerely,

M. Stanford Blanton

MSB:lc
Encl.

A.065

154-98-614