IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SOUTHERN NUCLEAR OPERATING, COMPANY, ALABAMA POWER COMPANY, and GEORGIA POWER COMPANY, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 98-614C (Senior Judge Merow) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT PROPOSED SCHEDULING ORDER

Based upon the telephone hearing with this Court on March 23, 2005, and pursuant to the Court's direction for the parties to identify dates for pretrial activities, plaintiffs, Alabama Power Company, Georgia Power Company, and Southern Nuclear Operating Company and defendant, the United States, propose the following pretrial scheduling order:

| | |
|---|---|
| June 1, 2005: | Discovery deadline for the Government and submission of the Government's expert reports; |
| August 1, 2005: | Discovery deadline for the plaintiffs; |
| August 12, 2005: | Meeting of counsel and exchange of exhibit and witness lists; |
| September 2, 2005: | Plaintiffs' Memorandum of Contentions of Fact and Law; |
| September 9, 2005: | Exchange of objections to exhibits; |
| September 23, 2005: | Defendant's Memorandum of Contentions of Fact and Law; |
| September 23, 2005: | Deadline for filing of motions *in limine*; |
| October 12, 2005: | Pretrial Conference; and |
| October 17, 2005: | Commencement of trial. |

Plaintiffs have suggested that they may want to have a status conference on or about August 26, 2005, but defendant has not identified a need for such a conference prior to the submission of the parties' pretrial contentions and motions *in limine*. To resolve their disagreement upon this point, the parties have agreed to advise the Court in advance of August 26, 2005 to schedule a conference at a date and time convenient for the Court if the parties, at that time, believe a status conference would facilitate pretrial proceedings. At this time, the parties are not requesting that the Court reserve a specific date and time for that conference. Additionally, because the deadline for the exchange of exhibit and witness lists is prior to the deadline for the parties' memoranda of contentions of fact and law, the parties reserve the right to supplement the exhibit and witness lists prior to trial. Objections to any exhibits added after the August 12, 2005, deadline are reserved by both parties.

Finally, on February 10, 2005, the Government filed a motion for protective order seeking to preclude fact depositions of David Zabransky and Christopher Kouts, which were noticed individually by plaintiffs on January 26, 2005. Subsequently, and based upon this Court's February 14, 2005, order granting, in part, the Government's motion for protective concerning plaintiffs' RCFC 30(b)(6) notice, the Government identified Messrs. Zabransky and Kouts as its RCFC 30(b)(6) deponents to testify concerning the topics identified in the Court's February 14 order. The RCFC 30(b)(6) depositions are scheduled for April 11-12, 2005. Based upon their respective positions, as set forth in the briefs filed in connection with the Government's motion for protective order, the parties believe that the resolution of the pending motion for protective order prior to the RCFC 30(b)(6) depositions will facilitate the orderly completion of fact discovery.

Respectfully submitted,

S/ M. Stanford Blanton
M. Stanford Blanton
Balch & Bingham LLP

COUNSEL OF RECORD FOR PLAINTIFFS

Of Counsel:

Ed R. Haden
K. C. Hairston
BALCH & BINGHAM LLP
1710 Sixth Avenue North
Birmingham, AL 35203
Telephone: (205) 251-8100
Facsimile: (205) 226-8798

Ronald A. Schechter
Jeffrey L. Handwerker
ARNOLD & PORTER
555 Twelfth Street, N.W.
Washington, D.C. 20004-1202
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ John C. Ekman
JOHN C. EKMAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 353-0897
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of the General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

STEPHEN FINN
HEIDE L. HERRMANN
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530

April 1, 2005

CERTIFICATE OF FILING

I hereby certify that on this 1st day of April, 2005, a copy of the foregoing "JOINT PROPOSED SCHEDULING ORDER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ John C. Ekman