# In the United States Court of Federal Claims

No. 98-614C
(Filed April 5, 2005)

******************************
SOUTHERN NUCLEAR *
OPERATING COMPANY, *
ALABAMA POWER COMPANY, *
GEORGIA POWER COMPANY, *
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
Defendant. *
******************************

**ORDER**

Based upon the telephone hearing with the court on March 23, 2005, and plaintiffs, Alabama Power Company, Georgia Power Company, and Southern Nuclear Operating Company, and defendant, filed a Joint Proposed Scheduling Order on April 1, 2005. Accordingly, it is **ORDERED** the proposed scheduling order is adopted as follows:

| | |
|---|---|
| June 1, 2005: | Discovery deadline for the Government and submission of the Government's expert reports; |
| August 1, 2005: | Discovery deadline for the plaintiffs; |
| August 12, 2005: | Meeting of counsel and exchange of exhibit and witness lists; |
| August 26, 2005: | Date prior to which counsel will provide notification to the court if a status conference is requested; |
| September 2, 2005: | Plaintiffs' Memorandum of Contentions of Fact and Law; |

| | |
|---|---|
| September 9, 2005: | Exchange of objections to exhibits; |
| September 23, 2005: | Defendant's Memorandum of Contentions of Fact and Law; |
| September 23, 2005: | Deadline for filing of motions *in limine*; |
| October 12, 2005: | Pretrial Conference to commence at 10:30 a.m., at the National Courts Building (courtroom location will be posted in the lobby); and |
| October 17, 2005: | Trial to commence at 10:00 a.m., at the National Courts Building, courtroom #5. |

It is further **ORDERED** that while the parties may for good reason(s) supplement the exhibit and witness lists and objections thereto after August 12, 2005, counsel shall cooperate to the extent feasible to obviate prejudice to any party in this regard.

s/ James F. Merow
James F. Merow
Senior Judge