# In the United States Court of Federal Claims

No. 98-614C
(Filed May 13, 2005)

******************************
SOUTHERN NUCLEAR *
OPERATING COMPANY, *
ALABAMA POWER COMPANY, *
GEORGIA POWER COMPANY, *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
******************************

**ORDER**

Upon consideration, it is **ORDERED** that the Joint Motion for an Order Regarding Discovery of Draft Expert Reports, filed May 12, 2005, which is based upon the joint stipulation of the parties, is **GRANTED**, so that in this matter no party shall be required to produce any **DRAFT** (including copies) of any expert report prepared in connection with this case or any spent nuclear fuel case that is or was pending before this court.

s/ James F. Merow
James F. Merow
Senior Judge