# In the United States Court of Federal Claims

No. 98-614C
(Filed May 26, 2005)

| | |
|---|---|
| ****************************** | |
| SOUTHERN NUCLEAR | * |
| OPERATING COMPANY, | * |
| ALABAMA POWER COMPANY, | * |
| GEORGIA POWER COMPANY, | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| ****************************** | |

**ORDER**

On May 26, 2005, Defendant's Unopposed Motion for a Brief Enlargement of Time to Complete Expert Discovery and Produce Responsive Expert Reports was filed. Defendant requests a nine-day enlargement of time, to and including June 10, 2005, for the Government to complete expert discovery and produce its responsive expert reports.

Accordingly, it is **ORDERED** that defendant's motion, filed May 26, 2005, is **GRANTED**.

s/ James F. Merow
James F. Merow
Senior Judge