# In the United States Court of Federal Claims

No. 98-614C
(Filed June 1, 2005)

| | |
|---|---|
| ****************************** | |
| SOUTHERN NUCLEAR | * |
| OPERATING COMPANY, | * |
| ALABAMA POWER COMPANY, | * |
| GEORGIA POWER COMPANY, | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| ****************************** | |

**ORDER**

On June 1, 2005, Defendant's [Corrected] Unopposed Motion for an Order Regarding the Timing of Review of the Government's Responsive Expert Reports by Plaintiffs' Expert Witnesses was filed.

Accordingly, it is **ORDERED** upon review, defendant's motion is **GRANTED**.

s/ James F. Merow
James F. Merow
Senior Judge