# In the United States Court of Federal Claims

No. 98-614C
(Filed June 28, 2005)

******************************
SOUTHERN NUCLEAR *
OPERATING COMPANY, *
ALABAMA POWER COMPANY, *
GEORGIA POWER COMPANY, *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
******************************

## ORDER

On June 8, 2005, Defendant's Motion for Leave to File Documents Under Seal Electronically was filed. Defendant requests leave pursuant to ¶ 7 of General Order 42A.

Accordingly, it is **ORDERED** that defendant's motion, filed June 8, 2005, is **GRANTED**.

s/ James F. Merow
James F. Merow
Senior Judge