# In the United States Court of Federal Claims

No. 98-614C
(Filed July 13, 2005)

| | |
|---|---|
| ****************************** | |
| SOUTHERN NUCLEAR OPERATING COMPANY, | * |
| ALABAMA POWER COMPANY, | * |
| GEORGIA POWER COMPANY, | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| ****************************** | |

**ORDER**

Defendant has filed a motion to compel discovery by non-party Holtec International ("Holtec"). On July 11, 2005, Holtec's response to defendant's motion to compel together with motions to quash or modify defendant's subpoena and for reimbursement of time and costs incurred by Holtec's employees was received by the clerk for filing. These submissions were submitted for filing by Francis P. Maneri of the firm of Dilworth Paxson LLP, who represents Holtec in this matter. The submissions were not filed by the clerk upon receipt as RCFC 83.1(a) provides that "Only attorneys who are members of the bar of this court . . . may . . . file pleadings . . . ." The court's records do not show that Mr. Maneri is a member of the court's bar.

In this circumstance, it is **ORDERED** that:

(1) Mr. Francis P. Maneri may participate in this matter, *pro hac vice*, representing non-party Holtec with respect to discovery issues;

(2) The Holtec brief and motions received by the clerk on July 11, 2005, via Mr. Maneri's cover letter, dated July 8, 2005, shall now be **FILED** under seal in paper format by the clerk.

s/ James F. Merow
James F. Merow
Senior Judge