IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SOUTHERN NUCLEAR OPERATING COMPANY, ALABAMA POWER COMPANY, AND GEORGIA POWER COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 98-614C<br>(Senior Judge Merow) |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, defendant respectfully requests an enlargement of time of two business days, to and including July 26, 2005, within which to file its reply in support of Defendant's Motion To Compel Third Party Production Of Documents Pursuant To Subpoena Duces Tecum. Defendant's reply is currently due today, July 22, 2005. This is defendant's first request for an enlargement of time for this purpose. Counsel for third party Holtec International, and counsel for plaintiffs, have indicated that they do not oppose this motion for enlargement of time.

The requested enlargement is necessary because other case commitments of Government counsel have made it impossible for counsel to complete the Government's reply brief, obtain review of it, and file it with the Court by the current deadline. The completion of the Government's reply brief has been delayed, in part, because the attorney assigned responsibility for preparing the Government's reply brief was called to New Mexico for several days to assist in witness preparation and obtaining testimony through video-conferencing, in connection the trial of Tennessee Valley Authority v. United States, No. 01-249.

For the foregoing reasons, defendant respectfully requests that the Court grant the request for an enlargement of time of two business days, to and including July 26, 2005.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/John C. Ekman
JOHN C. EKMAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington D.C. 20530
Tele: (202) 307-6288
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

STEPHEN FINN
HEIDE L. HERRMANN
MARIAN E. SULLIVAN
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530

July 22, 2005

CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 22nd day of July, 2005, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I hereby further certify that on this 22nd day of July, 2005, I caused to be served by overnight delivery a copy of ""DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" addressed as follows:

Francis P. Maneri
Dilworth Paxson LLP
3200 Mellon Bank Center
1735 Market Street
Philadelphia, Pennsylvania 19103

s/Heide L. Herrmann