# In the United States Court of Federal Claims

No. 98-614C
(Filed July 25, 2005)

| | |
|---|---|
| ****************************** | |
| SOUTHERN NUCLEAR OPERATING COMPANY, | * |
| ALABAMA POWER COMPANY, | * |
| GEORGIA POWER COMPANY, | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| ****************************** | |

## ORDER

On July 22, 2005, Defendant's Unopposed Motion for Enlargement of Time was filed. Defendant requests an enlargement of time to and including July 26, 2005, within which to file its reply in support of Defendant's Motion to Compel Third Party Production of Documents Pursuant to Subpoena Duces Tecum.

Accordingly, it is **ORDERED** that defendant's motion, filed July 22, 2005, is **GRANTED**.

s/ James F. Merow
James F. Merow
Senior Judge