**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SOUTHERN NUCLEAR OPERATING COMPANY; ALABAMA POWER COMPANY; and GEORGIA POWER COMPANY, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 98-614C (Senior Judge Merow) |
| UNITED STATES, | ) | |
| Defendant. | ) | |

**PLAINTIFFS' UNOPPOSED MOTION FOR A BRIEF ENLARGEMENT OF TIME TO COMPLETE DISCOVERY**

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), Plaintiffs, Alabama Power Company, Georgia Power Company and Southern Nuclear Operating Company, respectfully requests a brief eleven (11) day enlargement of time, up to and including Friday, August 12, 2005, to complete discovery. The current deadline for completion of Plaintiffs' discovery is set for August 1, 2005. In accordance with that deadline, Plaintiffs had previously scheduled to depose the Government's expert, Mr. R. Larry Johnson, on July 27-28, 2005. According to Mr. John Ekman, counsel for the Defendant, Mr. Johnson is unavailable for a deposition on July 27-28, 2005 due to a schedule conflict. The instant motion is necessary because the Defendant, the United States Government, has requested to reschedule the deposition of Mr. Johnson and the only dates available for the parties are after the Plaintiffs' discovery deadline of August 1, 2005. Based upon a revised discovery deadline for the Plaintiffs of August 12, 2005, Mr. Ekman has represented that the Defendant does not oppose this motion. The

requested enlargement will not affect any of the other deadlines set by the Court for pre-trial activities. [1]

For the foregoing reasons, we respectfully request that the Court grant this request for an eleven (11) day enlargement of time.

Respectfully submitted,

Dated: July 26, 2005

s/ M. Stanford Blanton
Balch & Bingham LLP
1710 Sixth Avenue North
Birmingham, AL 35203
Telephone: (205) 226-3417
Facsimile: (205) 226-8798

COUNSEL OF RECORD FOR PLAINTIFFS

**Of Counsel:**
Ed R. Haden
K. C. Hairston
BALCH & BINGHAM LLP
1710 Sixth Avenue North
Birmingham, AL 35203
Telephone: (205) 251-8100
Facsimile: (205) 226-8798

Ronald A. Schechter
Jeffrey L. Handwerker
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1202
Telephone: (202) 942-5777
Facsimile: (202) 942-5999

[1] Plaintiffs have already deposed one of the Government's experts, Jonathan A. Neuberger, on July 13, 2005 and are scheduled depose Mr. Ed R. Johnson on July 26, 2005.

**CERTIFICATE OF FILING**

I hereby certify that on this 26th day of July, 2005, a copy of foregoing: "PLAINTIFFS' UNOPPOSED MOTION FOR A BRIEF ENLARGEMENT OF TIME TO COMPLETE DISCOVERY" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ M. Stanford Blanton