# In the United States Court of Federal Claims

No. 98-614C
(Filed July 26, 2005)

| | |
|---|---|
| ****************************** | |
| SOUTHERN NUCLEAR | * |
| OPERATING COMPANY, | * |
| ALABAMA POWER COMPANY, | * |
| GEORGIA POWER COMPANY, | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| ****************************** | |

## ORDER

On July 26, 2005, Plaintiffs' Unopposed Motion for a Brief Enlargement of Time to Complete Discovery was filed. Plaintiffs request an enlargement of time to and including August 12, 2005, to complete discovery.

Accordingly, it is **ORDERED** that plaintiffs' motion, filed July 26, 2005, is **GRANTED**.

s/ James F. Merow
James F. Merow
Senior Judge