IN THE UNITED STATES COURT OF FEDERAL CLAIMS

SOUTHERN NUCLEAR OPERATING COMPANY, ALABAMA POWER COMPANY, AND GEORGIA POWER COMPANY,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

No. 98-614C
(Senior Judge Merow)

**NOTICE OF FILING OF DOCUMENTS UNDER SEAL**

Defendant, the United States, respectfully submits this notice that it has filed "Defendant's Reply In Support Of Motion To Compel Third Party Production Of Documents Pursuant To Subpoena *Duces Tecum*, And Response To Cross-Motion For Protective Order And To Quash/Modify The Subpoena" in hard copy form with the Clerk's office, under seal.

On June 8, 2005, defendant filed its motion for leave to file documents under seal electronically, pursuant to the Court's General Order 42A. On June 28, 2005, this Court granted the Government's motion. Unfortunately, when we attempted to file the document under seal electronically earlier today, as ordered by the Court, we were unable to do so, receiving a notice from the Electronic Court Filing ("ECF") system that we are not authorized to do so. Therefore, we have filed the reply brief, which contains protected information that must be kept under seal, in paper form.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

OF COUNSEL:

STEPHEN FINN
HEIDE L. HERRMANN
MARIAN E. SULLIVAN
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530

s/John C. Ekman
JOHN C. EKMAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington D.C. 20530
Tele: (202) 307-6288
Fax: (202) 307-2503

July 26, 2005

Attorneys for Defendant

CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 26th day of July, 2005, a copy of foregoing "NOTICE OF FILING OF DOCUMENTS UNDER SEAL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I hereby further certify that on this 26th day of July, 2005, I caused to be served by overnight delivery a copy of "NOTICE OF FILING OF DOCUMENTS UNDER SEAL" addressed as follows:

Francis P. Maneri
Dilworth Paxson LLP
3200 Mellon Bank Center
1735 Market Street
Philadelphia, Pennsylvania 19103

s/Heide L. Herrmann