# In the United States Court of Federal Claims

No. 98-614C
(Filed September 9, 2005)

| | |
|---|---|
| ****************************** | |
| SOUTHERN NUCLEAR | * |
| OPERATING COMPANY, | * |
| ALABAMA POWER COMPANY, | * |
| GEORGIA POWER COMPANY, | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| ****************************** | |

**ORDER**

At the pre-trial conference(s), the parties should address any impact of the decision in *Indiana Michigan Power Co. v. United States,* __ F.3d __, No. 04-5122 (Fed. Cir. Sept. 9, 2005) on the trial of this matter.

s/ James F. Merow
James F. Merow
Senior Judge