# In the United States Court of Federal Claims

No. 98-614C
(Filed September 12, 2005)

| | |
|---|---|
| SOUTHERN NUCLEAR OPERATING COMPANY, ALABAMA POWER COMPANY, GEORGIA POWER COMPANY, Plaintiffs, | * |
| v. | * |
| THE UNITED STATES, Defendant. | * |

## ORDER

Counsel for parties have conferred and reported to the court as to available dates for pretrial conferences.

Accordingly, it is **ORDERED** that:

(1) The first pretrial conference is scheduled to commence at 1:30 p.m. on Thursday, September 15, 2005, at the National Courts Building, 717 Madison Place, NW, Washington, DC 20005, with the courtroom number to be posted in the lobby;

(2) The final pretrial conference is rescheduled for October 11, 2005 at 10:00 a.m., at the National Courts Building, with the courtroom number to be posted in the lobby.

s/ James F. Merow
James F. Merow
Senior Judge