IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SOUTHERN NUCLEAR OPERATING COMPANY; ALABAMA POWER COMPANY; and GEORGIA POWER COMPANY, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 98-614C (Senior Judge Merow) |
| UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR A BRIEF ENLARGEMENT OF TIME TO FILE ITS PRETRIAL MEMORANDUM OF CONTENTIONS OF FACT AND LAW

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a brief five-day enlargement of time, to and including Wednesday, September 28, 2005, for the Government to file its pretrial memorandum of contentions of fact and law. The current deadline for the filing of the Government's pretrial brief is set for September 23, 2005. Based upon the representation that the Government will not seek additional enlargements, counsel for plaintiffs, M. Stanford Blanton, has represented that the plaintiffs do not oppose this motion.

The instant motion is necessitated by a variety of issues. First, based upon the decision in Indiana Michigan Power Co. v. United States, 04-5122 (Fed. Cir. Sept. 9, 2005), and this Court's order dated September 16, 2005, that followed from the Federal Circuit's decision, the Government's pretrial memorandum and strategy require modification to account for the limitation in damages through December 31, 2004. Since there are certain cost categories that are implicated by these two decisions, additional time is needed to determine the Government's position upon these cost categories. Second, additional time is needed to complete the internal review and approval of the Government's pretrial brief. Finally, the attorneys involved in the

preparation of the pretrial brief in this case also have been actively engaged in discovery matters relating to Pacific Gas & Electric Co. v. United States, 04-0074C, that have effected the preparation of the pretrial memorandum.

The requested enlargement will not affect any of the other deadlines set by the Court for pretrial activities.

For the foregoing reasons, we respectfully request that the Court grant this request for a five-day enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ John C. Ekman
JOHN C. EKMAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 353-0897
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of the General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

STEPHEN FINN
HEIDE L. HERRMANN
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530

September 20, 2005

CERTIFICATE OF FILING

I hereby certify that on this 20th day of September, 2005, a copy of foregoing "DEFENDANT'S MOTION FOR A BRIEF ENLARGEMENT OF TIME TO FILE ITS PRETRIAL MEMORANDUM OF CONTENTIONS OF FACT AND LAW " was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ John C. Ekman