# In the United States Court of Federal Claims

**98-614C**

**Filed: September 20, 2005**

**SOUTHERN NUCLEAR OPERATING COMP., INC**

**v.**

**THE UNITED STATES**

**TRANSCRIPT OF PROCEEDINGS (one volume)**
**held on September 15, 2005**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.