# In the United States Court of Federal Claims

No. 98-614C
(Filed September 20, 2005)

| | |
|---|---|
| SOUTHERN NUCLEAR OPERATING COMPANY, ALABAMA POWER COMPANY, GEORGIA POWER COMPANY, | * |
| Plaintiffs, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## ORDER

On September 20, 2005, Defendant's Unopposed Motion for a Brief Enlargement of Time to File Its Pretrial Memorandum of Contentions of Fact and Law was filed. Defendant requests an enlargement of time to and including September 28, 2005, to file its pretrial memorandum of contentions of fact and law.

Accordingly, it is **ORDERED** that defendant's unopposed motion, filed September 20, 2005, is **GRANTED**.

s/ James F. Merow
James F. Merow
Senior Judge