# APPENDIX A

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SOUTHERN NUCLEAR OPERATING COMPANY<br>ALABAMA POWER COMPANY<br>GEORGIA POWER COMPANY<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | Civil Action No. 98-614C<br>Senior Judge Merow |

**AMENDED AND SUPPLEMENTAL COMPLAINT**

The Plaintiffs, Southern Nuclear Operating Company, Inc. ("Southern Nuclear"), Alabama Power ("APC"), and Georgia Power Company ("GPC") (collectively, the "Companies"), pursuant to RCFC 15(a) and 15(d), file this Amended and Supplemental Complaint, through their undersigned counsel, against the Defendant, the United States of America (the "Government"), and state as follows:

1. The Companies reallege and incorporate by reference all paragraphs of the First Amendment to the Complaint filed on October 4, 2004.

2. The Companies further allege: Since the filing of the original Complaint on July 29, 1998, Southern has continued to pay fees to DOE pursuant to the Standard Contracts.

3. The Companies further allege: Since the filing of the original Complaint on July 29, 1998, Southern has incurred and continues to incur additional damages at Plants Hatch, Farley, and Vogtle arising from the same continuing partial breach of the same Standard Contracts by the same party – the Government. Specifically, between July 29, 1998, and December 31, 2004, transactions, occurrences, and events, including but not limited to the following, took place: Southern had purchased twenty-two dry casks, loaded SNF into these casks, built an Independent

Spent Fuel Storage Installation ("ISFSI"), and placed the loaded casks onto Plant Hatch's ISFSI. During this timeframe, Southern built an ISFSI, purchased three dry storage casks, and planned its loading campaign for those casks at Plant Farley. During this timeframe, Southern purchased and installed additional SNF racks in the connected reactor pools at Plant Vogtle. Moreover, during this time frame, Southern made payments to the Private Fuel Storage project. Additionally, Southern incurred various engineering, labor, and costs of capital damages during the July 29, 1998, and December 31, 2004, period. Southern incurred and continues to incur these and other damages as a proximate result of the government's continuing partial breach.

Respectfully submitted,

Dated: September 23, 2005

/s M. Stanford Blanton
M. Stanford Blanton
BALCH & BINGHAM LLP
1710 Sixth Avenue North
Birmingham, AL 35203
Phone: 205-226-3417
Fax: 205-226-8798

*COUNSEL OF RECORD FOR PLAINTIFFS*

Of Counsel:

Ed R. Haden
K. C. Hairston
BALCH & BINGHAM LLP
1710 Sixth Avenue North
Birmingham, AL 35203
Phone: (205) 251-8100
FAX: (205) 226-8798

Ronald A. Schechter
Jeffrey L. Handwerker
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1202
Phone: (202) 942-5777
FAX: (202) 942-5999

**CERTIFICATE OF FILING**

I hereby certify that on this 23rd day of September, 2005, a copy of the foregoing "AMENDED AND SUPPLEMENTAL COMPLAINT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s M. Stanford Blanton
OF COUNSEL