# In the United States Court of Federal Claims

No. 98-614C
(Filed October 13, 2005)

******************************
SOUTHERN NUCLEAR OPERATING COMPANY, ALABAMA POWER COMPANY, GEORGIA POWER COMPANY,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
******************************

**ORDER**

On October 13, 2005, Defendant's Unopposed Motion For An Enlargement Of Time, Out Of Time, To Respond To Plaintiffs' Motion To File An Amended And Supplemental Complaint was filed. Defendant requests an enlargement of time to and including November 18, 2005, to file its response to "Plaintiffs' Motion to File An Amended And Supplemental Complaint Under RCFC 15(a) And (d) To Update The First Amended Complaint For Post-Filing Damages And To Allow Post-2004 Damages To Be Claimed In A Separate Complaint."

Accordingly, it is **ORDERED** that defendant's unopposed motion, filed October 13, 2005, is **GRANTED**.

s/ James F. Merow
James F. Merow
Senior Judge