IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SOUTHERN NUCLEAR OPERATING, COMPANY, ALABAMA POWER COMPANY, and GEORGIA POWER COMPANY, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 98-614C (Senior Judge Merow) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S TESTIMONY DESIGNATIONS**

Pursuant to the Court's order issued September, 16, 2005, defendant hereby designates the attached testimony to become part of the record of trial in this case.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

OF COUNSEL:

JANE K. TAYLOR
Office of the General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

STEPHEN FINN
HEIDE L. HERRMANN
MARIAN E. SULLIVAN
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ John C. Ekman
JOHN C. EKMAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 353-0897
Fax: (202) 307-2503

October 17, 2005

Attorneys for Defendant

# ATTACHMENT

| WITNESS | TESTIMONY DESIGNATIONS |
|---|---|
| Robert L. Morgan | Trial in Tennessee Valley Authority v. United States, Fed. Cl. No. 01-249C, July 14, 2005:<br>2189:21-2190:16<br>2193:4-21<br>2194:11-2195:10<br>2198:9-2200:16<br>2206:1-2216:18<br>2218:17-2223:10<br>2230:24-2236:23 |
| Robert L. Morgan | Trial in Yankee Atomic Electric v. United States, Fed. Cl. Nos. 98-126C, 98-154C, 98-474C, August 2-3, 2004:<br>3626:5-3637:22<br>3642:19-3652:20<br>3656:16-3657:15<br>3664:22-3665:25<br>3667:17-3668:3<br>3675:3-23<br>3685:14-3686:11<br>3693:18-3696:8 |
| Ronald A. Milner | Trial in Yankee Atomic Electric v. United States, Fed. Cl. Nos. 98-126C, 98-154C, 98-474C, August 11, 2004:<br>4711:23-4716:2<br>4723:9-4732:25<br>4735:9-4742:11<br>4760:12-15<br>4768:12-4769:1<br>4784:2-4785:16 |