**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| SOUTHERN NUCLEAR OPERATING COMPANY; ALABAMA POWER COMPANY; and GEORGIA POWER COMPANY<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA<br><br>Defendant. | Civil Action No. 98-614C<br>Senior Judge Merow |

**PLAINTIFFS' DESIGNATIONS OF DEPOSITION AND TRIAL TRANSCRIPTS**

Plaintiffs Southern Nuclear Operating Company, Alabama Power Company, and Georgia Power Company hereby submit as evidence in the trial of this matter the portions of the deposition and trial transcripts designated on the following attachments:

1. Excerpts from depositions taken in this case or in conjunction with other spent nuclear fuel cases, Attachment 1;

2. Excerpts from the trial transcripts of Yankee Atomic Electric Company et al. v. United States, 98-126C (CFC), Attachment 2; and

3. Excerpts from the trial transcripts of Tennessee Valley Authority v. United States, 01-249C (CFC), Attachment 3.

DATED: October 18, 2005

Respectfully submitted,

/s M. Stanford Blanton
M. Stanford Blanton
BALCH & BINGHAM LLP
1710 Sixth Avenue South
Birmingham, AL 35203
(205) 251-8100

OF COUNSEL:
Ed R. Haden
KC Hairston
BALCH & BINGHAM LLP
1710 Sixth Avenue South
Birmingham, AL 35203
(205) 251-8100

Ronald A. Schechter
Jeffrey L. Handwerker
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
(202) 942-5000

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of October, 2005, a copy of the foregoing PLAINTIFFS' DESIGNATIONS OF DEPOSITION AND TRIAL TRANSCRIPTS was hand delivered to counsel of record for defendants, and that a copy of the foregoing was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s M. Stanford Blanton
M. Stanford Blanton
COUNSEL FOR PLAINTIFFS