# Attachment 1

**SOUTHERN NUCLEAR OPERATING COMPANY, INC., ET AL**
**V. U.S.**
**98-614C IN COURT OF FEDERAL CLAIMS**
**DEPOSITION EXCERPTS**

| NO. | DEPOSITION | DATE | PAGE NOS. |
|---|---|---|---|
| 1. | **Lake H. Barrett** (Southern Nuclear, et al. v. U.S. (Consolidated) – 98-614C) Volume 1 | 04/22/02 | 1-9,.49-60, 74-80, 85-96, 117-123, 197-200, 205-208, 214-220 |
| 2. | Lake H. Barrett (Southern Nuclear, et al. v. U.S. (Consolidated) – 98-614C) Volume 2 | 04/23/02 | 275-281, 337-352, 381-384, 401-404, 409-412, 449-456, 473-476, 489-492, 521-522 |
| 3. | Lake H. Barrett (Southern Nuclear, et al. v. U.S. (Consolidated) – 98-614C) Volume 3 | 04/26/02 | 527-534, 555-574, 579-594, 619-622, 707-718, 739-742, 771-782, 787-804 |
| 4. | Lake H. Barrett (Southern Nuclear, et al. v. U.S. (Consolidated) – 98-614C) Volume IV | 05/08/02 | 826-833, 900, 910-925, 942-953, 955, 962-965, 1014-1015, 1062-1065, 1094-1099 |
| 5. | Lake H. Barrett (Southern Nuclear, et al. v. U.S. (Consolidated) – 98-614C) Volume V | 05/10/02 | 1104-1112, 1133, 1148, 1152-1167, 1244-1247, 1328-1343, 1347, 1350-1357, 1367-1375, 1390-1393, 1416-1422, 1427, 1432-1434 |

| NO. | DEPOSITION | DATE | PAGE NOS. |
|---|---|---|---|
| 6. | Lake H. Barrett (Yankee v. U.S. – 98-126C, 98-474C) | 05/14/02 | 1-4, 118-125, 238-239 |
| 7. | **Alan Brownstein** (Southern Nuclear, et al. v. U.S. (Consolidated) – 98-614C) Volume 1 | 04/09/02 | 1-5, 58-61, 66-81, 126-145, 174-177, 238-242 |
| 8. | Alan Brownstein (Southern Nuclear, et al. v. U.S. (Consolidated) – 98-614C) Volume 2 | 04/10/02 | 242-246, 275-286, 327-338, 367-378, 411-414, 447-454, 467 |
| 9. | Alan Brownstein (Southern Nuclear, et al. v. U.S. (Consolidated) – 98-614C) Volume 3 | 04/11/02 | 467-471, 512-519, 728-731, 780-781 |
| 10. | Alan Brownstein (Yankee v. U.S. – 98-126C) Volume 2 | 06/14/02 | 246, 291-306, 423-430, 439-440 |
| 11. | **Billy M. Cole** (Southern Nuclear, et al. v. U.S. (Consolidated) – 98-614C) Volume 1 | 03/12/02 | 1-9, 34-41, 54-57, 78-81, 102-113, 126-133, 158-165, 170-181, 198-205, 242-245 |
| 12. | Billy M. Cole (Southern Nuclear, et al. v. U.S. (Consolidated) – 98-614C) Volume 2 | 03/13/02 | 245-253, 306-309, 342-349, 362-365 |
| 13. | **Susan Klein** (Southern Nuclear, et al. v. U.S. (Consolidated) – 98-614C) Volume 1 | 04/24/02 | 1-4, 77-84, 101-112, 121-124, 149-152, 165-172, 237-244, 269-272 |
| 14. | Susan Klein (Southern Nuclear, et al. v. U.S. (Consolidated) – 98-614C) Volume 2 | 04/25/02 | 275-276, 288-290, 351-353 |
| 15. | **Christopher A. Kouts** (Yankee v. U.S. – 98-126C) | 06/04/99 | 1-4, 70-71, 77-86, 90-94 |
| 16. | Christopher Alexander Kouts (Indiana Michigan v. U.S. – 98-486C & 621C) Volume 1 | 01/30/04 | 1-4, 83-87, 177-179, 190-192 |

