IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SOUTHERN NUCLEAR OPERATING, COMPANY, ALABAMA POWER COMPANY, and GEORGIA POWER COMPANY, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 98-614C (Senior Judge Merow) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S LIST OF ADMITTED EXHIBITS TO WHICH PLAINTIFFS DID NOT OBJECT PRIOR TO TRIAL

Pursuant to the Court's order at the commencement of the Government's case-in-chief, defendant, the United States, respectfully submits its list of admitted exhibits to which the plaintiffs, Alabama Power Company, Georgia Power Company, and Southern Nuclear Operating Company, did not object prior to trial. At the close of trial, the Government will file a complete list of its admitted exhibits.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ John C. Ekman
JOHN C. EKMAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 353-0897
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of the General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

STEPHEN FINN
HEIDE L. HERRMANN
MARIAN E. SULLIVAN
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530

November 1, 2005

CERTIFICATE OF FILING

I hereby certify that on this 1st day of November 2005, a copy of the foregoing "DEFENDANT'S LIST OF ADMITTED EXHIBITS TO WHICH PLAINTIFFS DID NOT OBJECT PRIOR TO TRIAL," was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/John C. Ekman