# Southern Nuclear Operating Company v. United States, No. 98-614C

10/27/2005 8:09 AM

Defendant's Exhibits Admitted Without Objection

| | DX # | Bates - Begin | Bates - End | Full Name | Doc Date |
|---|---|---|---|---|---|
| | 0001 | SN140633 | SN140695 | DOE Standard Contract dated 6/10/1983 for Disposal of SNF and/or HLRW Contract No. DE-CR01-83NE44386with coverletter from Thomas S. Keefe, Contracting Officer, OPO, Department of Energy to R.J. Kelly, Executive Vice President, Georgia Power Company | 06/29/1983 |
| | 0002 | SN138175 | SN138237 | DOE Standard Contract dated 6/10/1983 for Disposal of SNF and/or HLRW Contract No. DE-CR01-83NE44479 with cover letter from Thomas S. Keefe, Contracting Officer, OPO, Department of Energy to R.J. Kelly, Executive Vice President, Georgia Power Company | 06/29/1983 |
| | 0003 | COF0010396 | COF0010456 | DOE Standard Contract dated 6/10/1983 for Disposal of SNF and/or HLRW Contract No. DE-CR01-83NE44478 | 06/10/1983 |
| | 0004 | COF0030181 | COF0030242 | DOE Standard Contract for Disposal of SNF and/or High-Level Radioactive Waste with Alabama Power Co., Contract No. DE-CR01-83NE44361 | 06/13/1983 |
| | 0005.001 | ARC0010056 | ARC0010070 | Federal Register Notice Part IV re: Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste | 02/04/1983 |
| | 0005.002 | ARC0010071 | ARC0010090 | Federal Register Notice Part II re: Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste | 04/18/1983 |
| | 0005.027 | ARC0010269 | ARC0010273 | Letter from Southern Company Services, Inc., Ruble A. Thomas, to Robert Morgan, NWPA-Project Office re: Contract for Disposal of SNF and/or High-Level Radioactive Waste | 03/04/1983 |
| | 0005.028 | ARC0010274 | ARC0010282 | Letter from Alabama Power, F.L. Clayton, to Robert Morgan, NWPA-Project Office re: Contract for Disposal of SNF and/or High-Level Radioactive Waste | 03/04/1983 |
| | 0006 | SN063315 | SN063317 | Letter from Doug Dutton to W. E. Ehrensperger re: Plant Vogtle - Units 1 & 2 Spent Fuel Racks, with attachments | 06/10/1980 |
| | 0011 | SN048515 | SN048568 | Comments of the EEI/UNWMG Added, Draft Contract for Disposal of Spent Nuclear Fuel and /or High-Level Radioactive Waste | 01/1983 |
| | 0013 | SN019812, SN146041 | SN019812, SN146041 | Letter from B.E. Hunt, Jr., Southern Co. Services to J.T. Beckham, Jr., Georgia Power Co., cc: Kelly, Jobe, Gucwa and McCarthy titled Nuclear Waste Policy Act of 1982, and same letter to R.P. McDonald, Alabama Power Co. cc: Franklin, Elliott, Rickels | 01/13/1983 |
| | 0014 | SMUD0011715 | SMUD0011729 | Letter to T. Dillon re: Specific Language Changes to 1/19/83 DOE Draft Contract | 01/21/1983 |
| | 0015 | SN010764 | SN010804 | Ltr from Fiedler to Hunt cc: Thomas, Rickels, Baker, Re: Jan. 19, 1983 Meeting on NWPA of 1982, with Highlights of Importance to Electric Utilities of the NWPA of 1982 as Passed by Congress Dec. 20, 1982, and, 1/19/83 Nuclear Industry Meeting Agenda | 01/21/1983 |
| | 0019 | SN048683 | SN048724 | EEI's Draft Unsolicited Comments on Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste | 01/25/1983 |
| | 0026 | SN048371 | SN048379 | Memo from R. A. Thomas to B. Hunt, L. Long, and J. Vandegnif re: Answers to Spent Fuel Question | 04/01/1983 |

## Southern Nuclear Operating Company v. United States, No. 98-614C

10/27/2005 8:09 AM

Defendant's Exhibits Admitted Without Objection

| | DX # | Bates - Begin | Bates - End | Full Name | Doc Date |
|---|---|---|---|---|---|
| | 0027 | SN048362 | SN048369 | Letter from B.E. Hunt to R.A. Thomas RE: Security Analysis Meeting Answers, and, attached answer to Question 3-8 for the upcoming security analysis meeting | 04/06/1983 |
| | 0029 | GPE0010496 | GPE0010501 | Meeting Notes from Edison Electric Institute, Task Group on Waste Contract | 05/12/1983 |
| | 0030 | SN011023 | SN011025 | Memo from M. M. Fiedler to B. E. Hunt re: Final DOE Standard Contract for Disposal of SNF and/or HLW | 05/17/1983 |
| | 0031 | YDK023709 | YDK023716 | Letter from Edison Electric Inst. J. J. Kearney to NWPA Project Office, Robert Morgan re: 10 CFR Part 961 - Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste | 05/20/1983 |
| | 0033 | SN010996 | SN011011 | Memo from S. P. Kraft, EEI, to Members, Task Group on the Wast Contract re: Results of May 12, 1983 Meeting | 05/24/1983 |
| | 0034 | SN011047 | SN011067 | Ltr from Kraft, Edison, to Members Task Force, with 05/20/83 Kearney, Edison, to Morgan, DOE, with Net vs. Gross Generation Attachment, 06/17/83 Morgan, to Kearney, with Draft Complaint, 06/03/83 Burstein, WE, to Keefe, DOE, 6/15/83, Britt, WE, to Keefe | 07/15/1983 |
| | 0038 | SN019277 | SN019280 | Cover letter Form No. 9-622A from Rick Kuester to Bruce Hunt, and, segments of a document from 7Q to 9A titled Nuclear | 04/11/1984 |
| | 0039 | SN007531 | SN007533 | Letter from B. E. Hunt to Charles Head re: Draft Mission Plan for the Cilivan Radioactive Waste Management Program (April 1984) | 07/06/1984 |
| | 0040 | SN046231 | SN046272 | Letter from James Hall to Members, Steering and HLW/SF Storage Working Group re: Comments on DOE Draft Mission Plan for the Cilivan Radioactive Waste Management Program | 07/13/1984 |
| | 0041 | SMUD0014889 | SMUD0014914 | Memorandum in Support of Petition for Rulemaking | 03/18/1985 |
| | 0042 | SN043120 | SN043128 | Memo from B. E. Hunt to R. A. Thomas re: Management Information Book Update | 03/20/1985 |
| | 0043 | SN019140 | SN019147 | Memo from Louis B. Long to M. G. Freeman re: Nuclear Energy Questions | 04/08/1985 |
| | 0044 | HQR0031088, YMP0011045 | HQR0031620, YMP0012123 | DOE, Office of Civilian Radioactive Waste: 1985 Mission Plan for the Civilian Radioactive Waste Management Program - Volumes I, II, & III | 06/1985 |
| | 0045 | SN182652 | SN182654 | Memo from B. C. Armstrong to File PC-0201 re: VNP Spent Fuel Racks Meeting | 10/24/1985 |
| | 0046 | SN182640 | SN182642 | Letter from Warren M. Andrews and L. B. Long to Ozen Batum cc: J. P. O'Reilly, R. E. Conway, L. T. Gucwa, G. H. Bockhold, R. A. Thomas, J. E. Hallmark, B. E. Hunt, L. K. Mathews and J. A. Bailey, re: Spent Fuel Pool Racks for Vogtle Unit - 1 | 11/12/1985 |
| | 0047 | SN182580 | SN182583 | Letter from Warren Andrews to Ozen Batum re: Additional Comments Concerning Spent Fuel Pool Racks for Vogtle Unit - 1 | 01/02/1986 |
| | 0048 | SN182631 | SN182632 | Letter from R.G. Cocherell to W.M. Andrews re: Vogtle Spent Fuel Pool Racks | 01/27/1986 |

