IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SOUTHERN NUCLEAR OPERATING, COMPANY, ALABAMA POWER COMPANY, and GEORGIA POWER COMPANY, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 98-614C (Senior Judge Merow) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S ANSWER TO PLAINTIFFS' AMENDED AND SUPPLEMENTAL COMPLAINT

For its answer to the amended and supplemental complaint that the plaintiffs, Alabama Power Company, Georgia Power Company, and Southern Nuclear Operating Company (collectively, the "plaintiffs"), filed on September 23, 2005, defendant admits, denies, and alleges as follows:

1. Defendant incorporates by reference its responses to all paragraphs of the plaintiffs' First Amendment to the Complaint, filed on October 4, 2004.

2. Denies the allegations contained in paragraph 2 that Southern Nuclear Operating Company has paid fees to the Department of Energy ("DOE") pursuant to the Standard Contract; admits that Georgia Power Company and Alabama Power Company have paid fees to DOE since the filing of the original complaint on July 29, 1998; denies any remaining allegations contained in paragraph 2.

3. Denies the allegations contained in paragraph 3.

WHEREFORE, defendant requests that the Court enter judgment in its favor, order that the complaint be dismissed, and grant defendant such other and further relief as the Court may deem just and appropriate.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ John C. Ekman
JOHN C. EKMAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 353-0897
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of the General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

STEPHEN FINN
HEIDE L. HERRMANN
MARIAN E. SULLIVAN
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530

November 10, 2005

CERTIFICATE OF FILING

I hereby certify that on this 10th day of November 2005, a copy of the foregoing "DEFENDANT'S ANSWER TO PLAINTIFFS' AMENDED AND SUPPLEMENTAL COMPLAINT," was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ John C. Ekman