# In the United States Court of Federal Claims

No. 98-614C
(Filed November 21, 2005)

******************************
SOUTHERN NUCLEAR *
OPERATING COMPANY, *
ALABAMA POWER COMPANY, *
GEORGIA POWER COMPANY, *
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
Defendant. *
******************************

## ORDER

Counsel for parties have conferred and reported to the court as to available dates for final trial proceedings.

Accordingly, it is **ORDERED** that trial is scheduled to reconvene on December 14 and 16, 2005 at 10:00 a.m. at the National Courts Building, 717 Madison Place, NW, Washington, DC 20005, with the courtroom number to be posted in the lobby.[1/]

s/ James F. Merow
James F. Merow
Senior Judge

[1/] Please contact Linda Eddins at 202-357-6613, for courtroom arrangements or assistance.