# In the United States Court of Federal Claims

No. 98-614C
(Filed December 6, 2005)

******************************
SOUTHERN NUCLEAR *
OPERATING COMPANY, *
ALABAMA POWER COMPANY, *
GEORGIA POWER COMPANY, *
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
Defendant. *
******************************

## ORDER

Counsel for parties have conferred and agreed to reschedule trial at a later date.

Accordingly, it is **ORDERED** that the scheduling order of November 21, 2005 is vacated and the trial scheduled to reconvene on December 14 and 16, 2005 at 10:00 a.m., is hereby canceled. A revised scheduling order shall be entered at a later date.

s/ James F. Merow
James F. Merow
Senior Judge