# In the United States Court of Federal Claims

No. 98-614C
(Filed December 22, 2005)

| | |
|---|---|
| SOUTHERN NUCLEAR OPERATING COMPANY, ALABAMA POWER COMPANY, GEORGIA POWER COMPANY, Plaintiffs, | |
| v. | |
| THE UNITED STATES, Defendant. | |

## ORDER

Counsel for parties have conferred and reported to the court as to available dates for final trial proceedings.

Accordingly, it is **ORDERED** that trial is scheduled to reconvene on January 30, 2006 at 1:00 p.m. at the National Courts Building, 717 Madison Place, NW, Washington, DC 20005, with the courtroom number to be posted in the lobby.[1/] The final day of trial, January 31, 2006, shall commence at 10:00 a.m.

s/ James F. Merow
James F. Merow
Senior Judge

[1/] Please contact Linda Eddins at 202-357-6613, for courtroom arrangements or assistance.