**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SOUTHERN NUCLEAR OPERATING COMPANY<br>ALABAMA POWER COMPANY<br>GEORGIA POWER COMPANY<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | Civil Action No. 98-614C<br>Senior Judge Merow |

**<u>PLAINTIFFS' PRELIMINARY LIST OF ADMITTED EXHIBITS</u>**

Pursuant to the Court's order at trial, Alabama Power Company, Georgia Power Company and Southern Nuclear Operating Company ("Plaintiffs") respectfully submit their Preliminary List of Admitted Exhibits. After the trial, Plaintiffs will file a final list of admitted exhibits.

Respectfully submitted,

Dated: January 12, 2006

s/ M. Stanford Blanton
M. Stanford Blanton
BALCH & BINGHAM LLP
1710 Sixth Avenue North
Birmingham, AL 35203
Phone: 205-226-3417
Fax: 205-226-8798

*COUNSEL OF RECORD FOR PLAINTIFFS*

Of Counsel:

Ed R. Haden
K. C. Hairston
BALCH & BINGHAM LLP
1710 Sixth Avenue North
Birmingham, AL 35203
Phone: (205) 251-8100
FAX: (205) 226-8798

Ronald A. Schechter
Jeffrey L. Handwerker
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1202
Phone: (202) 942-5777
FAX: (202) 942-5999

**CERTIFICATE OF FILING**

I hereby certify that on this 12th day of January, 2006, a copy of the foregoing "PLAINTIFFS' PRELIMINARY LIST OF ADMITTED EXHIBITS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s M. Stanford Blanton
M. Stanford Blanton
BALCH & BINGHAM LLP
1710 Sixth Avenue North
Birmingham, AL 35203