# In the United States Court of Federal Claims

No. 98-614C
(Filed January 31, 2006)

******************************
SOUTHERN NUCLEAR *
OPERATING COMPANY, *
ALABAMA POWER COMPANY, *
GEORGIA POWER COMPANY, *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
******************************

## ORDER

Upon agreement of counsel as stated at the conclusion of trial testimony on January 31, 2006, the following schedule is established for the filing of post-trial submissions. The statement of facts in the respective post-trial briefs shall be supported with specific references to record evidence. Any page limitations are waived.

(1) Plaintiffs' opening submission shall be filed on or before **March 17, 2006;**

(2) The government's responsive submission shall be filed on or before **April 28, 2006;**

(3) Plaintiffs' reply shall be filed on or before **May 26, 2006;**

(4) The government may seek leave to file a sur-reply;

(5) Upon completion of briefing, the the parties shall consult and notify the court with respect to their proposal(s) with respect to oral argument.

**IT IS SO ORDERED.**

s/ James F. Merow
James F. Merow
Senior Judge