# In the United States Court of Federal Claims

**98-614C**

**Filed: February 1, 2006**

**SOUTHERN NUCLEAR OPERATING COMPANY**
**ALABAMA POWER COMPANY**
**GEORGIA POWER COMPANY**

**v.**

**THE UNITED STATES**

**TRANSCRIPT OF PROCEEDINGS (2 volumes)**
**Held in Washington, D.C.**
**January 30-31, 2006**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.