**ATTACHMENT A**

DEFENDANT'S OBJECTIONS TO
PLAINTIFFS' DESIGNATIONS AND COUNTER-DESIGNATIONS

**LAKE H. BARRETT**

**Objections:**

| **Designation** | **Objection** |
|---|---|
| **April 22, 2002** | |
| 49:2 - 60:22 | Foundation, speculation |
| 85:1 - 96:22 | Speculation |
| 116:14 - 124:22 | Speculation, vague, overly broad, legal conclusion |
| 196:13 - 200:22 | Speculation |
| 205:1 - 208:22 | Speculation |
| 217:1 - 220:22 | Mischaracterizes prior testimony |
| **April 23, 2002** | |
| 337:1 - 352:22 | Foundation, vague, best evidence, hearsay, speculation, assumes facts not in evidence, relevance |
| 401:1 - 404:22 | Speculation, foundation |
| 409:1 - 412:22 | Speculation, legal conclusion |
| 449:1 - 456:22 | Best evidence, hearsay, speculation |
| 473:1 - 476:22 | Speculation |
| 489:1 - 492:22 | Speculation, legal conclusion |
| 521:1 - 523:2 | Speculation, legal conclusion, foundation |
| **April 26, 2002** | |
| 555:1 - 574:22 | Relevance, legal conclusion, speculation |
| 579:1 - 594:22 | Vague, overly broad, speculation, legal conclusion |

| | |
|---|---|
| 619:1 - 622:22 | Foundation, vague, speculation |
| 707:1 - 710:22 | Foundation, speculation |
| 715:1 - 718:22 | Foundation, speculation |
| 739:1 - 742:22 | Speculation, legal conclusion, foundation |
| 771:1 - 782:22 | Assumes facts not in evidence |
| 787:1 - 798:22 | Speculation, foundation, legal conclusion, best evidence |
| **May 8, 2002** | |
| 910:1 - 925:22 | Speculation, foundation, legal conclusion |
| 942:1 - 953:22 | Mischaracterizes prior testimony, foundation |
| 962:1 - 965:22 | Speculation, foundation, legal conclusion |
| 1062:1 - 1065:22 | Legal conclusion, foundation, speculation |
| 1094:1 - 1099:13 | Foundation |
| **May 10, 2002** | |
| 1152:8 - 1159:15 | Speculation |
| 1244:1 - 1247:22 | Speculation, legal conclusion |
| 1328:1 - 1343:22 | Speculation, best evidence, foundation, legal conclusion |
| 1350:2-1355:15 | Speculation, relevance |
| 1368:1 - 1375:22 | Foundation, speculation, legal conclusion |
| 1390:1-1393:22 | Relevance |
| 1416:1 - 1427:22 | Speculation, foundation |
| **May 14, 2002** | |
| 118:1 - 125:25 | Foundation, speculation, vague |
| 238:9-239:22 | Relevance |

**Counter-designations**:

**April 22, 2002**

38:14-15
43:13-49:1
65:10-69:19

80:10-81:1
83:7-84:5
116:14-117:18
120:22-121:21
138:2-139:9
149:5-150:5
180:16-181:17
194:19-197:7
201:15-203:3
242:16-249:19

**April 23, 2002**

399:22-401:3
412:22-413:16
430:14-435:2
442:19-445:5
461:14-465:9
470:4-472:22

**April 26, 2002**

594:18-595:7
616:9-619:5
699:6-16
742:14-743:1
782:20-786:20

**May 8, 2002**

939:13-942:1
953:21-955:14
965:18-966:15
1045:1-1049:2

**May 10, 2002**

1148:22-1151:22
1341:2-1342:14
1347:14-1348:14

**ALAN BROWNSTEIN**

**Objections**:

| Designation | Objection |
|---|---|
| **April 9, 2002** | |
| 66:1-70:24 | Speculation, legal conclusion |
| 75:20-78:5 | Legal conclusion |
| 78:7-80:8 | Vague |
| 132:18-144:18 | Legal conclusion, speculation, vague |
| **April 10, 2002** | |
| 277:15-21 | Speculation |
| 328:22-337:3 | Legal conclusion |
| 367:14-378:5 | Legal conclusion |
| 447:21-454:23 | Legal conclusion |
| **April 11, 2002** | |
| 513:16-23 | Legal conclusion, speculation |
| 514:4-519:9 | Foundation, legal conclusion |
| 729:6-731:9 | Foundation, legal conclusion |
| **June 14, 2002** | |
| 292:15-305:11 | Relevance, foundation |
| 423:1-430:25 | Legal conclusion, best evidence |

