# In the United States Court of Federal Claims

No. 98-614C
(Filed March 21, 2006)

******************************
SOUTHERN NUCLEAR *
OPERATING COMPANY, *
ALABAMA POWER COMPANY, *
GEORGIA POWER COMPANY, *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
******************************

## ORDER

On March 16, 2006, Defendant submitted, for inclusion in the record of this case, subject to the objections identified in Defendant's Objection to Plaintiffs' Designations of Deposition and Trial Testimony," filed March 16, 2006, one set of Counter-Designations to the Plaintiffs' Trial and Deposition Testimony Designations.

Accordingly, it is **ORDERED** that the defendant's Counter-Designations to the Plaintiffs' Trial and Deposition Testimony Designations, comprised of three volumes, shall be non-electronically **FILED** by leave of court.

s/ James F. Merow
James F. Merow
Senior Judge