# In the United States Court of Federal Claims

**98-614C**

**Filed: March 21, 2006**

**SOUTHERN NUCLEAR OPERATING COMPANY;
ALABAMA POWER COMPANY; AND
GEORGIA POWER COMPANY**

**v.**

**THE UNITED STATES**

COUNTER-DESIGNATIONS
(Three Volumes)

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.