**No. 98-614C**
**(Senior Judge Merow)**

---

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**SOUTHERN NUCLEAR OPERATING COMPANY,**
**ALABAMA POWER COMPANY AND GEORGIA POWER COMPANY,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

---

# PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE SUBSTITUTE PAGES 76, 117, AND 136 OF ITS POST-TRIAL BRIEF

---

**M. Stanford Blanton**
**BALCH & BINGHAM LLP**
**1710 Sixth Avenue North**
**Birmingham, AL 35203**
**Telephone: (205) 226-3417**
**Facsimile: (205) 226-8798**

**<u>Of Counsel</u>:**

**Ed R. Haden**
**K. C. Hairston**
**BALCH & BINGHAM LLP**
**1710 Sixth Avenue North**
**Birmingham, AL 35203**
**Telephone: (205) 251-8100**
**Facsimile: (205) 226-8798**

**Ronald A. Schechter**
**Jeffrey L. Handwerker**
**Matthew Shultz**
**ARNOLD & PORTER LLP**
**555 Twelfth Street, N.W.**
**Washington, D.C. 20004-1202**
**Telephone: (202) 942-5000**
**Facsimile: (202) 942-5999**

**March 22, 2006**

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ALABAMA POWER COMPANY, GEORGIA POWER COMPANY AND SOUTHERN NUCLEAR OPERATING CO., INC.,** | ) | |
| **Plaintiffs,** | ) | |
| | ) | **No. 98-614C** |
| **v.** | ) | **(Senior Judge Merow)** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE SUBSTITUTE PAGES 76, 117, AND 136 OF ITS POST-TRIAL BRIEF**

Plaintiffs Alabama Power Company ("APC"), Georgia Power Company ("GPC"), and Southern Nuclear Operating Company, Inc., ("SNC") (collectively, "Southern") move this Honorable Court for leave to file the substitute pages for pages 76, 117, and 136 of its previously filed Post-Trial Brief. Pages 76, 117, and 136, as filed, contain typos in numbers that the substitute pages correct. Counsel for the Government does not oppose this Motion.

Respectfully submitted,

Dated: March 22, 2006

s/ M. Stanford Blanton

M. Stanford Blanton
BALCH & BINGHAM LLP
1710 Sixth Avenue North
Birmingham, AL 35203
Telephone: (205) 226-3417
Facsimile: (205) 226-8798

*COUNSEL OF RECORD FOR PLAINTIFFS*

Of Counsel:

Ed R. Haden
K. C. Hairston
BALCH & BINGHAM LLP
1710 Sixth Avenue North
Birmingham, AL 35203
Telephone: (205) 251-8100
Facsimile: (205) 226-8798

Ronald A. Schechter
Jeffrey L. Handwerker
Matthew Shultz
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1202
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of March, 2006, a copy of the foregoing "PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE SUBSTITUTE PAGES 76, 117, AND 136 OF ITS POST-TRIAL BRIEF" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ M. Stanford Blanton