# In the United States Court of Federal Claims

No. 98-614C
(Filed March 22, 2006)

******************************
SOUTHERN NUCLEAR *
OPERATING COMPANY, *
ALABAMA POWER COMPANY, *
GEORGIA POWER COMPANY, *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
******************************

## ORDER

On March 22, 2006, Plaintiffs' Unopposed Motion for Leave to File Substitute Pages 76, 117, and 136 of Its Post-Trial Brief was filed. Counsel for Government does not oppose this motion.

Accordingly, it is **ORDERED** that plaintiffs shall file substitute pages 76, 117, and 136 of the previously filed Plaintiffs' Post-Trial Brief.

s/ James F. Merow
James F. Merow
Senior Judge