**No. 98-614C**
**(Senior Judge Merow)**

---

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**SOUTHERN NUCLEAR OPERATING COMPANY,**
**ALABAMA POWER COMPANY AND GEORGIA POWER COMPANY,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

---

# NOTICE OF SUBSTITUTION OF PAGES 76, 117, AND 136 OF ITS POST-TRIAL BRIEF

---

**M. Stanford Blanton**
**BALCH & BINGHAM LLP**
**1710 Sixth Avenue North**
**Birmingham, AL 35203**
**Telephone: (205) 226-3417**
**Facsimile: (205) 226-8798**

**Of Counsel:**

**Ed R. Haden**
**K. C. Hairston**
**BALCH & BINGHAM LLP**
**1710 Sixth Avenue North**
**Birmingham, AL 35203**
**Telephone: (205) 251-8100**
**Facsimile: (205) 226-8798**

**Ronald A. Schechter**
**Jeffrey L. Handwerker**
**Matthew Shultz**
**ARNOLD & PORTER LLP**
**555 Twelfth Street, N.W.**
**Washington, D.C. 20004-1202**
**Telephone: (202) 942-5000**
**Facsimile: (202) 942-5999**

**March 23, 2006**

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ALABAMA POWER COMPANY, GEORGIA POWER COMPANY AND SOUTHERN NUCLEAR OPERATING CO., INC.,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **No. 98-614C (Senior Judge Merow)** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**NOTICE OF SUBSTITUTION OF**
**PAGES 76, 117, AND 136 OF ITS POST-TRIAL BRIEF**

Pursuant to this Honorable Court's order dated March 22, 2006, Plaintiffs Alabama Power Company ("APC"), Georgia Power Company ("GPC"), and Southern Nuclear Operating Company, Inc., ("SNC") (collectively, "Southern") file pages 76, 117, and 136 attached hereto as replacement pages to its Post-Trial Brief filed March 17, 2006. Substitute pages are attached to as Exhibit A.

Respectfully submitted,

Dated: March 23, 2006

s/ M. Stanford Blanton
M. Stanford Blanton
BALCH & BINGHAM LLP
1710 Sixth Avenue North
Birmingham, AL 35203
Telephone: (205) 226-3417
Facsimile: (205) 226-8798

*COUNSEL OF RECORD FOR PLAINTIFFS*

Of Counsel:

Ed R. Haden
K. C. Hairston
BALCH & BINGHAM LLP
1710 Sixth Avenue North
Birmingham, AL 35203
Telephone: (205) 251-8100
Facsimile: (205) 226-8798

Ronald A. Schechter
Jeffrey L. Handwerker
Matthew Shultz
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1202
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of March, 2006, a copy of the foregoing "NOTICE OF SUBSTITUTION OF PAGES 76, 117, AND 136 OF ITS POST-TRIAL BRIEF" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ M. Stanford Blanton

# EXHIBIT A

**Plant Hatch.** The damages for Plant Hatch are derived from the cost of the actual design, licensing, and construction of a SNF dry storage facility on the plant site, the cost of purchasing and loading 22 dry storage casks with 1496 SNF assemblies and transporting those casks to the dry storage facility through December 31, 2004, addition of one bathtub rack in the reactor pool, and Plant Hatch's share of Southern's payments to Private Fuel Storage LLC ("PFS"). (Tr. 1531) (Metcalfe Test.) The total nominal cost of those efforts was $61,427,000. (*Id.* at 1532.) Southern offset this amount of damages by the "non-breach" costs of $6,903,000, which consists of costs that would have been incurred in loading 1664 SNF assemblies into DOE casks had DOE performed at the 3000 MTU per year rate and the cost of adding both bathtub racks in order to maintain minimum operating reserves.[50] (*Id.*) The net nominal damages figure for Plant Hatch was therefore $54,524,000 (*Id.* at 1572.) Mr. Metcalfe then added $21,234,000, to account for Southern's cost of capital incurred in connection with the development of the dry storage facility. (*Id.* at 1572.) Total damages for Plant Hatch are therefore $75,758,000. (*Id.*)

**PLANT HATCH DAMAGES**

| | Nominal Breach Costs | Less: Nominal Non-Breach Costs | Nominal Damages | Damages Including Cost of Capital |
|---|---|---|---|---|
| ISFSI | $25,871.000 | - | $25,871,000 | $37,854,000 |
| Dry Casks | 18,978,000 | - | 18,978,000 | 24,536,000 |
| Loading to ISFSI | 10,570,000 | - | 10,570,000 | 13,572,000 |
| Bathtub Rack Additions | 3,186,000 | 3,606,000 | (420,000) | (591,000) |
| Loading DOE Containers | - | 3,297,000 | (3,297,000) | (3,935,000) |
| Private Fuel Storage | 2,822,000 | - | 2,822,000 | 4,322,000 |
| TOTAL | $61,427,000 | $6,903,000 | $54,524,000 | $75,758,000 |

(Tr. 539-40, 1529) (Metcalfe Test.)

[50] In *TVA*, 69 Fed. Cl. at 542-43, the Court held that no offsets were necessary. Under that holding, Southern's nominal damages would be equal to its costs in the breach case without any offset.

