# Exhibit A

BSB

BALCH & BINGHAM LLP

Alabama • Georgia • Mississippi • Washington, DC

Attorneys and Counselors
1710 Sixth Avenue North
P.O. Box 306 (35201-0306)
Birmingham, AL 35203-2015
(205) 251-8100
(205) 226-8798 Fax
www.balch.com

M. Stanford Blanton
(205) 226-3417

(205) 488-5879 (direct fax)
sblanton@balch.com

October 7, 2005

BY FACSIMILE (202) 307-2503
BY U.S. MAIL

John C. Ekman
Trial Attorney
U. S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L. Street N.W.
8th Floor
Washington, D.C. 20530

Dear John:

In accordance with our agreement and the Court's Order of September 16, 2005, attached are the designations of deposition and trial transcript pages that Southern Nuclear, et. al will offer in its case in chief in this matter.

Also in accordance with the Court's order, please be advised that we expect our order of witnesses will be as follows:

Lou Long
Bruce Hunt
Ronald Cocherell
Eileen Supko
David Bland
James Wade
Tom Mccallum
Dewade Pittman
Rich Sieracki
Ken Metcalfe

The order of witnesses described is tentative, based on the availability of the witness due to travel requirements, etc. For instance, Mr. Bland will need to testify on October 21, 2005 due to travel and work obligations, and therefore may be called out of order. Similarly, Mr. Hunt's health situation may require a small adjustment in the order in which he will testify. Finally, Mr. Pittman's testimony may become unnecessary depending on the progress achieved in resolving the remaining audit issues. We will advise you of any changes in the proposed order or if a witness will not be called as promptly as practicable.

Don't hesitate to call if you have questions.

Sincerely,

M. Stanford Blanton

MSB:dc
Attachment

**SOUTHERN NUCLEAR OPERATING COMPANY, INC., ET AL**
**V. U.S.**
**98-614C IN COURT OF FEDERAL CLAIMS**
**DEPOSITION EXCERPTS**

| NO. | DEPOSITION | DATE | PAGE NOS. |
|---|---|---|---|
| 1. | Lake H. Barrett (Southern Nuclear, et al. v. U.S. (Consolidated) – 98-614C) Volume 1 | 04/22/02 | 1-9,,49-60, 74-80, 85-96, 117-123, 197-200, 205-208, g 214-220 |
| 2. | Lake H. Barrett (Southern Nuclear, et al. v. U.S. (Consolidated) – 98-614C) Volume 2 | 04/23/02 | 275-281, 337-352, 381-384, 401-404, 409-412, 449-456, 473-476, 489-492, 521-522 |
| 3. | Lake H. Barrett (Southern Nuclear, et al. v. U.S. (Consolidated) – 98-614C) Volume 3 | 04/26/02 | 527-534, 555-574, 579-594, 619-622, 707-718, 739-742, 771-782, 787-804 |
| 4. | Lake H. Barrett (Southern Nuclear, et al. v. U.S. (Consolidated) – 98-614C) Volume IV | 05/08/02 | 826-833, 900, 910-925, 942-953, 955, 962-965, 1014-1015, 1062-1065, 1094-1099 |
| 5. | Lake H. Barrett (Southern Nuclear, et al. v. U.S. (Consolidated) – 98-614C) Volume V | 05/10/02 | 1104-1112, 1133, 1148, 1152-1167, 1244-1247, 1328-1343, 1347, 1350-1357, 1367-1375, 1390-1393, 1416-1422, 1427, 1432-1434 |

