# In the United States Court of Federal Claims

No. 98-614C
(Filed April 19, 2006)

******************************
SOUTHERN NUCLEAR *
OPERATING COMPANY, *
ALABAMA POWER COMPANY, *
GEORGIA POWER COMPANY, *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
******************************

## ORDER

By telephone call on April 19, 2006, counsel for defendant, John C. Ekman, notified the court that parties have agreed on possible dates for oral argument.

Accordingly, it is **ORDERED** that oral argument shall be held on July 11, 2006, at 11:00 p.m., at The National Courts Building, 717 Madison Place, NW, Washington, DC. The courtroom location will be posted in the lobby.

s/ James F. Merow
James F. Merow
Senior Judge