# In the United States Court of Federal Claims

No. 98-614C
(Filed April 20, 2006)

| | |
|---|---|
| SOUTHERN NUCLEAR OPERATING COMPANY, ALABAMA POWER COMPANY, GEORGIA POWER COMPANY, | * |
| Plaintiffs, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

**CORRECTED ORDER**

By telephone call on April 19, 2006, counsel for defendant, John C. Ekman, notified the court that parties have agreed on possible dates for oral argument.

Accordingly, it is **ORDERED** that oral argument shall be held on July 11, 2006, at **1:00 p.m.**, at The National Courts Building, 717 Madison Place, NW, Washington, DC. The courtroom location will be posted in the lobby.

s/ James F. Merow
James F. Merow
Senior Judge