| NO. | DEPOSITION | DATE | PAGE NOS. |
|---|---|---|---|
| 17. | Christopher A. Kouts (Southern Nuclear, et al. v. U.S. – 98-614C) | 04/11/05 | 1-6, 7-10, 13-14, 17-28, 31-33, 45-47, 50, 69-72, 74-75, 83-84, 95-96, 105-106 |
| 18. | **Michael J. Lawrence** (Yankee v. U.S. – 98-126C) | 05/20/02 | 1, 22-25, 42-101, 130-133, 142-153, 186-189, 198-226 |
| 19. | Michael J. Lawrence (Yankee v. U.S. – 98-126C) | 05/21/02 | 227, 244-251, 300-307, 320-339, 356-359 |
| 20. | **Patrick McDuffie** (Yankee v. U.S. – 98-126C) | 03/18/02 | 1, 34-41, 70-73, 110-117, 162-165, 182-184 |
| 21. | **Ronald Milner** (Southern Nuclear, et al. v. U.S. (Consolidated) – 98-614C Volume I | 05/01/02 | 1-8, 36-38, 42-45, 66-67, 72-74, 76-79, 81-85, 87-88, 90-92, 98-100, 107-108, 114-117, 131-133, 139-140, 160-165, 166-169, 194-197 |
| 22. | Ronald Milner (Southern Nuclear, et al. v. U.S. (Consolidated) – 98-614C Volume II | 05/02/02 | 197-209, 214-217, 246-253, 270-277, 279-281, 304-305, 321-323, 326-327, 330-337, 344-347, 366-368, 374-381, 390-397, 402-403 |
| 23. | Ronald Milner (Southern Nuclear, et al. v. U.S. (Consolidated) – 98-614C Volume III | 05/03/02 | 403-415, 425, 524-527, 550-565, 568-578 |
| 24. | Ronald Milner (Yankee Atomic, et al. v. U.S. - 98-126C, 154C, and 474C Volume IV | 05/07/02 | 579-587, 596-598, 600-601, 618-623, 630-632, 667-668, 681, |

| NO. | DEPOSITION | DATE | PAGE NOS. |
|---|---|---|---|
| | | | 683, 704-715, 728-732 |
| 25. | Ronald Milner (Yankee Atomic, et al. v U.S. – 98-126C, 154C, and 474C Volume II | 05/08/02 | 220 |
| 26. | **Robert L. Morgan** (Southern Nuclear, et al. v. U.S. (Consolidated) – 98-614C) Volume 1 | 03/21/02 | 1-8, 16-17, 22-29 34, 36-52, 54-55, 57-60, 63-64, 67-72, 73-77, 83-88, 93-100, 104-116, 118-123, 125-130, 133-141, 149-156, 168-169, 173-176, 178, 197-212 |
| 27. | Robert L. Morgan (Southern Nuclear, et al. v. U.S. (Consolidated) – 98-614C Volume 2 | 03/22/02 | 213-220, 221-240, 313-316, 325-330 |
| 28. | Robert L. Morgan (Yankee, et al. v. U.S. – 98-126C, 98-154C, 98-474C) | 06/25/02 | 1, 10-13, 134-137, 146-149, 170-172 |
| 29. | **Thomas Pollogg** (Southern Nuclear, et al. v. U.S. (Consolidated) – 98-614C Volume 1 | 04/11/02 | 1-4, 10-13, 15-16, 34-37, 39, 48-50, 62 70, 94-98, 124-125, 162-165, 178-181, 185-188, 202-205, 214-217 |
| 30. | Thomas Pollogg (Southern Nuclear, et al. v. U.S. (Consolidated) – 98-614C) Volume 2 | 04/12/02 | 1-7, 10-13, 20, 41, 43 50, 58, 105, 109, 134-137, 144, 174-178 |