Southern Nuclear Operating Company v. United States, No. 98-614C

10/27/2005 8:09 AM

Defendant's Exhibits Admitted Without Objection

| | DX # | Bates - Begin | Bates - End | Full Name | Doc Date |
|---|---|---|---|---|---|
| | 0050 | SN064043 | SN064055 | Letter from J.E. Hallmark to P.D. Rice, re: Plant Vogtle - Units 1 & 2 Spent Fuel Storage Rack Meeting, File: X6AN10, Log: SG-6256 | 02/25/1986 |
| | 0051 | SN186298 | SN186299 | Letter from B.E. Hunt, Southern Company Services, Inc., to L.T. Gucwa, cc: H.L. Shacklett and L.B. Long, Re: PSC Information Request | 02/26/1986 |
| | 0052 | SN043268 | SN043276 | Memo from H. L. Welch, Jr. to Franklin, Guthrie, Hart, Thomas, and Usry re: Management Information Booklet Update (Black Book) | 03/12/1986 |
| | 0053 | SN024273 | SN024277 | Memo from R. G. Cocherell to B. E. Hunt re: Plant Vogtle - Units 1 & 2 Spent Fuel Storage Racks | 10/14/1986 |
| | 0054 | SN007280 | SN007284 | Utility Nuclear Waste Management Group High-level Waste / Spent Fuel Storage Working Group December 17, 1986 Meeting Notes | 12/17/1986 |
| | 0062 | HQR0012705 | HQR0012792 | DOE Office of Civilian Radioactive Waste Publication: 1987 Annual Capacity Report | 06/1987 |
| | 0063 | HQR0031621 | HQR0032143 | DOE Office of Civilian Radioactive Waste: 1987 OCRWM Mission Plan Amendment w/ comments on the Draft Amendment and Responses to the Comments | 06/01/1987 |
| | 0066 | YDK038291 | YDK038416 | Letter from Utility Nuclear Waste Management Group, Nancy Montgomery to Members, High-Level Waste/Spent Fuel Storage Working Group re: Changes to the Standard Contract Formation of the Annual Capacity Report (ACR) team. | 06/24/1987 |
| | 0067 | CTR0031055 | CTR0031056 | Letter from Utility Nuclear Waste Management Group, Nancy Montgomery to DOE, Office of Civilian Radioactive Waste Management, Alan Brownstein re: Annual Capacity Report - Modification Process | 11/10/1987 |
| | 0068 | SN019322 | SN019323 | Memo from B. E. Hunt to Carol L. Lanier re: Questions for New York Security Analysts Seminar | 12/14/1987 |
| | 0069 | SN122969 | SN122970 | May 26, 1988, email from Ajluni to George, Byers, Folk, and Hommerson cc: McKinney and Morey subject: FW: FNP SFP Inventory, and, May 26, 1988, email from Berryhill to McKinney, Sims and Ajluni cc: Bland and Bockhold subject: FNP SFP Inventory | 05/26/1988 |
| | 0070 | HQR0255201 | HQR0255309 | DOE Report, Office of Civilian Radioactive Waste Management: Draft 1988 Mission Plan Amendment | 06/1988 |
| | 0071 | HQR0012610 | HQR0012704 | DOE Office of Civilian Radioactive Waste Publication: 1988 Annual Capacity Report | 06/1988 |
| | 0072 | SN073558 | SN073579 | Facility Interface Capability Assessment (FICA) Project Draft Cask-Handling Assessment Vogtle Units 1 and 2 | 07/1988 |
| | 0073 | SN120972 | SN120975 | Letter from B.E. Hunt, Manager Nuclear Fuel, Southern Company Services, Attn: Robert Woytko, Contracting Officer, DOE, cc: R.P. McDonald, W.G. Hairston, III, J.D. Woodard, M.D. Rickels, L.T. Gucwa, R.D. Baker, Re: Impact of 1988 Draft Mission Plan | 09/23/1988 |
| | 0074 | CTR0060075 | CTR0060085 | Minutes of Meeting between ACR Response Team, UNWMG, and DOE | 10/13/1988 |
| | 0075 | SN120963 | SN120966 | Letter from B.E. Hunt, Manager Nuclear Fuel, Southern Company Services, to Charles Head, | 10/26/1988 |

Southern Nuclear Operating Company v. United States, No. 98-614C 10/27/2005 8:09 AM

Defendant's Exhibits Admitted Without Objection

| | DX # | Bates - Begin | Bates - End | Full Name | Doc Date |
|---|---|---|---|---|---|
| | ** | ** | ** | DOE, cc: R.P. McDonald, W.G. Hairston, III, J.D. Woodard, M.D. Rickels, L.T. Gucwa, R.D. Baker, Re: Comments on the use of dry cask storage at nuclear reactor sites | ** |
| | 0076 | SN124333 | SN124333 | Letter from Robert J. Woytko, Contracting Officer, DOE, to B.E. Hunt, Southern Company Services, referring to Hunt's letter of September 23, 1988 | 11/23/1988 |
| | 0077 | CDB006316 | CDB006336 | Letter from Edison Electric Inst. Brian Farrell to ACR Committee re: DOE White Papers | 07/17/1989 |
| | 0078 | SN120874 | SN120879 | Letter from Steven Miltenberger, PSE&G, to Louis Long, SoNuc, re: Analysis of Alternative Spent Fuel Acceptance Ranking Methodologies | 12/18/1989 |
| | 0079 | SN054407 | SN054430 | Intracompany Memo from Mathews to Distribution re: APCo Nuclear Fuel Supply Report November 1, 1989, and, enclosed Executive Summary - Nuclear Fuel Supply for Edwin I. Hatch Nuclear Plant Vogtle Electric Generating Plant, Current Through November 1, 1989 | 01/08/1990 |
| | 0080 | SN168529 | SN168532 | Meeting Minutes of the High-level Waste/spent Fuel Storage Working Group Meeting of March 29, 1990, in Washington, D.c. | 03/29/1990 |
| | 0082 | SN205379 | SN205381 | Ltr from B.E. Hunt, Southern Co. Services, to R.D. Baker, Georgia Power Co., cc: Beckham, Long, Meier, Mathews, Subject: Hatch Project Position Paper on High Level Waste Storage, with Draft Position Paper Plant Hatch High Level Radioactive Waste Storage | 04/23/1990 |
| | 0083 | SN074017 | SN074018 | Letter from B. E. Hunt to C. K. McCoy re: Draft Vogtle Project Position Paper on High Level Waste Storage | 04/23/1990 |
| | 0084 | SN067644 | SN067659 | Memorandum from K.G. Turnage to L.K. Mathews concerning Hatch Spent Fuel Storage Planning Report, with attached Hatch Nuclear Spent Fuel Storage Planning Document - December 1989 | 04/25/1990 |
| | 0085 | SN053354 | SN053367 | Facility Interface Capability Assessment (FICA) Project Draft Cask Handling Assessment Joseph M. Farley Nuclear Plant Unit 2 | 05/1990 |
| | 0087 | HQR0012487 | HQR0012609 | DOE Office of Civilian Radioactive Waste Publication: 1990 Annual Capacity Report | 12/1990 |
| | 0088 | EDB0011518 | EDB0011519 | DOE Memorandum from Ron Milner to the Director, Office of Civilian Radioactive Waste Management, Approval for the publication of the 1990 Annual Capacity Report | 12/21/1990 |
| | 0089 | SN108266 | SN108273 | Statement to the U.S. Nuclear Waste Technical Review Board by Louis B. Long | 01/16/1991 |
| | 0091 | SN169938 | SN169942 | UWASTE Report Utility Nuclear Waste and Transportation Program Number 91-3 | 08/15/1991 |
| | 0092 | SN169450 | SN169451 | Standard Contract Task Force Meeting Summary 8/29/91 with marginalia | 08/29/1991 |
| | 0093 | SN169935 | SN169937 | UWASTE Report Utility Nuclear Waste and Transportation Program Number 91-4 | 08/30/1991 |
| | 0094 | HQR0030798 | HQR0031012 | Office of Civilian Radioactive Waste Management: 1991 Draft Mission Plan Amendment | 09/1991 |
| | 0095 | SN172238 | SN172242 | Memo from R. B. Fennell to R. G. Cocherell re: EEI/UWASTE Universal Container Task Force Meeting | 11/12/1991 |