**Counter-designations**:

**April 9, 2002**

57:1-58:2
61:16-63:4
88:5-89:8
115:14-117:18

**April 10, 2002**

294:7-295:19
319:19-320:11
388:23-400:21

**April 11, 2002**

549:7-14
582:13-583:14
717:1-725:24
731:15-732:17

**May 23, 2002**

32:8-37:19
140:3-9
152:6-156:25
162:1-167:15
214:1-8

**BILLY M. COLE**

**Objections:**

| **Designation** | **Objection** |
|---|---|
| **March 12, 2002** | |
| 8:1-9:25 | Relevance |
| 34:1-41:25 | Relevance |
| 54:17-55:9 | Vague |

| | |
|---|---|
| 57:3-57:25 | Relevance |
| 78:1 | Relevance |
| 78:17-80:19 | Relevance |
| 81:14-22 | Foundation |
| 104:13-105:12 | Relevance |
| 106:20-107:10 | Relevance |
| 113:21-25 | Relevance |
| 126:1-10 | Relevance |
| 133:8-25 | Relevance |
| 165:19-25 | Relevance |
| 170:1-171:8 | Relevance |
| 177:8-22 | Relevance |
| 180:25-181:25 | Relevance |
| 198:1-190:7 | Relevance |
| 201:4-18 | Foundation |
| 202:25-203:25 | Hearsay |
| 205:23-25 | Relevance |
| 242:1-244:6 | Relevance |
| **March 13, 2002** | |
| 252:1-253:25 | Relevance |
| 306:1-9 | Relevance |
| 309:18-25 | Relevance |
| 342:1-343:4 | Relevance |
| 346:11-347:20 | Relevance |
| 349:23-25 | Relevance |
| 362:1-20 | Relevance |

**Counter-designations:**

**March 12, 2002**

10:4-10
47:21-48:2
53:24-25
60:17-61:8
63:10-16
77:7-12
82:1-22
83:23-84:13
101:13-25
135:12-136:1
140:4-142:13
151:6-152:13
186:16-187:17
188:23-190:12
193:11-195:12
217:11-219:2

**March 13, 2002**

278:2-13
279:25-282:6
325:11-327:4
353:20-354:17
504:6-21

**SUSAN KLEIN**

**Objections**:

| Designation | Objection |
|---|---|
| **April 24, 2002** | |
| 79:4-17 | Mischaracterizes prior testimony |
| 80:12-82:22 | Relevance |
| 83:17-84:22 | Relevance, beyond the scope of RCFC 30(b)(6) notice, vague |

| | |
|---|---|
| 101:1-13 | Relevance |
| 101:13-19 | Beyond the scope of RCFC 30(b)(6) notice |
| 103:11-22 | Relevance |
| 104:1-9 | Beyond the scope of RCFC 30(b)(6) notice, legal conclusion |
| 105:22-106:11 | Relevance |
| 106:15-108:6 | Relevance |
| 108:20-109:7 | Beyond the scope of RCFC 30(b)(6) notice, legal conclusion |
| 109:20-110:12 | Beyond the scope of RCFC 30(b)(6) notice, legal conclusion |
| 110:13-20 | Beyond the scope of RCFC 30(b)(6) notice, legal conclusion |
| 111:3-9 | Beyond the scope of RCFC 30(b)(6) notice, legal conclusion |
| 111:13-112:5 | Beyond the scope of RCFC 30(b)(6) notice, legal conclusion |
| 112:7-16 | Beyond the scope of RCFC 30(b)(6) notice, legal conclusion |
| 112:17-22 | Relevance |
| 121:1-13 | Beyond the scope of RCFC 30(b)(6) notice |
| 121:17-22 | Beyond the scope of RCFC 30(b)(6) notice |
| 122:8-17 | Beyond the scope of RCFC 30(b)(6) notice |
| 122:21-123:8 | Beyond the scope of RCFC 30(b)(6) notice, legal conclusion |
| 124:14-22 | Relevance |
| 149:1-150:4 | Beyond the scope of RCFC 30(b)(6) notice, speculation, legal conclusion |
| 152:5-22 | Relevance |
| 165:1-170:14 | Relevance |

| | |
|---|---|
| 170:15-171:1 | Relevance, beyond the scope of RCFC 30(b)(6) notice |
| 171:2-172:6 | Relevance |
| 172:7-14 | Relevance, beyond the scope of RCFC 30(b)(6) notice, legal conclusion |
| 172:15-22 | Relevance |
| 237:1-2 | Relevance |
| 237:21-238:5 | Best evidence |
| 239:17-240:7 | Vague |
| 241:11-22 | Beyond the scope of RCFC 30(b)(6) notice |
| 242:2-15 | Beyond the scope of RCFC 30(b)(6) notice |
| 242:20-243:10 | Beyond the scope of RCFC 30(b)(6) notice |
| 243:12-16 | Beyond the scope of RCFC 30(b)(6) notice |
| 243:18-244:7 | Beyond the scope of RCFC 30(b)(6) notice |
| 244:9-18 | Beyond the scope of RCFC 30(b)(6) notice |
| 244:20-22 | Relevance |
| 269:1-3 | Relevance |
| 269:4:12 | Beyond the scope of RCFC 30(b)(6) notice, relevance |
| 269:14-22 | Beyond the scope of RCFC 30(b)(6) notice, relevance |
| **April 25, 2002** | |
| 288:1-13 | Relevance |
| 290:20-22 | Relevance |
| 351:1-4 | Relevance |
| 351:22-352:5 | Beyond the scope of RCFC 30(b)(6) notice |