**Government's Proposed Reductions to Southern's Damages**
**(Through December 31, 2004, Assuming a 3000 MTU Acceptance Rate)[66]**

| Item | Hatch | Farley | Vogtle | Totals |
|---|---|---|---|---|
| Southern's Net Damages Claim | $75,758,000 | $21,317,000 | $8,553,000 | $105,628,000 |
| Cask Loading Schedule (including No. of Casks and associated infrastructure) | (7,697,015) | -0- | -0- | (7,697,015) |
| HI-STAR Casks | (14,919,855) | -0- | -0- | (14,919,855) |
| Internal Labor, Overhead | (5,660,623) | (821,103) | 15,710 | (6,466,016) |
| Private Fuel Storage | (2,822,224) | (2,822,224) | (2,822,224) | (8,466,672) |
| Other Adjustments | (1,080,404) | -0- | -0- | (1,080,404) |
| Cost of Capital | (21,233,039) | (4,042,192) | (3,148,741) | (28,423,972) |
| Installation of Second Bathtub Rack | 419,800 | -0- | -0- | 419,800 |
| Government's Damages | $22,764,640 | $13,631,481 | $2,597,745 | $38,993,866 |

The Government's damages expert, Mr. Johnson, opined that Southern had suffered a minimum of $38,993,866[67] in damages assuming an acceptance rate of 3000 MTUs per year and

[66] Mr. Johnson's Expert Report classifies damages in broad categories of not reasonable, not incremental, not reasonably certain, and unreviewed/unsupported. (PX 607 (Johnson Report) at 8.) The above chart categorizes Mr. Johnson's adjustments based on the purported reason for the adjustment (*i.e.*, loading schedule, etc.). *See also* (Tr. 1475 (Metcalfe Test.); *id.* 2367, 2372 (Johnson Test.) (Cask Loading) ($6,189,680, $1.5 million [$1,507,335]); *id.* 2310, 2370, 2297, 2289, 2290, 2291 (HI-STAR Casks) ($9,533,518, $5,083,728, $50,000 [$87,500 – $37,500], $21,359, $223,250, $108,000); *id.* 2257, 2262, 2263, 2265-66, 2267, 2313-14, 2318-19 (Internal Labor, Overhead) ($1,779,286, $750,731, $1,607,937, $2,267,929, $2,534,372, $1,965,637, $269,324, $288,857, $266,034, $1,253,285, $130,083, $377,541, $207,840, and $15,710,000); *id.* 2306, 2315, 2320 (Private Fuel Storage) ($2,822,224, $2,822,224, and $2,822,224); *id.* 2237, 2303, 2235-36, 2229, 2238, 2256 (Other Adjustments) ($48,284; $50,000, $65,112 [$121,124 - $56,012], $795,442, $64,976, and $56,590); *id.* 2407 (Bathtub Rack) ($419,800); *id.* 2347 (Government's Damages) ($22,764,640 [$22,344,840 plus the $419,800 from second bathtub rack], $13,631,481, and $2,597,745.)

[67] Mr. Johnson testified that the damages Southern had suffered was $38,574,066 [*id.* at 2347], but he did not include the installation of the second bathtub rack ($419,800). The total including the bathtub rack is $38,993,866.

**d. "When would disposition have to commence in order to avoid additional on-site storage at APC or GPC?"**

Had DOE begun performance in 1998 under the 3000 MTU rate scenario, using a strict "oldest fuel first" ("OFF") acceptance priority, it would have commenced removal of SNF at Plant Hatch in 2001 and at Plant Farley in 2002. (Tr. 292-94 (Cocherell Test.); PX 7 (1990 Annual Capacity Report) at Appx. A.)) Both parties agree that commencement of performance under that schedule would have been sufficient to eliminate the need for dry cask storage at both of those plants. (PX 651 (Kenrich Report) at 24; Tr. 710 (Supko Test.); PX 594 (Neuberger Report) at 17.)

**B. The Number of Casks Loaded at Plant Hatch.**

Because the SNF discharges and overall pool size are not in dispute, the reasonableness of Southern's cask loading schedule depends on the appropriate size of the operating reserve to be maintained in its reactor pools. Southern has transferred 22 casks, containing 1496 assemblies from the shared pool at Plant Hatch to dry storage through December 31, 2004, and by that date was prepared to load three casks (which would hold 96 assemblies) from Unit One of Plant Farley. The Government has proposed adjustments to Southern's damages of approximately $22 million,[70] based on an assertion, unsupported by any evidence, that it is unreasonable for Southern to have loaded more than 9 casks, containing 612 SNF assemblies, from the Plant Hatch pool. The Government's position is based on the erroneous assumptions that 1 FCR is an adequate long-term reserve for a shared pool and (2) that DOE would have removed only enough SNF to maintain a maximum of 1 FCR for the entire Hatch pool had DOE performed at the 3000 MTU rate.

[70] The Government asserts that Southern's damages should be reduced by 13 (22 casks – 9 casks) casks - $7,697,000 for 10 HI-STORM casks and $14,919,855 for 3 HI-STAR casks. (Tr. 2368-72) (Johnson Test.)