| NO. | DEPOSITION | DATE | PAGE NOS. |
|---|---|---|---|
| 6. | Lake H. Barrett (Yankee v. U.S. – 98-126C, 98-474C) | 05/14/02 | 1-4, 118-125, 238-239 |
| 7. | Alan Brownstein (Southern Nuclear, et al. v. U.S. (Consolidated) – 98-614C) Volume 1 | 04/09/02 | 1-5, 58-61, 66-81, 126-145, 174-177, 238-242 |
| 8. | Alan Brownstein (Southern Nuclear, et al. v. U.S. (Consolidated) – 98-614C) Volume 2 | 04/10/02 | 242-246, 275-286, 327-338, 367-378, 411-414, 447-454, 467 |
| 9. | Alan Brownstein (Southern Nuclear, et al. v. U.S. (Consolidated) – 98-614C) Volume 3 | 04/11/02 | 467-471, 512-519, 728-731, 780-781 |
| 10. | Alan Brownstein (Yankee v. U.S. – 98-126C) Volume 2 | 06/14/02 | 246, 291-306, 423-430, 439-440 |
| 11. | Billy M. Cole (Southern Nuclear, et al. v. U.S. (Consolidated) – 98-614C) Volume 1 | 03/12/02 | 1-9, 34-41, 54-57, 78-81, 102-113, 126-133, 158-165, 170-181, 198-205, 242-245 |
| 12. | Billy M. Cole (Southern Nuclear, et al. v. U.S. (Consolidated) – 98-614C) Volume 2 | 03/13/02 | 245-253, 306-309, 342-349, 362-365 |
| 13. | Susan Klein (Southern Nuclear, et al. v. U.S. (Consolidated) – 98-614C) Volume 1 | 04/24/02 | 1-4, 77-84, 101-112, 121-124, 149-152, 165-172, 237-244, 269-272 |
| 14. | Susan Klein (Southern Nuclear, et al. v. U.S. (Consolidated) – 98-614C) Volume 2 | 04/25/02 | 275-276, 288-290, 351-353 |
| 15. | Christopher A. Kouts (Yankee v. U.S. – 98-126C) | 06/04/99 | 1-4, 70-71, 77-86, 90-94 |
| 16. | Christopher Alexander Kouts (Indiana Michigan v. U.S. – 98-486C & 621C) Volume 1 | 01/30/04 | 1-4, 83-87, 177-179, 190-192 |

| NO. | DEPOSITION | DATE | PAGE NOS. |
|---|---|---|---|
| 17. | Christopher A. Kouts (Southern Nuclear, et al. v. U.S. – 98-614C) | 04/11/05 | 1-6, 7-10, 13-14, 17-28, 31-33, 45-47, 50, 69-72, 74-75, 83-84, 95-96, 105-106 |
| 18. | Michael J. Lawrence (Yankee v. U.S. – 98-126C) | 05/20/02 | 1, 22-25, 42-101, 130-133, 142-153, 186-189, 198-226 |
| 19. | Michael J. Lawrence (Yankee v. U.S. – 98-126C) | 05/21/02 | 227, 244-251, 300-307, 320-339, 356-359 |
| 20. | Patrick McDuffie (Yankee v. U.S. – 98-126C) | 03/18/02 | 1, 34-41, 70-73, 110-117, 162-165, 182-184 |
| 21. | Ronald Milner (Southern Nuclear, et al. v. U.S. (Consolidated) – 98-614C Volume I | 05/01/02 | 1-8, 36-38, 42-45, 66-67, 72-74, 76-79, 81-85, 87-88, 90-92, 98-100, 107-108, 114-117, 131-133, 139-140, 160-165, 166-169, 194-197 |
| 22. | Ronald Milner (Southern Nuclear, et al. v. U.S. (Consolidated) – 98-614C Volume II | 05/02/02 | 197-209, 214-217, 246-253, 270-277, 279-281, 304-305, 321-323, 326-327, 330-337, 344-347, 366-368, 374-381, 390-397, 402-403 |
| 23. | Ronald Milner (Southern Nuclear, et al. v. U.S. (Consolidated) – 98-614C Volume III | 05/03/02 | 403-415, 425, 524-527, 550-565, 568-578 |
| 24. | Ronald Milner (Yankee Atomic, et al. v. U.S. - 98-126C, 154C, and 474C Volume IV | 05/07/02 | 579-587, 596-598, 600-601, 618-623, 630-632, 667-668, 681, |