| NO. | DEPOSITION | DATE | PAGE NOS. |
|---|---|---|---|
| 31. | Thomas Pollogg (Yankee Atomic, et al. v. U.S. - 98-126C, 154C, and 474C | 05/16/02 | 274-278, 281, 294-295, 299, 306, 309, 319-320, 322, 323-324, 328, 330-335, 345, 347, 376-377, 382-383, 385-387, 393, 408, 410-413, 415-416, 423, 431-432, 437, 438-439, 492 |
| 32. | Thomas Pollogg (Yankee Atomic, et al. v. U.S. - 98-126C, 154C, and 474C Part 2 | 05/22/02 | 557, 558-559, 563-564, 576-577, 604, 605, 659, 667, 668-669 |
| 33. | **Robert M. Rosselli** (Southern Nuclear, et al. v. U.S. (Consolidated) – 98-614C) Volume 1 | 04/15/02 | 1-4, 49-56, 93-96, 137-152, 177-184 |
| 34. | **Ben Rusche** (Yankee, et al. v. U.S. – 98-126C, 98-154C, 98-474C) Volume 1 | 05/16/02 | 1, 42-49, 154-161, 170-173, 242-249, 298-301 |
| 35. | Ben Rusche (Yankee, et al. v. U.S. – 98-126C, 98-154C, 98-474C) Volume 2 | 05/17/02 | 304, 329-332, 337-344, 365-380, 497-498 |
| 36. | **Nancy Slater** (Yankee v. U.S. – 98-126C) | 04/21/99 | 1-4, 161-164, 206-209, 230-233, 238-245 |
| 37. | Nancy Slater (Yankee v. U.S. – 98-126C) | 06/13/02 | 1, 94-101, 106-113, 162-165 |
| 38. | **Victor Trebules** (Southern Nuclear, et al. v. U.S. (Consolidated) – 98-614C) Volume 1 | 04/17/02 | 1-8, 17-36, 42, 44-46, 49-64, 93, 96-101, 107, 121-132, 160-161, 169-172, 177-180, 237-240 |
| 39. | Victor Trebules (Southern Nuclear, et al. v. U.S. (Consolidated) – 98-614C) Volume 2 | 04/18/02 | 242-249, 274-275, 277-279, 326-328, 337-338, 347-348 |

| NO. | DEPOSITION | DATE | PAGE NOS. |
|---|---|---|---|
| 40. | Victor Trebules (Yankee Atomic, et al. v. U.S. - 98-126C, 154C, and 474C) Volume 1 | 04/18/02 | 1-4, 17-28, 86-88, 90, 92-94, 125-126, 157-160 |
| 41. | **David Zabransky** (Southern Nuclear, et al. v. U.S. (Consolidated) – 98-614C Volume 1 | 04/17/02 | 1-11, 12-17, 30-42, 45-54, 57-60, 63-65, 77-80, 85-95, 97-112, 130-131, 143-147, 158-160, 162-164, 181-184, 221-224 |
| 42. | David Zabransky (Southern Nuclear, et al. v. U.S. (Consolidated) – 98-614C Volume 2 | 04/18/02 | 227-237, 257-258, 292-293, 295-298, 300-306, 317-330, 334-368, 371-381, 415-442, 455-458 |
| 43. | David Zabransky (Southern Nuclear, et al. v. U.S. (Consolidated) – 98-614C Volume 3 | 04/19/02 | 460-469, 636-639, 668-671, 681-685, 716-722 |
| 44. | David Zabransky (Yankee, et al. v. U.S. – 98-126C, 98-154C, 98-474C) | 06/06/02 | 208, 241-248, 385-389 |
| 45. | David Zabransky (Southern Nuclear, et al. v. U.S. (Consolidated) – 98-614C) | 04/12/05 | 1-5, 8, 13-14, 18-22, 24, 26, 30-45, 47-55, 59-61, 62-64, 70-71, 75-76 |

Attachment 2

**SOUTHERN NUCLEAR OPERATING COMPANY, INC., ET AL**
**V. U.S.**
**98-614C IN COURT OF FEDERAL CLAIMS**
**EXCERPTS FROM TRIAL TRANSCRIPT**
**YANKEE, ET AL. V. U.S.**
**98-126C, 98-154C & 98-474C**
**IN COURT OF FEDERAL CLAIMS**
**July 12, 2004-August 31, 2004**