Southern Nuclear Operating Company v. United States, No. 98-614C

10/27/2005 8:09 AM

Defendant's Exhibits Admitted Without Objection

| | DX # | Bates - Begin | Bates - End | Full Name | Doc Date |
|---|---|---|---|---|---|
| | 0096 | SN169918 | SN169922 | UWASTE Report Utility Nuclear Waste and Transportation Program Number 91-8 | 11/15/1991 |
| | 0097 | HQR0012357 | HQR0012419 | DOE Office of Civilian Radioactive Waste Publication: DOE 1991 Annual Capacity Report | 12/1991 |
| | 0098 | EDB0011764 | EDB0011765 | DOE Memorandum to the Director, Office of Civilian Radioactive Waste Management, J.W. Bartlett re: Approval for the publication of the 1991 Annual Capacity Report | 12/20/1991 |
| | 0099 | SN169909 | SN169913 | UWASTE Report Utility Nuclear Waste and Transportation Program Number 91-10 | 12/23/1991 |
| | 0100 | SN170372 | SN170376 | UWASTE Report Utility Nuclear Waste and Transportation Program Number 92-02 | 02/01/1992 |
| | 0101 | SN068280 | SN068281 | Memorandum from R.B. Fennell to R.G. Cocherell regarding Hatch Spent Fuel Storage Planning with marginalia | 02/18/1992 |
| | 0102 | SN134694 | SN134703 | Letter from M. Detmer, DOE to Ronald G. Cocherell, Southern Nuclear re: Standard Contract for Disposal of SNF and/or High-Level Radioactive Waste with General Instructions for completing the Appendix C - DCS | 03/04/1992 |
| | 0103 | SN172067 | SN172077 | Memo from Michael Alissi, EEI, to High-Level Waste Woeking Group re: Delivery Commitment Schedule Meeting | 03/06/1992 |
| | 0104 | SN152409 | SN152412 | Fax from Rick Fennell to Ray Harris forwarding GPC Position Paper on Spent Fuel Storage titled Spent Fuel Plants Hatch and Vogtle | 03/27/1992 |
| | 0105 | SN172052 | SN172056 | Memo from R. B. Fennell to R.G. Cocherell re: EEI/UWASTE Meetings, 3/30/92 Universal Container Task Force, 3/31/92 Annual Capacity Report Response Task Force, 4/1/92 High Level Waste Working Group | 04/13/1992 |
| | 0106 | SN068217 | SN068222 | Intracompany Correspondence from Rick Fennell to R.D. Baker cc: R.B. Fennell, TB-00300 (cover) and UH-4217, (DEC): B.E. Hunt, R.G. Cocherell, K.G. Turnage, T.K. Sheppard, and D.C. Hagan, re: Hatch Spent Fuel Storage Expansion Budget Projection | 05/04/1992 |
| | 0108 | SN170236 | SN170240 | UWASTE Report Utility Nuclear Waste and Transportation Program Number 92-13 | 08/01/1992 |
| | 0109 | SN066819 | SN066821 | Letter from R. G. Cocherell to Chris Blessing re: Edwin I. Hatch Nuclear Plant - Spent Fuel Pool Data | 08/20/1992 |
| | 0110 | SN120757 | SN120758 | Southern Nuclear Operating Company Intracompany Correspondence from R.G. Cocherell to R.B. Fennell re: Delivery Commitment Schedule (DCS) Forms Submittal | 08/26/1992 |
| | 0111 | SN102722 | SN102724 | Letter from R. G. Cocherell to R. J. Florian and R. D. Rogers re: Boraflex Spent Fuel Pool Racks - Interim Operating Recommendations | 08/27/1992 |
| | 0112 | SN134593 | SN134598 | Letter from Christian Blessing to Rick Fennell regarding Fuel Pool Storage Expansion at Hatch Nuclear Plant | 09/25/1992 |
| | 0113 | SN067905 | SN067913 | Letter from R. B. Fennell to R. G. Cocherell re: Hatch Spent Fuel Storage Planning Strategy Update ref: Memorandum dated 4/25/90 Turnage to Mathews, "Hatch ... Planning Report", | 11/25/1992 |

Southern Nuclear Operating Company v. United States, No. 98-614C

10/27/2005 8:09 AM

Defendant's Exhibits Admitted Without Objection

| | DX # | Bates - Begin | Bates - End | Full Name | Doc Date |
|---|---|---|---|---|---|
| | ** | ** | ** | w/attached Hatch Spent Fuel Storage Expansion Strategy November 1992 | ** |
| | 0114 | SN067848 | SN067875 | Memo from R.B. Fennell to R.G. Cocherell cc: L.B. Long, B.E. Hunt, R.D. Baker, E.B. Gibson, III, P.A. Roberts, Re: Hatch Spent Fuel Storage Planning Strategy Update, and, report titled Hatch Spent Fuel Storage Capacity Expansion Strategy December, 1992 | 12/31/1992 |
| | 0115 | SN067820 | SN067847 | Memorandum from R.B. Fennell to R.G. Cocherell concerning Hatch Spent Fuel Storage Planning Strategy Update, with attached Hatch Spent Fuel Storage Capacity Expansion Strategy - December, 1992, with marginalia | 12/31/1992 |
| | 0116 | SN164132 | SN164133 | Agenda - Vogtle SFP Enrichment Limit Increase Kickoff | 01/11/1993 |
| | 0117 | SN067794 | SN067819 | Email Fennell to Cocherell re: Hatch Spent Fuel Storage Planning Strategy Update ref: Memo. dated 4/25/90, K.G. Turnage to L.K. Mathews, Hatch Spent Fuel Storage Planning Report, and, Hatch Spent Fuel Storage Capacity Expansion Strategy, December 1992 | 03/01/1993 |
| | 0118 | SN067765 | SN067793 | Report titled Hatch Spent Fuel Storage Capacity Expansion Strategy December, 1992, marginalia crosses out December, 1992 and adds April, 1993 | 04/1993 |
| | 0119 | SN065685 | SN065713 | Letter from R. B. Fennell to R. G. Cocherell re: Hatch Spent Fuel Storage Planning Strategy Update, with attached Hatch Spent Fuel Storage Capacity Expansion Strategy - April 1993 | 04/01/1993 |
| | 0120 | SN200479 | SN200485 | Memorandum from R.B. Fennell to R.G. Cocherell concerning Hatch Spent Fuel Storage Planning Strategy Update - Executive Summary | 04/12/1993 |
| | 0121 | HQR0012315 | HQR0012353 | DOE Office of Civilian Radioactive Waste Publication: 1992 Annual Capacity Report, Rev. 1 | 05/1993 |
| | 0122 | SN066964 | SN066964 | Charter For Special Task Forces, Committees And Working Group | 08/09/1993 |
| | 0123 | SN066965 | SN066971 | Intracompany Correspondence from J.P. Reynolds to R.B. Fennell, C.L. Tully and O.C. Vidal, cc: R.D. Baker, RE: Hatch Interim Spent Fuel Storage Task Force | 08/17/1993 |
| | 0124 | SN066972 | SN066974 | Meeting Notes Summary Interim Spent Fuel Storage Task Force | 08/17/1993 |
| | 0125 | SN200491 | SN200493 | Meeting Notes Summary Interim Spent Fuel Storage Task Force - August 20, 1993 | 08/20/1993 |
| | 0126 | SN067011 | SN067015 | Meeting Notes Summary Interim Spent Fuel Storage Task Force | 09/01/1993 |
| | 0127 | SN029392 | SN029396 | Letter from R. G. Cocherell to Mike Alissi re: Comments on Multipurpose Container System Institutional Issue Draft Position Paper Dated 9/15/1993, EEI/UWaste Annual Capacity Report Response Team | 09/24/1993 |
| | 0128 | SN067028 | SN067028 | Intracompany Correspondence from J.P. Reynolds to R.B. Fennell, and O.C. Vidal, R.D. Baker, T. M. Milton, and W. L. Orr RE: Spent Fuel Storage Task Force | 09/28/1993 |
| | 0129 | SN067032 | SN067033 | Meeting Notes Summary Interim Spent Fuel Storage Task Force | 09/30/1993 |
| | 0130 | SN104075 | SN104076 | Fax from Rita C. Bowser to R.G. Cocherell, cc: Rick Fennell and John Reynolds, Subject: | 10/15/1993 |