**Counter-designations:**

**April 24, 2002**

10:20-11:9
54:1-55:13
56:8-58:7:3-4
61:3-18
62:21-63:5
132:7-15

**April 25, 2002**

354:17-355:13
376:13-382:22
400:7-401:17
482:11-483:10
528:8-530:19

**CHRISTOPHER A. KOUTS**

**Objections**:

| **Designation** | **Objection** |
|---|---|
| **June 4, 1999** | |
| 93:16-23 | Legal conclusion |
| **January 30, 2004** | |
| 177:1-179:22 | Speculation, relevance |
| 190:1-192:22 | Speculation, relevance |
| **April 11, 2005** | |
| 17:21-18:14 | Legal conclusion |
| 22:17-23:14 | Legal conclusion |
| 32:3-21 | Speculation |
| 46:20-47:2 | Vague |

| | |
|---|---|
| 74:15-75:8 | Foundation, speculation, legal conclusion, relevance |
| 95:1-7 | Foundation, speculation, relevance |

**Counter-designations**:

Deposition Testimony

**June 4, 1999**

53:24-55:1
86:23-89:2
107:13-112:4
144:20-146:11

**January 30, 2004**

21:14-22:3
45:5-10
212:20-218:12

**February 19, 2004**

298:15-299:15
381:5-395:3
435:3-437:8

**March 12, 2004**

70:9-74:1

**April 11, 2005**

16:19-17:3
72:21-73:19
118:20-120:9

Trial Testimony

**August 2, 2004**

3455:25-3459:2

**MICHAEL J. LAWRENCE**

**Objections:**

| Designation | Objection |
|---|---|
| **May 20, 2002** | |
| 22:1-7 | Relevance |
| 42:1-43:22 | Relevance |
| 43:23-44:8 | Relevance, Foundation |
| 44:9-14 | Relevance, Foundation |
| 44:15-20 | Relevance, Foundation |
| 44:21-45:10 | Relevance |
| 45:11-21 | Relevance, Foundation |
| 45:22-48:25 | Relevance |
| 50:5-11 | Relevance, speculation |
| 50:12-16 | Relevance, speculation |
| 50:17-51:3 | Relevance |
| 52:18-25 | Vague |
| 53:4-9 | Relevance, foundation |
| 53:10-21 | Foundation, relevance |
| 54:1-13 | Foundation |
| 54:14-55:2 | Foundation |
| 55:8-19 | Foundation, speculation |
| 55:20-56:7 | Foundation, speculation |
| 60:23-61:8 | Legal conclusion |
| 61:9-14 | Legal conclusion |
| 62:4-15 | Mischaracterizes prior testimony |
| 63:4-12 | Foundation |

| | |
|---|---|
| 64:7-21 | Foundation |
| 64:22-65:2 | Foundation |
| 65:3-8 | Foundation |
| 65:14-22 | Speculation |
| 68:4-13 | Foundation, speculation |
| 69:6-16 | Compound |
| 69:17-70:5 | Assumes facts not in evidence |
| 73:1-4 | Foundation |
| 73:8-25 | Foundation |
| 74:17-75:1 | Legal conclusion |
| 75:8-21 | Vague |
| 76:3-18 | Speculation |
| 77:2-18 | Vague, compound, speculation, foundation |
| 78:5-15 | Legal conclusion, compound |
| 78:16-23 | Legal conclusion, vague |
| 78:24-79:15 | Vague |
| 79:16-80:5 | Foundation |
| 80:6-21 | Foundation |
| 80:22-81:1 | Foundation |
| 81:2-18 | Foundation |
| 82:5-83:3 | Relevance, foundation |
| 83:4-10 | Relevance, foundation |
| 84:1-13 | Foundation, vague |
| 84:14-85:2 | Legal conclusion |
| 85:10-21 | Foundation, best evidence |
| 86:7-23 | Legal conclusion, foundation |
| 86:24-87:9 | Mischaracterizes prior testimony |

| | |
|---|---|
| 87:10-19 | Foundation, legal conclusion |
| 87:20-88:8 | Foundation, legal conclusion |
| 90:4-13 | Foundation, legal conclusion |
| 90:14-24 | Foundation, legal conclusion |
| 91:5-8 | Relevance |
| 91:9-23 | Vague, relevance |
| 91:24-92:16 | Relevance |
| 92:17-93:5 | Relevance, compound |
| 93:6-94:15 | Relevance, compound |
| 94:16-96:4 | Relevance |
| 96:5-9 | Speculation, relevance |
| 98:4-13 | Foundation, legal conclusion |
| 98:14-23 | Foundation, legal conclusion |
| 98:24-99:11 | Foundation, legal conclusion, mischaracterizes prior testimony |
| 99:12-20 | Vague, legal conclusion |
| 101:24-25 | Relevance, vague |
| 130:1-6 | Relevance |
| 131:1-7 | Legal conclusion |
| 131:18-133:25 | Relevance |
| 142:1-143:14 | Relevance |
| 144:9-16 | Foundation |
| 144:17-145:3 | Foundation |
| 145:4-11 | Foundation, speculation |
| 145:17-24 | Foundation, speculation |
| 145:25-146:4 | Foundation, vague, speculation |
| 146:5-14 | Relevance, foundation, speculation, vague |