| NO. | DEPOSITION | DATE | PAGE NOS. |
| --- | --- | --- | --- |
| | | | 683, 704-715, 728-732 |
| 25. | Ronald Milner (Yankee Atomic, et al. v U.S. – 98-126C, 154C, and 474C Volume II | 05/08/02 | 220 |
| 26. | Robert L. Morgan (Southern Nuclear, et al. v. U.S. (Consolidated) – 98-614C) Volume 1 | 03/21/02 | 1-8, 16-17, 22-29 34, 36-52, 54-55, 57-60, 63-64, 67-72, 73-77, 83-88, 93-100, 104-116, 118-123, 125-130, 133-141, 149-156, 168-169, 173-176, 178, 197-212 |
| 27. | Robert L. Morgan (Southern Nuclear, et al. v. U.S. (Consolidated) – 98-614C Volume 2 | 03/22/02 | 213-220, 221-240, 313-316, 325-330 |
| 28. | Robert L. Morgan (Yankee, et al. v. U.S. – 98-126C, 98-154C, 98-474C) | 06/25/02 | 1, 10-13, 134-137, 146-149, 170-172 |
| 29. | Thomas Pollogg (Southern Nuclear, et al. v. U.S. (Consolidated) – 98-614C Volume 1 | 04/11/02 | 1-4, 10-13, 15-16, 34-37, 39, 48-50, 62 70, 94-98, 124-125, 162-165, 178-181, 185-188, 202-205, 214-217 |
| 30. | Thomas Pollogg (Southern Nuclear, et al. v. U.S. (Consolidated) – 98-614C) Volume 2 | 04/12/02 | 1-7, 10-13, 20, 41, 43 50, 58, 105, 109, 134-137, 144, 174-178 |

| NO. | DEPOSITION | DATE | PAGE NOS. |
|---|---|---|---|
| 31. | Thomas Pollogg (Yankee Atomic, et al. v. U.S. - 98-126C, 154C, and 474C | 05/16/02 | 274-278, 281, 294-295, 299, 306, 309, 319-320, 322, 323-324, 328, 330-335, 345, 347, 376-377, 382-383, 385-387, 393, 408, 410-413, 415-416, 423, 431-432, 437, 438-439, 492 |
| 32. | Thomas Pollogg (Yankee Atomic, et al. v. U.S. - 98-126C, 154C, and 474C Part 2 | 05/22/02 | 557, 558-559, 563-564, 576-577, 604, 605, 659, 667, 668-669 |
| 33. | Robert M. Rosselli (Southern Nuclear, et al. v. U.S. (Consolidated) – 98-614C) Volume 1 | 04/15/02 | 1-4, 49-56, 93-96, 137-152, 177-184 |
| 34. | Ben Rusche (Yankee, et al. v. U.S. – 98-126C, 98-154C, 98-474C) Volume 1 | 05/16/02 | 1, 42-49, 154-161, 170-173, 242-249, 298-301 |
| 35. | Ben Rusche (Yankee, et al. v. U.S. – 98-126C, 98-154C, 98-474C) Volume 2 | 05/17/02 | 304, 329-332, 337-344, 365-380, 497-498 |
| 36. | Nancy Slater (Yankee v. U.S. – 98-126C) | 04/21/99 | 1-4, 161-164, 206-209, 230-233, 238-245 |
| 37. | Nancy Slater (Yankee v. U.S. – 98-126C) | 06/13/02 | 1, 94-101, 106-113, 162-165 |
| 38. | Victor Trebules (Southern Nuclear, et al. v. U.S. (Consolidated) – 98-614C) Volume 1 | 04/17/02 | 1-8, 17-36, 42, 44-46, 49-64, 93, 96-101, 107, 121-132, 160-161, 169-172, 177-180, 237-240 |
| 39. | Victor Trebules (Southern Nuclear, et al. v. U.S. (Consolidated) – 98-614C) Volume 2 | 04/18/02 | 242-249, 274-275, 277-279, 326-328, 337-338, 347-348 |