| NO. | DESCRIPTION OF TESTIMONY | DATE | PAGE NOS. |
|---|---|---|---|
| 1. | Testimony of **Christopher Kouts**, Director of Office of Systems Analysis and Strategy Development, DOE | 08/02/04 | 1344-1345 |
| | **Christopher Kouts** | 08/02/04 | 1349-3451 |
| | **Christopher Kouts** | 08/02/04 | 3454-3455 |
| | **Christopher Kouts** | 08/02/04 | 3471-3474 |
| | **Christopher Kouts** | 08/02/04 | 3499 |
| | **Christopher Kouts** | 08/02/04 | 3505-3508 |
| | **Christopher Kouts** | 08/02/04 | 3540-3541 |
| 2. | Testimony of **Ronald Milner,** Chief Operating Officer, Office of Civilian Radioactive Waste Management at the Department of Energy | 08/11/04 | 4723 |
| | **Ronald Milner** | 08/11/04 | 4725-4726 |
| | **Ronald Milner** | 08/11/04 | 4736-4737, 4739 |
| | **Ronald Milner** | 08/11/04 | 4741-4742 |
| | **Ronald Milner** | 08/11/04 | 4745 |
| | **Ronald Milner** | 08/11/04 | 4749-4752 |

| NO. | DESCRIPTION OF TESTIMONY | DATE | PAGE NOS. |
|---|---|---|---|
| | **Ronald Milner** | 08/11/04 | 4761-4762, 4764 |
| | **Ronald Milner** | 08/11/04 | 4772 |
| 3. | Testimony of **Robert L. Morgan** | 08/03/04 | 3669-3680 |
| | **Robert L. Morgan** | 08/03/04 | 3682-3686 |
| 4. | Testimony of **Thomas Pollog**, Contracting Officer's Technical Representative, Office of Civilian Radioactive Waste Management, the Office of Systems Analysis and Strategy Development | 08/04/04 | 3953-3957 |
| | **Thomas Pollog** | 08/04/04 | 3962-3964 |
| | **Thomas Pollog** | 08/04/04 | 3968-3973 |
| | **Thomas Pollog** | 08/04/04 | 4000-4003 |
| | **Thomas Pollog** | 08/04/04 | 4037-4039 |
| 5. | Testimony of **Dave Zabransky,** Contracting Officer, Department of Energy, Office of Civilian Radioactive Waste Management, Office of Systems Analysis and Strategy Development | 08/05/04 | 4113-4114 |
| | **Dave Zabransky** | 08/05/04 | 4116-4118 |
| | **Dave Zabransky** | 08/05/04 | 4123-4124 |
| | **Dave Zabransky** | 08/05/04 | 4126-4128 |
| | **Dave Zabransky** | 08/05/04 | 4130 |
| | **Dave Zabransky** | 08/05/04 | 4146-4151 |
| | **Dave Zabransky** | 08/05/04 | 4157 |
| | **Dave Zabransky** | 08/05/04 | 4159 |
| | **Dave Zabransky** | 08/05/04 | 4162-4163 |

| NO. | DESCRIPTION OF TESTIMONY | DATE | PAGE NOS. |
|---|---|---|---|
| | **Dave Zabransky** | 08/05/04 | 4166 |
| | **Dave Zabransky** | 08/05/04 | 4168-4169 |
| | **Dave Zabransky** | 08/05/04 | 4172 |
| | **Dave Zabransky** | 08/05/04 | 4188-4189 |
| | **Dave Zabransky** | 08/05/04 | 4192 |
| | **Dave Zabransky** | 08/05/04 | 4235-4236 |

# Attachment 3

**SOUTHERN NUCLEAR OPERATING COMPANY, INC., ET AL**
**V. U.S.**
**98-614C IN COURT OF FEDERAL CLAIMS**
**EXCERPTS FROM TRIAL TRANSCRIPT**
**TENNESSEE VALLEY AUTHORITY V. U.S.**
**01-249C**
**IN COURT OF FEDERAL CLAIMS**
**July 12, 2005**

| NO. | DESCRIPTION OF TESTIMONY | DATE | PAGE NOS. |
|---|---|---|---|
| 1. | Testimony of **Thomas Pollog**, Contracting Officer's Technical Representative, Office of Civilian Radioactive Waste Management, the Office of Systems Analysis and Strategy Development | 07/12/05 | 1660-1661 |