# Southern Nuclear Operating Company v. United States, No. 98-614C

10/27/2005 8:09 AM

Defendant's Exhibits Admitted Without Objection

| | DX # | Bates - Begin | Bates - End | Full Name | Doc Date |
|---|---|---|---|---|---|
| | ** | ** | ** | Development of Trans-Shipment Alternative for Plant Hatch Spent Fuel Management | ** |
| | 0131 | SN067092 | SN067101 | Meeting Notes Summary Interim Spent Fuel Storage Task Force | 10/19/1993 |
| | 0132 | SN067972 | SN067985 | Intracompany Correspondence from J.P. Reynolds to J. T. Beckham, Jr., et al RE: Hatch Spent Fuel Storage Task Force Meeting Minutes | 11/05/1993 |
| | 0133 | SN067176 | SN067178 | Letter from R. G. Cocherell to William Bear re: Edwin I. Hatch Nuclear Plant - Spent Fuel Pool Rerack Cost Estimates | 11/24/1993 |
| | 0134 | SN067148 | SN067152 | Letter from F. D. Kuester to D. R. Madison re: E. I. Hatch Nuclear Plant - Units 1 & 2 Spent Fuel Pool Task Force - Rerack Option | 12/06/1993 |
| | 0135 | SN067153 | SN067154 | Meeting Notes Summary Interim Spent Fuel Storage Task Force | 12/16/1993 |
| | 0137 | SN067221 | SN067226 | Fax from Rick Fennell to Chris Blessing detailing 1/24/94 estimate request | 01/25/1994 |
| | 0138 | SN067183 | SN067203 | Presentation titled Hatch Spent Fuel Storage Task Force - February 1994 Update | 02/1994 |
| | 0139 | SN067228 | SN067249 | Presentation titled Hatch Spent Fuel Storage Task Force February 1994 Update Revision A with marginalia on pages SN067231, SN067234, SN067240, SN067245, SN067246, SN067247, and SN067248 | 02/1994 |
| | 0140 | SN066950 | SN066951 | Email from J. P. Reynolds to Ronald Cocherell re: Holtec Meeting on Friday, February 21, 1984 | 02/21/1994 |
| | 0141 | SN066847 | SN066850 | Letter from Barney Bear to R. G. Cocherell re: Reracking Proposal for Hatch Unit 2 | 02/25/1994 |
| | 0142 | SN101835 | SN101869 | Presentation to Southern Nuclear Operating Company Holtec Support for Sonopco | 02/25/1994 |
| | 0143 | SN179002 | SN179017 | Private Fuel Storage Facility, Financial Analysis, by Mescalero Apache Tribe and Nothern States Power | 02/25/1994 |
| | 0144 | SN163166 | SN163196 | Intracompany Correspondence from Susan Hoxie-Key to T. V. Greene, cc: B. Hunt re: Recommend Accepting HOLTEC Proposal for Reanalyzing Vogtle Spent Fuel Pool Racks with attachments | 04/14/1994 |
| | 0145 | SN014739 | SN014744 | Space Allocation and Priority Committee, Proposed Position Regarding the Allocation of Total and Annual Storage Capacity of the Private Fuel Storage Facility | 05/02/1994 |
| | 0146 | SN065991 | SN066000 | Letter from Christian Blessing to Rick Fennell re: Fuel Pool Storage Expansion at Hatch Nuclear Plant Holtec File No: HB-2279.RCK with Fuel Storage Equipment & Services Experience List, and a Holtec Press Release | 05/19/1994 |
| | 0147 | SN014677 | SN014692 | Private Fuel Storage Facility, Step Two General Issues for Negotiation | 05/25/1994 |
| | 0148 | SN073894 | SN073896 | Spent Fuel Storage & Disposal Edwin I. Hatch Nuclear Plant Units 1 and 2, Nuclear Waste Policy Act and DOE Spent Fuel Disposal Program Status | 05/30/1994 |
| | 0149 | SN065976 | SN065976 | Hatch Spent Fuel Storage Task Force - Groundrules For Cost and Schedule Inputs | 05/31/1994 |

Southern Nuclear Operating Company v. United States, No. 98-614C

10/27/2005 8:09 AM

Defendant's Exhibits Admitted Without Objection

| | DX # | Bates - Begin | Bates - End | Full Name | Doc Date |
|---|---|---|---|---|---|
| | 0150 | SN065668 | SN065684 | Spent Fuel Storage Licensing Options - Hatch Spent Fuel Storage Task Force | 06/02/1994 |
| | 0151 | SN179033 | SN179046 | Private Fuel Storage Facility, Financial Analysis | 07/20/1994 |
| | 0152 | SN074140 | SN074142 | Email exchange To/From Bruce E. Hunt, Ronald G. Cocherell, David M. Crawley, Brad L. Moore, David M. Varner, James A. Ripple, John E. Garlington, Don E. Mansfield, Dave N. Morey, Richard D. Hill, and Larry T. Hancock re: the FNP railroad spur | 07/27/1994 |
| | 0153 | SN065811 | SN065852 | Intraoffice Correspondence from J. P. Reynolds to L.E. Blakeslee, R. B. Fennell, T. M. Milton, W. L. Orr, and O.C. Vidal re: Presentation titled Hatch Spent Fuel Storage Task Force | 08/1994 |
| | 0154 | SN065762 | SN065797 | Hatch Spent Fuel Storage Task Force | 08/1994 |
| | 0155 | SN134177 | SN134180 | Spent Fuel Storage & Disposal Joseph M. Farley Nuclear Plant Units 1 and 2, Nuclear Waste Policy Act and DOE Spent Fuel Disposal Program Status | 08/1994 |
| | 0156 | SN074136 | SN074138 | Intracompany Correspondence from R.G. Cocherell to David M. Crawley cc: John Garlington, D.R. Culver, B.E. Hunt and UH-4210 re: Farley Railroad Spur - Impact on Spent Fuel Shipments | 08/02/1994 |
| | 0157 | SN133982 | SN133983 | Spent Fuel Storage & Disposal Vogtle Electric Generating Plant Units 1 and 2 as of 8/28/94 | 08/28/1994 |
| | 0158 | SN065604 | SN065643 | Presentation titled Hatch Spent Fuel Storage Task Force September 1994 | 09/1994 |
| | 0159 | SN014445 | SN014446 | Intracompany memo from B. E. Hunt to L. B. Long re: Trip Report - Mescalero Private Fuel Storage Facility Planning Team Meeting 9/21/94 | 09/23/1994 |
| | 0160 | SN120533 | SN120538 | Letter from Beth Tomasoni (DOE) to Ronald Cocherell (Southern Nuclear) re: revised DCS form and DCS instructions | 10/12/1994 |
| | 0161 | SN014270 | SN014347 | Private Fuel Storage, Facility Business Plan | 12/20/1994 |
| | 0162 | SN014247 | SN014256 | Private Fuel Storage, Financial Analysis | 12/20/1994 |
| | 0163 | SN109290 | SN109306 | Mescalero Fuel Storage L.L.C. Amendment No. 1 to LLC Agreement | 1995 |
| | 0164 | SN065656 | SN065666 | Presentation with marginalia titled Hatch Spent Fuel Storage Strategy Presented to County Directors February 2, 1995 | 02/02/1995 |
| | 0165 | SN074969 | SN074975 | Presentation titled Plant Hatch Spent Fuel Storage Strategy Presentation to County EMA Directors February 2, 1995 | 02/02/1995 |
| | 0166 | SN074867 | SN074885 | Letter from Fennell to Cocherell/UH-4217 re: Plant Hatch Spent Fuel Storage Requirements, and, E.I. Hatch On-Site Spent Fuel Storage Costs - 2/95 DOE Storage Impact Study Hatch 1 and 2 Spent Fuel Pools Storage Projection as of January 1995 | 02/10/1995 |
| | 0167 | SN091184 | SN091185 | Spent Fuel Storage & Disposal Edwin I. Hatch Nuclear Plant Units 1 and 2 Nuclear Waste Policy Act and DOE Spent Fuel Disposal Program Status | 03/16/1995 |
| | 0168 | SN109475 | SN109478 | Fax from Rick Fennell to Mike Swartz forwarding Mescalero Storage Requirements Update, | 07/05/1995 |