| | |
|---|---|
| 146:15-18 | Relevance |
| 146:19-25 | Legal conclusion |
| 147:1-15 | Legal conclusion |
| 148:19-149:2 | Foundation, speculation |
| 149:10-150:6 | Foundation |
| 150:11-25 | Legal conclusion |
| 152:17-153:7 | Relevance |
| 153:8-153:19 | Foundation, speculation, relevance |
| 153:20-25 | Relevance |
| 186:1-9 | Vague, relevance |
| 186:10-22 | Foundation, speculation |
| 188:14-189:3 | Foundation, speculation, vague |
| 189:4-9 | Foundation, speculation |
| 189:24-25 | Relevance |
| 198:1-3 | Relevance |
| 198:4-15 | Vague, speculation |
| 198:16-199:7 | Foundation |
| 199:8-15 | Legal conclusion |
| 203:4-204:4 | Mischaracterizes prior testimony |
| 205:8-206:7 | Vague |
| 206:8-17 | Speculation, compound |
| 209:6-12 | Foundation, speculation |
| 211:3-8 | Speculation |
| 211:9-212:4 | Mischaracterizes prior testimony |
| 212:13-19 | Speculation |
| 214:1-7 | Best evidence |
| 214:8-19 | Foundation, vague |

| | |
|---|---|
| 217:17-218:5 | Legal conclusion |
| 219:8-16 | Speculation, compound |
| 220:14-221:15 | Foundation, speculation |
| 221:16-23 | Foundation, speculation |
| 222:5-224:5 | Relevance |
| **May 21, 2002** | |
| 244:1-25 | Relevance |
| 245:1-14 | Relevance, foundation |
| 245:15-246:2 | Foundation, legal conclusion, relevance |
| 246:3-15 | Relevance |
| 246:16-247:21 | Compound |
| 247:22-248:4 | Legal conclusion |
| 247:5-8 | Legal conclusion |
| 249:12-19 | Foundation |
| 250:2-13 | Foundation, speculation |
| 250:14-251:25 | Relevance |
| 300:1-301:7 | Relevance |
| 301:8-13 | Relevance, speculation |
| 302:24-303:8 | Legal conclusion |
| 304:2-11 | Speculation, legal conclusion, mischaracterizes document |
| 304:12-18 | Speculation, legal conclusion, mischaracterizes document |
| 305:5-24 | Relevance |
| 305:25-306:11 | Foundation, speculation |
| 306:12-19 | Foundation, speculation |
| 306:20-307:6 | Foundation, speculation |

| | |
|---|---|
| 320:1-7 | Relevance |
| 320:8-13 | Best evidence, relevance |
| 320:14-19 | Relevance |
| 321:15-24 | Speculation, legal conclusion |
| 321:25-322:2 | Speculation, legal conclusion |
| 322:3-24 | Legal conclusion |
| 324:7-13 | Legal conclusion |
| 327:5-23 | Foundation, speculation |
| 328:18-329:10 | Relevance, legal conclusion, speculation |
| 329:11-22 | Relevance, legal conclusion, speculation |
| 330:2-8 | Legal conclusion |
| 332:3-19 | Speculation, best evidence |
| 332:20-333:4 | Speculation, legal conclusion |
| 333:12-334:5 | Legal conclusion, best evidence |
| 334:6-16 | Legal conclusion, vague, relevance |
| 334:17-25 | Legal conclusion, relevance |
| 335:1-8 | Legal conclusion |
| 335:22-336:11 | Relevance, legal conclusion, best evidence |
| 336:12-337:12 | Relevance, legal conclusion, best evidence |
| 337:13-23 | Relevance |
| 338:8-22 | Foundation, speculation |
| 338:23-339:9 | Best evidence, mischaracterizes document |
| 339:10-25 | Relevance |
| 356:1-25 | Relevance |

**Counter-designations:**

**May 20, 2002**

111:10-113:20
122:8-123:25
124:8-126:23
165:13-167:6
169:11-174:24
184:3-185:24

**May 21, 2002**

255:3-258:10
259:14-260:22
266:22-267:25
294:6-295:5
308:1-309:20
311:10-315:18
316:20-317:25
341:19-342:18
344:13-345:19

**PATRICK McDUFFIE**

**Objections**

| **Designations** | **Objection** |
|---|---|
| **March 18, 2002** | |
| 34:1-24 | Relevance |
| 35:25-36:13 | Compound |
| 40:4-41:25 | Relevance |
| 70:1-6 | Relevance |
| 71:25-72:6 | Legal conclusion |
| 73:21-25 | Relevance |
| 110:1-7 | Relevance, foundation |
| 112:11-17 | Legal conclusion |

| | |
|---|---|
| 112:19-113:4 | Legal conclusion |
| 117:6-25 | Relevance |
| 162:1-164:20 | Relevance |
| 165:18-25 | Relevance |
| 182:1-23 | Relevance |