| NO. | DEPOSITION | DATE | PAGE NOS. |
|---|---|---|---|
| 40. | Victor Trebules (Yankee Atomic, et al. v. U.S. - 98-126C, 154C, and 474C) Volume 1 | 04/18/02 | 1-4, 17-28, 86-88, 90, 92-94, 125-126, 157-160 |
| 41. | David Zabransky (Southern Nuclear, et al. v. U.S. (Consolidated) – 98-614C Volume 1 | 04/17/02 | 1-11, 12-17, 30-42, 45-54, 57-60, 63-65, 77-80, 85-95, 97-112, 130-131, 143-147, 158-160, 162-164, 181-184, 221-224 |
| 42. | David Zabransky (Southern Nuclear, et al. v. U.S. (Consolidated) – 98-614C Volume 2 | 04/18/02 | 227-237, 257-258, 292-293, 295-298, 300-306, 317-330, 334-368, 371-381, 415-442, 455-458 |
| 43. | David Zabransky (Southern Nuclear, et al. v. U.S. (Consolidated) – 98-614C Volume 3 | 04/19/02 | 460-469, 636-639, 668-671, 681-685, 716-722 |
| 44. | David Zabransky (Yankee, et al. v. U.S. – 98-126C, 98-154C, 98-474C) | 06/06/02 | 208, 241-248, 385-389 |
| 45. | David Zabransky (Southern Nuclear, et al. v. U.S. (Consolidated) – 98-614C) | 04/12/05 | 1-5, 8, 13-14, 18-22, 24, 26, 30-45, 47-55, 59-61, 62-64, 70-71, 75-76 |

**SOUTHERN NUCLEAR OPERATING COMPANY, INC., ET AL**
**V. U.S.**
**98-614C IN COURT OF FEDERAL CLAIMS**
**EXCERPTS FROM TRIAL TRANSCRIPT**
**YANKEE, ET AL. V. U.S.**
**98-126C, 98-154C & 98-474C**
**IN COURT OF FEDERAL CLAIMS**
**July 12, 2004-August 31, 2004**

| NO. | DESCRIPTION OF TESTIMONY | DATE | PAGE NOS. | EXH. NOS. (YA Exh. #'s) |
|---|---|---|---|---|
| 1. | Testimony of **Christopher Kouts**, Director of Office of Systems Analysis and Strategy Development, DOE | 08/02/04 | 1344-1345 | |
| | **Christopher Kouts** | 08/02/04 | 1349-3451 | |
| | **Christopher Kouts** | 08/02/04 | 3454-3455 | 167 (P0254) |
| | **Christopher Kouts** | 08/02/04 | 3471-3474 | 167, 170 (P0254, D0664) |
| | **Christopher Kouts** | 08/02/04 | 3499 | |
| | **Christopher Kouts** | 08/02/04 | 3505-3508 | |
| | **Christopher Kouts** | 08/02/04 | 3540-3541 | |
| 2. | Testimony of **Ronald Milner**, Chief Operating Officer, Office of Civilian Radioactive Waste Management at the Department of Energy | 08/11/04 | 4723 | |
| | **Ronald Milner** | 08/11/04 | 4725-4726 | |
| | **Ronald Milner** | 08/11/04 | 4736-4737, 4739 | (D0130, D0023) |
| | **Ronald Milner** | 08/11/04 | 4741-4742 | (P0629) |
| | **Ronald Milner** | 08/11/04 | 4745 | |
| | **Ronald Milner** | 08/11/04 | 4749-4752 | |

| NO. | DESCRIPTION OF TESTIMONY | DATE | PAGE NOS. | EXH. NOS. (YA Exh. #'s) |
|---|---|---|---|---|
| | **Ronald Milner** | 08/11/04 | 4761-4762, 4764 | |
| | **Ronald Milner** | 08/11/04 | 4772 | |
| 3. | Testimony of **Thomas Pollog**, Contracting Officer's Technical Representative, Office of Civilian Radioactive Waste Management, the Office of Systems Analysis and Strategy Development | 08/04/04 | 3953-3957 | |
| | **Thomas Pollog** | 08/04/04 | 3962-3964 | 533 |
| | **Thomas Pollog** | 08/04/04 | 3968-3973 | 533 |
| | **Thomas Pollog** | 08/04/04 | 4000-4003 | 577 |
| | **Thomas Pollog** | 08/04/04 | 4037-4039 | 74 (D30.001) |
| 4. | Testimony of **Dave Zabransky**, Contracting Officer, Department of Energy, Office of Civilian Radioactive Waste Management, Office of Systems Analysis and Strategy Development | 08/05/04 | 4113-4114 | |
| | **Dave Zabransky** | 08/05/04 | 4116-4118 | |
| | **Dave Zabransky** | 08/05/04 | 4123-4124 | |
| | **Dave Zabransky** | 08/05/04 | 4126-4128 | |
| | **Dave Zabransky** | 08/05/04 | 4130 | |
| | **Dave Zabransky** | 08/05/04 | 4146-4151 | |
| | **Dave Zabransky** | 08/05/04 | 4157 | |
| | **Dave Zabransky** | 08/05/04 | 4159 | |
| | **Dave Zabransky** | 08/05/04 | 4162-4163 | |
| | **Dave Zabransky** | 08/05/04 | 4166 | |
| | **Dave Zabransky** | 08/05/04 | 4168-4169 | |