Southern Nuclear Operating Company v. United States, No. 98-614C

10/27/2005 8:09 AM

Defendant's Exhibits Admitted Without Objection

| | DX # | Bates - Begin | Bates - End | Full Name | Doc Date |
|---|---|---|---|---|---|
| | ** | ** | ** | Southern Nuclear Plants Farley Hatch & Vogtle | ** |
| | 0169 | SN091015 | SN091017 | Email from Richard B. Fennell to Ray D. Baker and Ozzie C. Vidal regarding Minimum Hatch On-Site Storage Requirements, with attached Hatch 1 and 2 Spent Fuel Pools Storage Projection as of June 1995 - 7/95 Mescalero Demand Update, with marginalia | 07/07/1995 |
| | 0170 | SN073506 | SN073507 | Email from Richard B. Fennell to Ronald G. Cocherell re: MOX Impact on Spent Fuel Handling, etc. - General Thoughts | 08/09/1995 |
| | 0171 | SN073487 | SN073488 | Email from Richard B. Fennell to Ronald G. Cocherell re: Vogtle RxR Removal | 10/16/1995 |
| | 0172 | SN074816 | SN074825 | Email from Richard B. Fennell to Ozzie C. Vidal forwarding Standard Hatch Spent Fuel Presentation Vs. 1.3 | 10/24/1995 |
| | 0173 | SN074231 | SN074247 | Email from Richard B. Fennell to Rodney D. Rogers cc: Francis M. Jessup, Ronald G. Cocherell, and M. Mike Fiedler Subject: Farley Spent Fuel Site Presentation w/attachment 9510PRE.DOC titled Plant Farley Spent Fuel Storage Planning dated October 25, 1995 | 10/24/1995 |
| | 0175 | SN073482 | SN073482 | Email exchange between Susan Hoxie-Key and Timothy D. Sorrell re: Heavy Load Transportation Study | 01/11/1996 |
| | 0176 | SN073872 | SN073874 | Spent Fuel Storage & Disposal Edwin I. Hatch Nuclear Plant Units 1 and 2, Nuclear Waste Policy Act and DOE Spent Fuel Disposal Program Status | 01/12/1996 |
| | 0180 | SN083719 | SN083725 | White Paper with marginalia titled Spent Fuel Storage Strategy Edwin I. Hatch Nuclear Plant | 03/21/1996 |
| | 0181 | SN119994 | SN1120000 | Fax from Rick Fennell to Howard Shimon forwarding several marked up Spent Fuel Storage Profiles | 04/25/1996 |
| | 0183 | SN083639 | SN083645 | Email from Richard B. Fennell to Ronald G. Cocherell subject: FW: White Paper Final Version, forwarding file attachment WHITEPPG.DOC titled White Paper, Final Version | 04/27/1996 |
| | 0184 | SN083612 | SN083624 | Draft September 1995 Hatch Spent Fuel Storage Solicitation (Np95-029) Nuclear Fuel Services Review | 04/30/1996 |
| | 0186 | SN152707 | SN152708 | Questions and Answers Prepared for Executives regarding issues they could be asked at meetings | 05/02/1996 |
| | 0187 | SN152696 | SN152698 | Email from C. Russ Dedrickson to Richard B. Fennell and Ronald G. Cocherell forwarding document titled Stockholder Questions | 05/06/1996 |
| | 0188 | SN096362 | SN096373 | Southern Nuclear Operting Company E.J. Hatch Nuclear Plant Dry Spent Fuel Storage Meeting subject: Request for Additional Information from Holtec International with marginalia | 05/09/1996 |
| | 0189 | SN096355 | SN096357 | Southern Nuclear Operation Company Hatch Plant Dry Fuel Storage Meeting | 05/09/1996 |
| | 0190 | SN075720 | SN075725 | Email from Susan Hoxie-Key to Ronald Cocherell and Timothy Sorrell re: Maine Yankee Racks with First Draft of White Paper attached. | 05/24/1996 |

Southern Nuclear Operating Company v. United States, No. 98-614C

10/27/2005 8:09 AM

Defendant's Exhibits Admitted Without Objection

| | DX # | Bates - Begin | Bates - End | Full Name | Doc Date |
|---|---|---|---|---|---|
| | 0191 | SN107237 | SN107245 | Email from Richard B. Fennell to Bernie R. Matthews, Ozzie C. Vidal and JC Vance re: HNP Dry Storage Project - Vendor Short List Evaluation Paper, with attached September 1995 Hatch Spent Fuel Storage (NP95-029) Nuclear Fuel Services Review... | 06/13/1996 |
| | 0193 | SN075700 | SN075701 | Interoffice Correspondence from W. F. Kitchens to J. B. Beasley, Jr. re: Vogtle Electric Generating Plant - Spent Fuel Racks | 08/01/1996 |
| | 0194 | CTR0020138 | CTR0020200 | 1995 Acceptance Priority Ranking and Annual Capacity Report | 09/1996 |
| | 0195 | SN073870 | SN073871 | Email from Richard B. Fennell to Bernie R. Matthews, Ozzie C. Vidal, Cindy L. Shaw, Ronald G. Cocherell, Ken S. Folk, .... re: Updated Hatch Spent Fuel Storage Requirements - 1996 Budget with attachment | 09/13/1996 |
| | 0196 | COF0021387 | COF0021390 | Letter from Ronald G. Cocherell, Southern Nuclear, to Douglas Baptist, DOE Contracting Officer re: delivery commitment schedules for the Edwin I. Hatch Nuclear Plant with attachment Appendix C - DCS, for years 2001and 2002. | 09/30/1996 |
| | 0197 | SNCRFP011644 | SNCRFP011663 | Letter from C. K. McCoy, Georgia Power, to U.S. Nuclear Regulatory Commission re: Vogtle - Request to Revise Technical Specifications -Credit for Boron and Enrichment Increase for Fuel Storage | 10/04/1996 |
| | 0198 | COF0021383 | COF0021386 | Letter from Ronald G. Cocherell, Southern Nuclear, to Douglas Baptist, DOE Contracting Officer re: Revised delivery commitment schedules for the Edwin I. Hatch Nuclear Plant with attachment Appendix C - DCS, for years 2001and 2002. | 10/21/1996 |
| | 0199 | SN151819 | SN151820 | Email from Richard Fennell to Ronald Cocherell re: The Southern Company Form 10-K | 02/21/1997 |
| | 0200 | SN073858 | SN073861 | Email from Ronald Cocherell to Louis Long forwarding copy of Spent Fuel Storage & Disposal Southern Electric System | 03/07/1997 |
| | 0201 | SN200426 | SN200428 | Spent Fuel Storage & Disposal Southern Electric System as of 3/7/97 (Expanded), Nuclear Waste Policy Act and DOE Spent Fuel Disposal Program Status | 03/07/1997 |
| | 0203 | SN120329 | SN120329 | Letter from Beth Tomasoni, DOE Contracting Officer, to Ronald G. Cocherell, Southern Nuclear re: Disapproval of DCSs for the Edwin I. Hatch Nuclear Plant for the years 2001 and 2002. | 03/13/1997 |
| | 0204 | SN073306 | SN073307 | Spent Fuel Storage Profiles For Hatch 1 and 2 with marginalia | 03/28/1997 |
| | 0205 | SN083226 | SN083276 | Holtec International Presentation to Southern Nuclear Operating Company on the Hi-Star/Hi-Storm Multi-Purpose Spent Fuel Management System for Plant Hatch | 04/01/1997 |
| | 0206 | SN073275 | SN073284 | Fax from Rick Fennell to C.K. Anderson forwarding completed Dry Storage Questionnaire | 06/05/1997 |
| | 0208 | SN201254 | SN201266 | Memorandum from Kimberly A. Gruss and Marissa G. Bailey to Charles Haughney Subject: Summary of September 4, 1997 Meeting Between Nuclear Regulatory Commission Staff and Southern Nuclear with Presentation to Office of NMSS SFP Office dated Sept 4, 1997 | 09/11/1997 |