**Counter-designations:**

**March 18, 2002**

79:6-8
80:10-17
128:5-13

**March 19, 2002**

193:21-194:25
195:10-196:5
321:17-23

**RONALD A. MILNER**

**Objections:**

| **Designation** | **Objection** |
|---|---|
| **May 1, 2002** | |
| 36:1-16 | Relevance |
| 37:19-38:4 | Legal conclusion |
| 38:5-8 | Legal conclusion |
| 38:10-15 | Legal conclusion |
| 38:17-20 | Vague |
| 38:22-25 | Relevance |
| 42:1-7 | Relevance |

| | |
|---|---|
| 42:8-13 | Legal conclusion |
| 42:18-24 | Legal conclusion |
| 43:1-5 | Legal conclusion |
| 43:8-12 | Legal conclusion |
| 43:14-20 | Legal conclusion |
| 44:23-45:25 | Relevance |
| 72:2-7 | Foundation (not 30(b)(6) witness) |
| 72:9-19 | Foundation (not 30(b)(6) witness), best evidence |
| 73:10-22 | Foundation (not 30(b)(6) witness), legal conclusion |
| 76:8-14 | Legal conclusion |
| 76:16-20 | Legal conclusion |
| 76:22-77:4 | Legal conclusion |
| 78:6-14 | Foundation (not 30(b)(6) witness), legal conclusion |
| 79:7-16 | Foundation (not 30(b)(6) witness), legal conclusion |
| 84:11-15 | Vague |
| 85:25 | Relevance |
| 87:1-3 | Relevance |
| 87:4-88:4 | Foundation (not 30(b)(6) witness) |
| 88:8-14 | Speculation |
| 88:15-21 | Speculation |
| 90:1-5 | Relevance |
| 91:8-16 | Foundation |
| 98:1-2 | Relevance |
| 99:20-100:3 | Foundation (not 30(b)(6) witness) |

| | |
|---|---|
| 100:24-25 | Relevance |
| 107:1 | Relevance |
| 114:1-2 | Relevance |
| 114:22-115:5 | Foundation (not 30(b)(6) witness) |
| 115:6-22 | Foundation |
| 133:14-23 | Foundation, speculation |
| 133:24-25 | Relevance |
| 139:1-4 | Relevance |
| 139:5-9 | Relevance, vague |
| 160:21-161:2 | Best evidence |
| 161:4-12 | Speculation |
| 161:14-20 | Legal conclusion |
| 164:21-165:6 | Foundation |
| 166:3-10 | Vague, compound |
| 167:19-168:1 | Vague, compound |
| 168:3-17 | Vague, compound |
| 194:1-195:3 | Relevance |
| 195:4-10 | Relevance, vague |
| 195:11-17 | Relevance |
| **May 2, 2002** | |
| 205:1-207:10 | Relevance |
| 208:5-15 | Legal conclusion, foundation (not 30(b)(6) witness) |
| 209:18-25 | Relevance |
| 214:1-8 | Relevance |
| 216:10-19 | Legal conclusion, foundation (not 30(b)(6) witness) |

| | |
|---|---|
| 216:21-217:6 | Legal conclusion, foundation (not 30(b)(6) witness) |
| 217:8-16 | Legal conclusion, foundation (not 30(b)(6) witness) |
| 217:18-22 | Legal conclusion, foundation (not 30(b)(6) witness) |
| 217:23-25 | Relevance |
| 246:1 | Relevance |
| 253:24-25 | Relevance |
| 270:1-11 | Relevance, speculation |
| 271:8-13 | Vague |
| 271:14-272:22 | Relevance |
| 274:3-14 | Relevance |
| 276:8-13 | Legal conclusion |
| 276:15-17 | Legal conclusion |
| 276:19-15 | Legal conclusion |
| 277:23-25 | Relevance |
| 280:1-6 | Legal conclusion |
| 280:8-281:5 | Foundation |
| 281:6-11 | Foundation |
| 321:1-322:11 | Relevance |
| 322:12-18 | Legal conclusion |
| 322:20-323:5 | Legal conclusion |
| 323:19-25 | Relevance |
| 326:1-3 | Relevance, vague |
| 326:14-21 | Foundation |
| 327:22-25 | Relevance |
| 330:11-15 | Vague |

| | |
|---|---|
| 333:11-17 | Legal conclusion |
| 334:11-19 | Relevance |
| 337:20-25 | Relevance, vague |
| 346:1-346:2 | Relevance |
| 346:3-12 | Relevance, foundation |
| 346:13-347:5 | Relevance |
| 347:6-14 | Relevance, speculation |
| 347:16-25 | Relevance, speculation, foundation |
| 366:1-368:25 | Relevance |
| 374:1-3 | Relevance, |
| 374:11-13 | Relevance |
| 390:1-2 | Relevance, |
| 392:22-393:3 | Speculation |
| **May 3, 2002** | |
| 410:1-411:5 | Relevance |
| 413:3-8 | Foundation (not 30(b)(6) witness) |
| 413:12-21 | Foundation (not 30(b)(6) witness) |
| 415:1-25 | Relevance |
| 425:1-5 | Relevance |
| 425:6-11 | Foundation (not 30(b)(6) witness) |
| 425:25 | Relevance |
| 524:1-19 | Relevance |
| 525:25-526:9 | Speculation |
| 527:19-24 | Best evidence |
| 550:1 | Relevance |
| 550:2-8 | Relevance, speculation |
| 550:10-16 | Foundation |