| NO. | DESCRIPTION OF TESTIMONY | DATE | PAGE NOS. | EXH. NOS. (YA Exh. #'s) |
|---|---|---|---|---|
| | **Dave Zabransky** | 08/05/04 | 4172 | |
| | **Dave Zabransky** | 08/05/04 | 4188-4189 | |
| | **Dave Zabransky** | 08/05/04 | 4192 | |
| | **Dave Zabransky** | 08/05/04 | 4235-4236 | |

**SOUTHERN NUCLEAR OPERATING COMPANY, INC., ET AL**
**V. U.S.**
**98-614C IN COURT OF FEDERAL CLAIMS**
**EXCERPTS FROM TRIAL TRANSCRIPT**
**TENNESSEE VALLEY AUTHORITY V. U.S.**
**01-249C**
**IN COURT OF FEDERAL CLAIMS**
**July 12, 2005**

| NO. | DESCRIPTION OF TESTIMONY | DATE | PAGE NOS. | EXH. NOS. (YA Exh. #'s) |
|---|---|---|---|---|
| 1. | Testimony of **Thomas Pollog**, Contracting Officer's Technical Representative, Office of Civilian Radioactive Waste Management, the Office of Systems Analysis and Strategy Development | 07/12/05 | 1660-1661 | |

795424.1

B&B

BALCH & BINGHAM LLP

Alabama • Georgia • Mississippi • Washington, DC

Attorneys and Counselors
1710 Sixth Avenue North
P.O. Box 306 (35201-0306)
Birmingham, AL 35203-2015
(205) 251-8100
(205) 226-8798 Fax
www.balch.com

M. Stanford Blanton
(205) 226-3417

(205) 488-5879 (direct fax)
sblanton@balch.com

October 7, 2005

BY FACSIMILE (202) 307-2503
BY U.S. MAIL

John C. Ekman
Trial Attorney
U. S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L. Street N.W.
8th Floor
Washington, D.C. 20530

Dear John:

I have attached revised trial transcript pages that Southern Nuclear, et. al will offer in this matter, which include excerpts from the testimony of Robert L. Morgan in the trial of Yankee Atomic v. United States, which were inadvertently omitted from our letter of October 7, 2005. There are no other changes.

Don't hesitate to call if you have questions.

Sincerely,

M. Stanford Blanton

MSB:dc
Attachment

**SOUTHERN NUCLEAR OPERATING COMPANY, INC., ET AL**
**V. U.S.**
**98-614C IN COURT OF FEDERAL CLAIMS**
**<u>EXCERPTS FROM TRIAL TRANSCRIPT</u>**
**YANKEE, ET AL. V. U.S.**
**98-126C, 98-154C & 98-474C**
**IN COURT OF FEDERAL CLAIMS**
**July 12, 2004-August 31, 2004**