Southern Nuclear Operating Company v. United States, No. 98-614C

10/27/2005 8:09 AM

Defendant's Exhibits Admitted Without Objection

| | DX # | Bates - Begin | Bates - End | Full Name | Doc Date |
|---|---|---|---|---|---|
| | 0209 | SN202884 | SN202891 | Supplemental Detail - Alternative pent Fuel Storage Options | 11/18/1997 |
| | 0210 | SNCRFP011505 | SNCRFP011585 | Letter from C.K. McCoy to the U.S. Nuclear Regulatory Commission re: Vogtle Electric Generating Plant Request to Revise Technical Specifications Additional Fuel Storage Racks for Unit 1 Fuel Storage Pool | 11/20/1997 |
| | 0211 | SN201290 | SN201292 | Memorandum from Gary T. Tjersland, Holtec International, to Distribution re: Southern Nuclear / USNRC Meeting on Plant Hatch ISFSI | 12/04/1997 |
| | 0213 | SN057670 | SN057675 | Intracompany Correspondence from R.B. Fennell to R.G. Cocherell re: Utility Group Discussions on Spent Fuel Disposal Alternative Services - 2/4-5/98 | 02/11/1998 |
| | 0214 | SNCRFP011852 | SNCRFP011863 | Safety Evaluation by the Office of Nuclear Reactor Regulation Related to Amendment No. 99 to Facility Operating License NFP-68 and Amendment No. 77 to Facility Operating License NFP-81 - Vogtle Units 1 & 2 - Docket Nos. 50-424 and 50-425 | 02/20/1998 |
| | 0215 | SN151794 | SN151795 | Nuclear Fuel Disposal - Footnote 1 of Gpco Annual Report | 03/03/1998 |
| | 0216 | SN074028 | SN074030 | Email from Fennell to Carstensen cc:  Cocherell, Hunt, Bland, Hommerson, Subject:  RE: Spent Fuel Pool Obstructions with two 3/16/98 emails and one 3/13/98 email from Carstensen to Fennell cc:  Bland and Hommerson, Subject:  Spent Fuel Pool Obstructions | 03/20/1998 |
| | 0217 | SN201339 | SN201341 | Letter from H.L. Sumner, Jr., Southern Nuclear Operating Company, to Charles Haughney, NRC, cc: Wells, Olshan, Reyes, Holbrook xc: Delligatii, Paperiello, Singh, and Tjersland titled Edwin I. Hatch Nuclear Plant Independent Spent Fuel Storage Facility | 04/13/1998 |
| | 0218 | SN202662 | SN202666 | Spent Fuel Storage & Disposal System Southern Electric System Nuclear Waste Policy Act and DOE Spent Fuel Disposal Program Status as of 4/15/98 | 04/15/1998 |
| | 0221 | SNCRFP011621 | SNCRFP011643 | Safety Evaluation by the Office of Nuclear Reactor Regulation Related to Amendment No. 102 to Facility Operating License NFP-68 and Amendment No. 80 to Facility Operating License NFP-81 - Vogtle Units 1 & 2 - Docket Nos. 50-424 and 50-425 | 06/29/1998 |
| | 0222 | SNCRFP019898 | SNCRFP020005 | Amended and Restated Limited Liability Company Agreement | 07/15/1998 |
| | 0223 | SN075542 | SN075555 | Email from Richard B. Fennell to Tom M. Milton re: Hatch Rack Addition License Agreement - Cost/Benefit Assessment Section, with attached Prosposed Hatch Response & Environmental Cost/Benefit Analysis | 10/15/1998 |
| | 0224 | SN164849 | SN164850 | Letter from Robin D. Jones to Dave McKinnon re: Vogtle Electric Generating Plant -- Drawing of the Revised Unit 1 Spent Fuel Pool | 11/18/1998 |
| | 0225 | SN075660 | SN075665 | Letter from C. R. Myer, Southern Company Services - Vogtle Design Team Manager, to L. A. Ward, Southern Nuclear Operating Company - Vogtle Project re: REA 96-VAA064 and documentation of four items in the closeout of this REA | 11/18/1998 |
| | 0227 | SNC003332 | SNC003336 | Draft contract purchase order #6039913 from D.M. Varner, Georgia Power Company by and | 04/02/1999 |

Southern Nuclear Operating Company v. United States, No. 98-614C

10/27/2005 8:09 AM

Defendant's Exhibits Admitted Without Objection

| | DX # | Bates - Begin | Bates - End | Full Name | Doc Date |
|---|---|---|---|---|---|
| | ** | ** | ** | through its agent Southern Nuclear Operation Company, Inc., to David Davies, D R Davies Contractor for the Hatch Electric Generating Plt. | ** |
| | 0228 | | | Change order #6038298/004 from D.M. Varner, Georgia Power Company by and through its agent Southern Nuclear Operation Company, Inc., with Phil Allen, Allen & Graham, Inc. | 05/07/1999 |
| | 0229 | SNC003362 | SNC003369 | Contract Purchase Order Between Georgia Power and Data Systems & Solutions, LLC | 05/17/1999 |
| | 0230 | SNCRFP005596 | SNCRFP005619 | Special Design Considerations - Track Rehabilitation - Hatch Nuclear Plant - DCP-99-010-0-001 | 05/20/1999 |
| | 0231 | SNCRFP005587 | SNCRFP005592 | 10 CFR 50.59 Evaluation - Construction of a New Spur Track - Hatch Nuclear Plant Units 1 & 2 - Rev. 0 - DCP-99-010-0-001 | 05/24/1999 |
| | 0232 | SNC003375 | SNC003380 | Contract Purchase Order Between Georgia Power and Data Systems & Solutions, LLC | 06/09/1999 |
| | 0233 | SN205451 | SN205477 | FNP Dry Storage Project Manual, First Draft | 06/17/1999 |
| | 0234 | SNC003381 | SNC003386 | Draft contract purchase order #6041444 from D.M. Varner, Georgia Power Company by and through its agent Southern Nuclear Operation Company, Inc., to James O'Shea, Birmingham Crane & Hoist for the Hatch Electric Generating Plt. | 07/21/1999 |
| | 0235 | SNC002952 | SNC002952 | Invoice Number 057457-002 from Birmingham Crane & Hoist to Georgia Power Co., Hatch Electric Plant, for $11500.00 received August 11, 1999 | 07/29/1999 |
| | 0236 | SNC006753 | SNC006767 | Contract for Powerhouse Maintenance Services for Vogtle and Hatch Nuclear Plants Georgia Power Company Contracts Nos. 7040885 and 6023453 | 08/01/1999 |
| | 0237 | SNC003396 | SNC003402 | Purchase order #6041578 from D.M. Varner, Georgia Power Company by and through its agent Southern Nuclear Operation Company, Inc. with Pat Silver, Data Systems & Solutions, LLC | 08/09/1999 |
| | 0238 | SNC003046 | SNC003046 | Data Systems & Solutions, LLC Invoice | 08/13/1999 |
| | 0239 | SNC004178 | SNC004178 | Invoice #41114550 from Anthony Crane Rental, to Georgia Power Company received September 1, 1999, for $19,600.00 | 08/25/1999 |
| | 0240 | SNC003403 | SNC003411 | Draft contract purchase order #6041821 from D.M. Varner, Georgia Power Company by and through its agent Southern Nuclear Operation Company, Inc., to Paul Fleming, Birmingham Crane & Hoist for the Hatch Electric Generating Plt. | 09/03/1999 |
| | 0241 | SNCRFP005483 | SNCRFP005490 | 10 CFR 50.59 Evaluation - Installation of a New Limit Switch Mounting Plate - Hatch Nuclear Plant Unit 1 - Rev. 0 - DCP-99-012-0-002 | 09/14/1999 |
| | 0242 | SNC003201 | SNC003201 | Invoice From Cummins Alabama Inc to Georgia Power, # 010-8748 | 09/15/1999 |
| | 0243 | SNC003412 | SNC003422 | Draft change order #6041822/002 from D.M. Varner, Georgia Power Company by and through its agent Southern Nuclear Operation Company, Inc., to Paul Fleming, Birmingham Crane & Hoist for the Hatch Electric Generating Plt. | 09/21/1999 |

## Southern Nuclear Operating Company v. United States, No. 98-614C

10/27/2005 8:09 AM

Defendant's Exhibits Admitted Without Objection

| | DX # | Bates - Begin | Bates - End | Full Name | Doc Date |
|---|---|---|---|---|---|
| | 0244 | SNC003153 | SNC003153 | Invoice Number 057527-011 from Birmingham Crane & Hoist to Georgia Power Co., Hatch Electric Plant, for approx. $13500.00 received October 6, 1999 | 09/24/1999 |
| | 0245 | SNC003151 | SNC003151 | An invoice Cust PO# 6041821 and Invoice Number 057527-010 from Birmingham Crane & Hoist to Georgia Power Co., Hatch Electric Plant, for (looks like) $21846.00 received October 6, 1999 | 09/24/1999 |
| | 0246 | SNC003150 | SNC003150 | An invoice Cust PO# 6041821 and Invoice Number 057527-009 from Birmingham Crane & Hoist to Georgia Power Co., Hatch Electric Plant, for $83384.00 received October 6, 1999 | 09/24/1999 |
| | 0247 | SNC003148 | SNC003148 | An invoice #009866 for $441,626.26, from D.R. Davies Cntr to Financial Services, Hatch Electric Gen. Plant for Mobilization and De-Mobil., Misc. Hardware, Road Crossings, New Spew, Furnishing and Installing Culverts, Ballast, Cross Ties and Track Signs | 10/04/1999 |
| | 0248 | SNC004677 | SNC004688 | Draft contract purchase order #6042152 from D.M. Varner, Georgia Power Company by and through its agent Southern Nuclear Operation Company, Inc., to Barney Harris, Wrenn Handling Inc., for the Hatch Electric Generating Plt. | 10/11/1999 |
| | 0249 | SNCRFP005691 | SNCRFP005694 | 10 CFR 50.59 Evaluation - Reactor Building Overhead Crane Rail - Hatch Nuclear Plant Units 1 & 2 - Rev. 0 - DCP-99-041-0-003 - Actvity No. 1H99-041 | 10/22/1999 |
| | 0250 | SNC004716 | SNC004723 | Draft contract purchase order #6042469 from D.M. Varner, Georgia Power Company by and through its agent Southern Nuclear Operation Company, Inc., to Wilbur Kessler, Maxim Crane Works for the Hatch Electric Generating Plt. | 11/08/1999 |
| | 0251 | SNC004204 | SNC004204 | Invoice #90364803 received November 22, 1999, from Barney Harris, Brungart Equipment, to Georgia Power Co Fin Serv for Plant Hatch | 11/18/1999 |
| | 0252 | SNC004208 | SNC004208 | Invoice #41116530 from Anthony Crane Rental, to Georgia Power Company received November 22, 1999, for $8325.00 | 11/18/1999 |
| | 0253 | SNC004213 | SNC004214 | Invoice #AIC-385-00 from Alloy Industrial Contractors, Inc., to Georgia Power Company received December 20, 1999, for $223,250.00 | 11/25/1999 |
| | 0254 | SNC004752 | SNC004761 | Draft change order #6042455/001 from D.M. Varner, Georgia Power Company by and through its agent Southern Nuclear Operation Company, Inc., to Kelly MacMillan, Alloy Industrial Contractors for the Hatch Electric Generating Plt. | 12/14/1999 |
| | 0255 | SNC003345 | SNC003354 | Change order #6040695/002 from D.M. Varner, Georgia Power Company by and through its agent Southern Nuclear Operation Company, Inc., With Casey Ganier, Cummins Alabama, Inc. | 12/15/1999 |
| | 0256 | SNC004223 | SNC004223 | Invoice #41117065 from Anthony Crane Rental, to Georgia Power Company received December 20, 1999, for $110,000.00 | 12/16/1999 |
| | 0257 | SNC004769 | SNC004781 | Draft change order #6042470/002 from D.M. Varner, Georgia Power Company by and through its agent Southern Nuclear Operation Company, Inc., to Mike Kaveney, Welding Services Incorporated, for the Hatch Electric Generating Plt. | 12/16/1999 |