| | |
|---|---|
| 550:21-551:4 | Assumes facts not in evidence, speculation |
| 551:7-13 | Mischaracterizes document, speculation |
| 553:7-12 | Mischaracterizes document |
| 554:5-555:6 | Best evidence |
| 559:4-11 | Mischaracterizes document |
| 559:13-21 | Vague |
| 560:17-23 | Speculation |
| 562:15-22 | Mischaracterizes prior testimony, assumes facts not in evidence |
| 564:20-565:2 | Speculation, legal conclusion |
| 565:12-18 | Legal conclusion |
| 565:20-25 | Speculation |
| 568:1-2 | Relevance, legal conclusion, speculation |
| 568:4-12 | Legal conclusion, speculation |
| 568:25-569:6 | Vague |
| 570:21-571:4 | Foundation (not 30(b)(6) witness) |
| 571:17-24 | Foundation (not 30(b)(6) witness), mischaracterizes document |
| 572:10-19 | Speculation |
| 574:5-10 | Speculation |
| 574:21-575:4 | Foundation (not 30(b)(6) witness) |
| 575:6-19 | Legal conclusion, speculation |
| 575:21-576:7 | Legal conclusion, best evidence |
| 577:12-578:2 | Legal conclusion, speculation |
| 578:4-9 | Foundation (not 30(b)(6) witness) |
| **May 7, 2002** | |
| 586:1-587:25 | Relevance |

| | |
|---|---|
| 596:1-13 | Mischaracterizes document, speculation |
| 597:8-17 | Assumes facts not in evidence, speculation |
| 597:19-5 | Unfair characterization |
| 598:16-21 | Speculation |
| 598:23-25 | Relevance |
| 600:1 | Relevance |
| 600:7-13 | Legal conclusion, speculation |
| 600:15-601:4 | Legal conclusion, speculation |
| 601:6-14 | Speculation |
| 601:16-20 | Speculation |
| 618:1-4 | Relevance |
| 621:21-622:4 | Foundation (not 30(b)(6) witness), speculation, best evidence |
| 622:6-9 | Foundation (not 30(b)(6) witness), speculation, best evidence |
| 622:11-19 | Foundation (not 30(b)(6) witness), speculation, best evidence |
| 623:11-25 | Relevance |
| 630:1-3 | Relevance |
| 632:8-14 | Foundation (not 30(b)(6) witness) |
| 667:1-2 | Relevance |
| 668:5-25 | Relevance |
| 681:1-2 | Relevance |
| 683:1-6 | Relevance |
| 704:1-705:2 | Relevance |
| 705:3-8 | Legal conclusion, relevance |
| 705:10-13 | Relevance |
| 706:6-18 | Vague, speculation |

| | |
|---|---|
| 707:2-7 | Speculation |
| 708:18-709:2 | Foundation (not 30(b)(6) witness) |
| 709:8-13 | Speculation |
| 710:15-20 | Foundation (not 30(b)(6) witness), best evidence |
| 711:12-18 | Vague |
| 714:11-18 | Foundation (not 30(b)(6) witness) |
| 715:22-25 | Relevance |
| 728:1-7 | Relevance |
| 728:8-729:4 | Unfair characterization, relevance |
| 729:5-730:25 | Relevance |
| **May 8, 2002** | |
| 220:1-13 | Relevance |
| **August 11, 2004** | |
| 4745:1-10 | Relevance |
| 4749:1-15 | Relevance |
| 4764:22-25 | Relevance |
| 4772:1 | Relevance |
| 4772:21-25 | Relevance |

**Counter-designations**:

Deposition Testimony

**May 1, 2002**

27:23-28:6
41:3-24
68:1-71:25
75:16-25
80:1
89:1-15
157:18-159:25
170:1-174:5

**May 2, 2002**

282:1-12
289:2-291:18
300:10-305:22
307:25-310:17
317:24-318:21

**May 7, 2002**

592:14-19
609:2-22
625:16-626:11

**May 7, 2002**

25:2-21
31:4-18

**May 8, 2002**

70:18-71:20
146:14-147:8
155:4-16
172:12-23
211:24-216:2
221:1-2
228:19-229:20

256:11-257:10
260:3-261:24

Trial Testimony

**August 11, 2004**

4722:23-25
4724:5-25
4727:1-4732:25
4735:9-25
4738:1-3
4740:16-25
4746:1-3
4746:23-4747:15
4753:11-4754:9
4755:23-4756:12
4760:16-4760:25
4763:1-4
4763:21-25
4765:13-4766:13
4780:19-4782:12
4784:2-11
4788:20-4789:24

ROBERT L. MORGAN

**Objections:**

| **Designation** | **Objection** |
|---|---|
| **March 21, 2002** | |
| 42:2 - 43:23 | Foundation, legal conclusion |
| 46:18-24 | Relevance |
| 48:2 - 49:2 | Relevance |
| 74:9-23 | Foundation, legal conclusion |
| 108:3 - 109:15 | Vague, relevance |
| 138:22 - 141:4 | Foundation |

| | |
|---|---|
| 204:20-24 | Legal conclusion |
| 208:8 - 209:12 | Relevance |
| **March 22, 2002** | |
| 223:6 - 224:1 | Speculation |
| 225:19 - 227:16 | Foundation, speculation |
| 313:18 - 315:1 | Vague, foundation |
| **June 25, 2002** | |
| 135:6-14 | Foundation |
| **August 3, 2004** | |
| 3670:19 - 3675:23 | Relevance |

**Counter-designations:**

**March 21, 2002**

52:9-54:25
61:1-63:4
99:22-103:25
116:2-117:21
130:20-132:14
149:21-152:1
154:20-156:15