| NO. | DESCRIPTION OF TESTIMONY | DATE | PAGE NOS. |
|---|---|---|---|
| 1. | Testimony of **Christopher Kouts,** Director of Office of Systems Analysis and Strategy Development, DOE | 08/02/04 | 1344-1345 |
| | **Christopher Kouts** | 08/02/04 | 1349-3451 |
| | **Christopher Kouts** | 08/02/04 | 3454-3455 |
| | **Christopher Kouts** | 08/02/04 | 3471-3474 |
| | **Christopher Kouts** | 08/02/04 | 3499 |
| | **Christopher Kouts** | 08/02/04 | 3505-3508 |
| | **Christopher Kouts** | 08/02/04 | 3540-3541 |
| 2. | Testimony of **Ronald Milner,** Chief Operating Officer, Office of Civilian Radioactive Waste Management at the Department of Energy | 08/11/04 | 4723 |
| | **Ronald Milner** | 08/11/04 | 4725-4726 |
| | **Ronald Milner** | 08/11/04 | 4736-4737, 4739 |
| | **Ronald Milner** | 08/11/04 | 4741-4742 |
| | **Ronald Milner** | 08/11/04 | 4745 |
| | **Ronald Milner** | 08/11/04 | 4749-4752 |

| NO. | DESCRIPTION OF TESTIMONY | DATE | PAGE NOS. |
|---|---|---|---|
| | **Ronald Milner** | 08/11/04 | 4761-4762, 4764 |
| | **Ronald Milner** | 08/11/04 | 4772 |
| 3. | Testimony of **Robert L. Morgan** | 08/03/04 | 3669-3680 |
| | **Robert L. Morgan** | 08/03/04 | 3682-3686 |
| 4. | Testimony of **Thomas Pollog**, Contracting Officer's Technical Representative, Office of Civilian Radioactive Waste Management, the Office of Systems Analysis and Strategy Development | 08/04/04 | 3953-3957 |
| | **Thomas Pollog** | 08/04/04 | 3962-3964 |
| | **Thomas Pollog** | 08/04/04 | 3968-3973 |
| | **Thomas Pollog** | 08/04/04 | 4000-4003 |
| | **Thomas Pollog** | 08/04/04 | 4037-4039 |
| 5. | Testimony of **Dave Zabransky**, Contracting Officer, Department of Energy, Office of Civilian Radioactive Waste Management, Office of Systems Analysis and Strategy Development | 08/05/04 | 4113-4114 |
| | **Dave Zabransky** | 08/05/04 | 4116-4118 |
| | **Dave Zabransky** | 08/05/04 | 4123-4124 |
| | **Dave Zabransky** | 08/05/04 | 4126-4128 |
| | **Dave Zabransky** | 08/05/04 | 4130 |
| | **Dave Zabransky** | 08/05/04 | 4146-4151 |
| | **Dave Zabransky** | 08/05/04 | 4157 |
| | **Dave Zabransky** | 08/05/04 | 4159 |
| | **Dave Zabransky** | 08/05/04 | 4162-4163 |

| NO. | DESCRIPTION OF TESTIMONY | DATE | PAGE NOS. |
|---|---|---|---|
| | Dave Zabransky | 08/05/04 | 4166 |
| | Dave Zabransky | 08/05/04 | 4168-4169 |
| | Dave Zabransky | 08/05/04 | 4172 |
| | Dave Zabransky | 08/05/04 | 4188-4189 |
| | Dave Zabransky | 08/05/04 | 4192 |
| | Dave Zabransky | 08/05/04 | 4235-4236 |

B&B

BALCH & BINGHAM LLP

Alabama • Georgia • Mississippi • Washington, DC

M. Stanford Blanton
(205) 226-3417

Attorneys and Counselors
1710 Sixth Avenue North
P.O. Box 306 (35201-0306)
Birmingham, AL 35203-2015
(205) 251-8100
(205) 226-8798 Fax
www.balch.com

(205) 488-5879 (direct fax)
sblanton@balch.com

October 11, 2005

COPY OF LETTER BY FACSIMILE (202) 307-2503
LETTER & ATTACHMENTS BY FEDEX

John C. Ekman
Trial Attorney
U. S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L. Street N.W.
8th Floor
Washington, D.C. 20530

Dear John:

In response to your letter of today's date, I am forwarding copies of the pages of deposition testimony and trial testimony which the plaintiffs have designated pursuant to the Court's September 16, 2005 order.

Sincerely,

M. Stanford Blanton

MSB:dc
Attachments