Southern Nuclear Operating Company v. United States, No. 98-614C

10/27/2005 8:09 AM

Defendant's Exhibits Admitted Without Objection

| | DX # | Bates - Begin | Bates - End | Full Name | Doc Date |
|---|---|---|---|---|---|
| | 0258 | SNCAR02218 | SNCAR02218 | An invoice Customer Order Number 6042470 and Invoice Number 18007 from WSI Welding Services, Inc. to Southern Nuclear Operating Co. for $28,873.00 received February 23, 2000 | 12/30/1999 |
| | 0259 | SNCAR02434 | SNCAR02434 | Southern Nuclear, E.I. Hatch Plant Design Change Request - New Building For Cask Handling | 01/24/2000 |
| | 0260 | SN098035 | SN098093 | Draft Rev 2 Technical Bid Specifications for Onsite Spent Fuel Storage and Transport System for Joseph M Farley Nuclear Plant Units 1 & 2 of Southern Nuclear Company | 02/08/2000 |
| | 0261 | SNCAR02228 | SNCAR02228 | An invoice Purchase Order No 6042574 and Invoice Number 000216 received June 18, 2000, from U.S. Tool & Die, Inc., to Georgia Power Company for $142,945.00 | 02/24/2000 |
| | 0262 | SNC002709 | SNC002710 | Hatch Isfsi Accounting Data from IBM DB2 Database Using Walker MBA Software (1)(2) Pgs. 37 and 38 of 240 | 03/01/2000 |
| | 0263 | SNC003071 | SNC003071 | Data Systems & Solutions, LLC Invoice | 04/04/2000 |
| | 0264 | SNC004828 | SNC004837 | Draft change order #6042574/001 from D.M. Varner, Georgia Power Company by and through its agent Southern Nuclear Operation Company, Inc., to Robert L. Moscardini, U.S. Tool & Die, Incorporated for the Hatch Electric Generating Plt. | 04/06/2000 |
| | 0265 | SNC004265 | SNC004265 | An invoice Purchase Order No 6042574/001 and Invoice Number 000403 received April 14, 2000, from U.S. Tool & Die, Inc., to Georgia Power Company for $16,718.33 | 04/07/2000 |
| | 0266 | SN076504 | SN076504 | Email from Fennell to Cocherall cc: Gibson, Mertz, Goode Subject: New Hatch Spent Fuel Storage Capacity with 6/5/00 emails Subject: Dry Storage Project Status from Cocherell to Fennell cc: Gibson, Mertz and from Goode to Sumner ... cc: Stoltz ... | 06/05/2000 |
| | 0267 | SN199967 | SN199968 | Intracompany Correspondence from J. D. Byers to R. G. Cocherell re: Hatch and Vogtle TLG Decommissioning Cost Studies/HLW Disposal/Reactor Operations Information | 06/23/2000 |
| | 0268 | SNC004904 | SNC004914 | Draft change order #6041281/001 from D.M. Varner, Georgia Power Company by and through its agent Southern Nuclear Operation Company, Inc., to Wilbur Kessler, Maxim Crane Works for the Hatch Electric Generating Plt. | 07/24/2000 |
| | 0269 | SN187525 | SN187542 | In Re: Notice of Inquiry Into Issues Concerning Ratepayer Payment to the Nuclear Waste Fund Comments By The Georgia Power Company | 07/31/2000 |
| | 0270 | SNCRFP005478 | SNCRFP005480 | Design Change Request - Refuel Grapple Limit Switch - Georgia Power Company Plant E. I. Hatch - DCR No. 1H99-012 - Rev. 0 | 09/17/2000 |
| | 0271 | SNC003219 | SNC003219 | Data Systems & Solutions, LLC Invoice # INV 0000001741 | 09/25/2000 |
| | 0272 | SNCRFP004822 | SNCRFP004823 | Design Input Record - Sally Port Modifications for ISFSI - Job: DCR 00-008 - Hatch Nuclear Plant Units 1 & 2 - DCPT 00-008-001 | 10/25/2000 |
| | 0273 | SNCRFP004813 | SNCRFP004814 | 10 CFR 50.59 Evaluation - Sally Port Modifications for ISFSI - Job: DCR 00-008 - Hatch Nuclear Plant Units 1 & 2 - 00-008-001 | 10/26/2000 |

## Southern Nuclear Operating Company v. United States, No. 98-614C

10/27/2005 8:09 AM

Defendant's Exhibits Admitted Without Objection

| | DX # | Bates - Begin | Bates - End | Full Name | Doc Date |
|---|---|---|---|---|---|
| | 0274 | SNCRFP019888 | SNCRFP019897 | Private Fuel Storage L.L.C, Amendment No. 2 to Amended and Restated Limited Liability Company Agreement | 2001 |
| | 0275 | SNC004984 | SNC004989 | Draft change order #6042896/801 from D.M. Varner, Georgia Power Company by and through its agent Southern Nuclear Operation Company, Inc., to Wilbur Kessler, Maxim Crane Works for the Hatch Electric Generating Plt. | 01/31/2001 |
| | 0276 | SNC005006 | SNC005010 | Draft change order #6048284/001 from D.M. Varner, Georgia Power Company by and through its agent Southern Nuclear Operation Company, Inc., to Wilbur Kessler, Maxim Crane Works for the Hatch Electric Generating Plt. | 02/28/2001 |
| | 0277 | SNC004330 | SNC004330 | Invoice #41124580 from Maxim Crane Works, to Georgia Power Company for $9,050.00 received March 19, 2001 | 03/13/2001 |
| | 0278 | SNC004334 | SNC004334 | Invoice #41124541 from Maxim Crane Works, to Georgia Power Company for $19,700.00 | 03/23/2001 |
| | 0279 | SNCRFP004970 | SNCRFP004979 | 10 CFR 50.59 Screen / Evaluation - Evaluate / Modify Dry Cask Lift Yoke - Job: DCR 01-006 - Htach Nuclear Plant Units 1 & 2 - DCP-01-006-004 | 05/14/2001 |
| | 0280 | SNC005065 | SNC005072 | Draft change order #6048331/002 from D.M. Varner, Georgia Power Company by and through its agent Southern Nuclear Operation Company, Inc., to Wilbur Kessler, Maxim Crane Works for the Hatch Electric Generating Plt. | 08/06/2001 |
| | 0281 | SNC002291 | SNC002300 | Draft change order #6048483/001 from D.M. Varner, Georgia Power Company by and through its agent Southern Nuclear Operation Company, Inc., with Joe Plantz, Welding Services, Inc. | 08/27/2001 |
| | 0282 | SNC001342 | SNC001417 | Alabama Power Co., Technical Specification for Onsite Spent Fuel Storage and Transport System for Farley Nuclear Plant - Units 1 and 2, Revision 1 | 01/11/2002 |
| | 0283 | SNC006464 | SNC006464 | Southern Nuclear Company Query ACK Detail Report | 02/01/2002 |
| | 0284 | | | Letter from W.G. Hairston III, SoNuc, to Senators Hatch and Bennett regarding Private Fuel Storage (PFS) | 07/08/2002 |
| | 0285 | SNCRFP017387 | SNCRFP017390 | Certificate of Compliance for Spent Fuel Storage Casks, Certificate No. 1014, Amendment No. 1, Expires 06/01/20 - Holtec International, Inc. - Final Safety Analysis Report for the HI-STORM 100 Cask System | 07/15/2002 |
| | 0286 | SNC000574 | SNC000574 | Invoice Number 20830 from Holtec International to Alabama Power Company C/O Southern Nuclear Operating Company Reference: Alabama Power Co. P.O. NF020428 Holtec Project 584000, Item: Holtec Users Group Helium Dehydrator Project ... Amount Due: $30,000.00 | 08/22/2002 |
| | 0287 | SNC003257 | SNC003259 | Nuclear Plant Management Information System Inventory Receipts Summary by Stock Number though document name is given as untitled with handwritten figure of $32,618.48 | 12/06/2002 |
| | 0288 | SNC003203 | SNC003205 | Nuclear Plant Management Information System Inventory Receipts Summary by Stock Number with a handwritten figure of $99,732.09 | 12/09/2002 |