**March 22, 2002**

299:2-299:21

**June 25, 2002**

131:17-132:16
144:9-145:11

**THOMAS POLLOG**

**Objections**:

| **Designation** | **Objection** |
|---|---|
| **April 11, 2002** | |
| 181:7-22 | Foundation (beyond scope of RCFC 30(b)(6)) |
| **April 12, 2002** | |
| 105:1-25 | Legal conclusion, foundation (beyond scope of RCFC 30(b)(6) deposition notice) |
| 109:1-25 | Legal conclusion, foundation (beyond scope of RCFC 30(b)(6) deposition notice) |
| 136:17-24 | Legal conclusion |
| 137:4-25 | Foundation (beyond scope of RCFC 20(b)(6) deposition notice), speculation, vague, legal conclusion |
| 144:1-25 | Foundation (beyond scope of RCFC 20(b)(6) deposition notice) |
| 174:1-177:19 | Foundation (beyond scope of RCFC 20(b)(6) deposition notice), relevance |
| **May 16, 2002** | |
| 277:9-278:14 | Legal conclusion, foundation, vague, speculation |
| 281:1-25 | Vague, relevance |
| 294:1-295:25 | Speculation, best evidence, foundation |
| 299:3-25 | Foundation, vague |
| 306:1-25 | Foundation, speculation |
| 309:1-25 | Foundation, speculation |
| 319:1-320:25 | Legal conclusion, speculation, best evidence |
| 322:1-25 | Best evidence |
| 324:5-10 | Mischaracterizes prior testimony |
| 330:14 | Foundation, speculation, legal conclusion, vague, mischaracterizes prior testimony |

| | |
|---|---|
| 345:1-25 | Relevance |
| 347:1-25 | Assumes facts not in evidence |
| 377:7-25 | Relevance |
| 385:4-387:24 | Foundation, speculation, relevance |
| 393:1-25 | Vague, compound |
| 410:1-413:25 | Legal conclusion, speculation |
| 415:1-416:25 | Legal conclusion, vague |
| 431:1-432:25 | Legal conclusion, speculation |
| 437:1-439:25 | Legal conclusion, speculation, foundation |
| 492:1-25 | Relevance |
| 557:1-559:25 | Legal conclusion, best evidence, foundation, relevance |
| 563:1-564:25 | Legal conclusion, foundation, vague, relevance |
| 576:1-577:25 | Foundation, speculation, relevance |
| 604:1-605:25 | Legal conclusion, foundation, relevance |
| 659:1-25 | Foundation, relevance |
| 667:1-669:25 | Vague, best evidence, speculation, relevance |
| **August 4, 2004** | |
| 3956:21-3957:6 | Hearsay |
| 3963:1-3964:24 | Hearsay |
| 3968:4-14 | Hearsay |
| 3971:15-22 | Hearsay |
| 4037:13-4039:21 | Vague |

**Counter-designations**:

**April 11, 2002**

31:1-34:5
41:5:-44:15
60:1-63:18
64:22-67:13
74:10-19
92:12-93:9
107:1-108:2
123:15-124:10
144:3-145:15
151:14-154:16
155:18-156:13
158:16-172:12
174:1-22
183:4-184:2
185:2-186:22
191:8-192:23
206:16-208:6
210:24-211:22
212:3-213:19

**April 12, 2002**

9:25-16:17
21:17-24:21
37:15-41:8
43:24-45:3
49:14-25
91:4-92:10
100:22-110:1
115:11-116:20
117:11-118:18
160:12-162:19
163:5-19

**May 16, 2002**

320:15-321:7
322:20-323:17
381:1-25
409:1-25

414:1-25
417:1-418:13

**May 22, 2002**

575:5-25
599:9-600-11

**ROBERT M. ROSSELLI**

**Objections:**

| **Designation** | **Objection** |
|---|---|
| **April 15, 2002** | |
| 93:11-94:13 | Foundation, speculation |
| 95:15-96:25 | Relevance |
| 141:12-18 | Legal conclusion |
| 143:15-144:2 | Legal conclusion |
| 147:8-148:9 | Legal conclusion |
| 149:2-17 | Legal conclusion |

**Counter-designations**:

**April 15, 2002**

48:6-17
68:9-71:16
93:20-94:10
134:23-138:14
158:5-162:18

**April 16, 2002**

193:25-196:14
263:23-264:6
296:8-300:22

**BEN RUSCHE**

**Objections:**

| **Designation** | **Objection** |
|---|---|
| **May 16, 2002** | |
| 42:1 - 49:25 | Speculation, legal conclusion, relevance |
| 154:2 - 161:25 | Legal conclusion, relevance |
| 170:1 - 173:25 | Speculation, relevance |
| 242:1 - 249:25 | Foundation, relevance |
| 298:1 - 300:19 | Relevance |
| **May 17, 2002** | |
| 329:1 - 332:25 | Speculation |
| 337:1 - 344:22 | Foundation, hearsay, speculation, relevance |
| 365:1 - 380:22 | Foundation, hearsay, speculation, relevance |

**Counter-designations**:

Deposition Testimony

**May 16, 2002**

161:16-162:21
174:5-185:4
187:25-189:15
219:15-220:21
230:17-233:23
271:1-274:8
289:16-293:3
295:12-296:21
297:3-298:7