## Southern Nuclear Operating Company v. United States, No. 98-614C

10/27/2005 8:09 AM

Defendant's Exhibits Admitted Without Objection

| | DX # | Bates - Begin | Bates - End | Full Name | Doc Date |
|---|---|---|---|---|---|
| | 0289 | SNC004657 | SNC004657 | Southern Nuclear Spent Fuel Damages Claim Summary of GPC Payables/Invoices/Checks | 12/19/2002 |
| | 0290 | SNC003504 | SNC003510 | Draft contract purchase order #6055524 from D.M. Varner, Georgia Power Company by and through its agent Southern Nuclear Operation Company, Inc., to Keith Miles, J.M. Miles Construction, for the Hatch Electric Generating Plt. | 04/24/2003 |
| | 0291 | SNCAR02295 | SNCAR02299 | Letter from Bernard Gilligan PM to Tom McCallum Nuclear Technical Services Southern Nuclear Operating Co. Subj: Quotation for Forced Helium Dehydrator, 2nd Lift Yoke, and Lift Yoke Extension Modification, and, Figure 1 Standard Lift Yoke Extension Design | 09/09/2003 |
| | 0292 | SNC003172 | SNC003173 | Invoice from J.M. Miles Construction, Inc. to Georgia Power Company, Invoice No. 714559 for $48284.00 | 09/30/2003 |
| | 0293 | SNCRFP015201 | SNCRFP015430 | Edwin I. Hatch Nuclear Plant Independent Spent Fuel Storage Installation - 10 CFR 72.212 Report - Docket No. 72-36 - Rev. 6 | 08/12/2004 |
| | 0294 | SNCAR02302 | SNCAR02302 | Holtec Invoice No 40818, Client Contract/P.O. No QP020001, Holtec Project No. 1224, Project Name Farley Dry Storage, issued to Alabama Power Company to the attention of Mr. Tom McCallum, amount due $24,168.06 | 08/18/2004 |
| | 0295 | HQR3220001 | HQR3220042 | Office of Radioactive Waste Management System Requirements Document Revision 06, DOE/RW-406 | 09/2004 |
| | 0296 | SNOC03696 | SNOC03718 | Berkeley Process Control Proposal titled Southern Nuclear Automated Welding System | 11/12/2004 |
| | 0297 | SNCAR02323, SNCAR02329 | SNCAR02323, SNCAR02329 | Two invoices, Holtec Invoice Nos 41273 and 41304, Client Contract/P.O. No QP020001, Holtec Project No. 1224, Project Name Farley Dry Storage, issued to Alabama Power Company to the attention of Mr. Tom McCallum, amounts due $4,324.53 and $2,403.77 | 12/28/2004 |
| | 0298 | SNCARA06538 | SNCARA06551 | Draft contract purchase order #6061998 from D.M. Varner, Georgia Power Company by and through its agent Southern Nuclear Operation Company, Inc., to Paul Sagues, Berkeley Process Control Inc., for the Hatch Electric Generating Plt. | 01/21/2005 |
| | 0300 | SN075728 | SN075731 | White Paper re: Wet Pool Racking | No Date |
| | 0301 | SN075732 | SN075734 | VEGP Options for Spent Fuel Pool Racks | No Date |
| | 0302 | SN063319 | SN063320 | Document titled Spent Fuel Storage Racks summarizing a Georgia Power requested Bechtel evaluation of current Plant Vogtle spent fuel rack design and potential modifications | No Date |
| | 0303 | SN081066 | SN081067 | Specifications for Onsite Spent Fuel Storage and Transport System for E. I. Hatch Nuclear Plant Units 1 & 2 of Georgia Power Company - Inquiry No. NP95-014 with marginalia | No Date |
| | 0304 | SN200841 | SN200844 | Questions and Answers about dry cask storage | No Date |
| | 0305 | SN152752 | SN152752 | Interim Spent Fuel Storage -- Unit 1 and Unit 2 | No Date |
| | 0306 | SNCRFP015139 | SNCRFP015140 | Long Range Plan, Issue - Farley Dry Storage Project | No Date |

Southern Nuclear Operating Company v. United States, No. 98-614C

10/27/2005 8:09 AM

Defendant's Exhibits Admitted Without Objection

| | DX # | Bates - Begin | Bates - End | Full Name | Doc Date |
|---|---|---|---|---|---|
| | 0307 | SN010631 | SN010632 | Nuclear Waste Policy Act - Summary | No Date |
| | 0308 | | | Dry Storage Issues - Hatch | No Date |
| | 0309 | SN201324 | SN201338 | Plant E.I. Hatch Spent Fuel Storage Presentation by Southern Company to U.S. NRC Region II | No Date |
| | 0310 | SN202892 | SN202892 | Alternative Spent Fuel Storage Options | No Date |
| | 0311 | SN014374 | SN014396 | PFSF Cost Categories | No Date |
| | 0312 | SN152841 | SN152841 | Overhead Showing the Current Status of Spent Fuel Storage at Each of the Facilities | No Date |
| | 0313 | SN043107 | SN043119 | Memo from Louis B. Long to Ben George, Tom Milton, and Bruce Hunt re: Questions that were prepare for the annual “get-together” with the Wall Street Analysts. | No Date |
| | 0314 | SN205193 | SN205194 | Spent Fuel Storage Task Force - Discussion Of Options | No Date |
| | 0316 | SN018362 | SN018365 | Questions and Answers Prepared for Executives regarding issues they could be asked at meetings, with marginalia. | No Date |
| | 0317 | SN200258 | SN200259 | Plant E.I. Hatch - Estimated Spent Fuel Storage Requirements 2000 GPC Decommissioning Fund Basis Update | No Date |
| | 0318 | CTR0031111 | CTR0031120 | Paper by A. Brownstein and B. Cole to Improve the Standard Disposal Contract: Paper re: Utility and DOE Efforts to Improve the Standard Disposal Contract - An Experiment in Cooperation | No Date |
| | 0320 | SNC002689 | SNC002706 | Hatch ISFSI Accounting Data from IBM DB2 Database Using Walker MBA Software (1)(2) Pgs. 17 thru 34 of 240 | No Date |
| | 0321 | SN121317 | SN121318 | Spent Fuel Acceptance Alternatives | No Date |
| | 0322 | SN133990 | SN133992 | Spent Fuel Plants Hatch and Vogtle | No Date |
| | 0323 | SN024200 | SN024206 | Spent Fuel Storage Rack History | No Date |
| | 0324 | SN119650 | SN119650 | Overhead Showing the Current Status of Spent Fuel Storage at Each of the Facilities | No Date |
| | 0326 | SNC002901 | SNC002902 | Hatch ISFSI Accounting Data from IBM DB2 Database Using Walker MBA Software (1)(2) Pgs. 229 and 230 of 240 | No Date |
| | 0327 | | | Expert Report of R. Larry Johnson, Veris Consulting | 06/10/2005 |
| | 0328 | | | Expert Report of Jonathan A. Neuberger, PH.D | 06/10/2005 |