**May 17, 2002**

436:18-438:14

<u>Trial Testimony</u>

**August 3, 2004**

3697:4-9
3713:14-23
3721:21-3723:4
3728:24-3729:19

**<u>NANCY SLATER-THOMPSON (MONTGOMERY)</u>**

**Objections:**

| **Designation** | **Objection** |
|---|---|
| **June 13, 2002** | |
| 94:4-15 | Legal conclusion |
| 96:17 - 99:6 | Legal conclusion, vague |
| 101:11-19 | Foundation, vague |
| 106:1-110:24 | Legal conclusion |
| 111:13-21 | Foundation |
| 112:4-15 | Legal conclusion |
| 112:16-113:16 | Vague |
| 162:1-11 | Vague |

**Counter-designations**:

**April 21, 1999**

32:23-33:6
82:10-15
82:19-83:10
106:16-108:10
164:23-165:13
176:11-25

**April 22, 1999**

245:17-246:4
251:23-253:10
253:22-254:11
257:23-259:24

**June 13, 2002**

87:24-89:4

**VICTOR TREBULES**

**Objections**:

| **Designation** | **Objections** |
|---|---|
| **April 17, 2002** | |
| 19:5-35:7 | Legal conclusion, vague |
| 42:1-21 | Legal conclusion |
| 52:1-61:1 | Legal conclusion, foundation, vague, speculation |
| 131:16-132:22 | Foundation |
| 160:1-161:22 | Legal conclusion |
| **April 18, 2002** | |
| 328:3-12 | Legal conclusion |
| **April 18, 2002** (Yankee Atomic deposition) | |
| 18:22-24:10 | Legal conclusion |

**Counter-designations**:

**April 17, 2002**

16:2-17
42:5-43:17
76:17-77:22
78:1-81:20
84:12-88:6

96:19-103:22
113:18-116:14
146:12-148:21
173:2-176:9
180:7-186:22
207:1-15

**April 18, 2002**

302:21-305:14
380:3-382:14

**April 18, 2002** (Yankee Atomic deposition)

125:20-127:13

**DAVID K. ZABRANSKY**

**Objections**:

| **Designation** | **Objection** |
|---|---|
| **April 17, 2002** | |
| 30:6-42:22 | Legal conclusion, vague, best evidence, speculation |
| 46:3-54:18 | Legal conclusion, speculation |
| 59:2-60:17 | Legal conclusion, speculation |
| 64:10-65:8 | Legal conclusion, vague |
| 77:4-80:16 | Legal conclusion, vague, speculation |
| 85:9-95:12 | Legal conclusion, foundation, vague |
| 99:22-101:10 | Legal conclusion, speculation, vague |
| 110:10-111:6 | Legal conclusion, foundation |
| 130:1-131:18 | Legal conclusion |
| 158:5-160:9 | Speculation, vague |
| 183:6-184:22 | Legal conclusion |
| 292:1-293:5 | Vague, legal conclusion |

| | |
|---|---|
| 295:6-299:22 | Legal conclusion |
| 300:1-306:22 | Legal conclusion, vague |
| 318:18-330:22 | Foundation, legal conclusion, vague |
| 334:6-368:22 | Legal conclusion, best evidence, vague, foundation, assumes facts not in evidence, speculation, relevance |
| 371:1-381:22 | Relevance, vague |
| 417:12-439:21 | Legal conclusion, vague, assumes facts not in evidence |
| 455:1-8 | Legal conclusion, vague |
| **April 19, 2002** | |
| 636:1-639:11 | Legal conclusion, vague |
| 668:1-671:22 | Legal conclusion, foundation |
| 681:1-685:21 | Legal conclusion, foundation, vague |
| 717:1-718:18 | Relevance |
| **June 6, 2002** | |
| 241:7-248:8 | Legal conclusion, foundation |
| 385:11-386:2 | Foundation, speculation, legal conclusion |
| **April 12, 2005** | |
| 13:6-14:20 | Relevance |
| 20:7-13 | Vague |
| 26:1-14 | Legal conclusion, foundation, speculation |
| 30:1-37:17 | Foundation, speculation, relevance, vague |
| 59:1-16 | Legal conclusion, foundation |
| 61:7-63:3 | Legal conclusion |
| 70:1-71:22 | Relevance |
| 75:1-76:22 | Relevance |

**Counter-designations**:

**Deposition Testimony**

**April 17, 2002**

55:1-56:22
60:20-61:5
128:10-129:18
131:19-132:4
150:4-155:21
161:1-162:8
157:2-158:4
183:19-185:5
197:4-199:10

**April 18, 2002**

242:10-246:19
249:6-253:12
254:9-19
266:21-267:20
293:20-295:5
330:16-331:20
395:18-396:21
412:20-414:16
449:7-451:18

**April 19, 2002**

628:15-631:22
639:12-640:8
648:15-651:20

**June 6, 2002**

229:7-231:20
234:6-240:19

**April 12, 2005**

16:9-17:17
25:1-22

Trial Testimony

**August 5, 2004**

4124:24-4126:8
4128:18-4130:4
4155:19-4157:6
4158:1-4159:1
4159:21-4160:16
4161:19-4162:9
4189:25-4192:4
4222:15-4226:3