# In the United States Court of Federal Claims

No. 98-614C
(Filed May 10, 2006)

*******************************
SOUTHERN NUCLEAR *
OPERATING COMPANY, *
ALABAMA POWER COMPANY, *
GEORGIA POWER COMPANY, *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*******************************

## ORDER

Defendant seeks an additional 21 days to file its post-trial brief in this matter, and corresponding additional time for plaintiffs' reply. The reasons cited for the time sought concern the extent of plaintiffs' post-trial brief and and scheduled work on other spent cases.

Plaintiffs oppose defendant's time enlargement request noting that plaintiffs filed their post-trial brief in the time period scheduled and that defendant does not cite any basis for the enlargement that was not known when the time was scheduled in January of 2006. It is noted, however, that the cited pre-trial brief in *Pacific Gas and Electric Co.*, No. 04-0074, was scheduled for May 1, 2006 by an order, filed 3/24/06.

It is noted that the parties suggested approximately equal successive time periods for the preparation of the post-trial briefs, but that defendant's submission must also address plaintiffs' prior filing. In this respect, given plaintiffs' comprehensive submission, there is some room to credit defendant's expressed need for extra time, despite the fact that time was available to defendant for work on its submission during plaintiffs' preparation period.

While correctly noting defendant's failure to meet the agreed schedule, plaintiffs have not demonstrated that any prejudice will ensue if time is adjusted as defendant requests. In this circumstance it is concluded that, to obtain the highest level of assistance from counsel, additional time should be provided and it is **ORDERED** that defendant's motion for enlargements of time, filed April 24, 2006, is **GRANTED** so that the time for defendant's post-trial brief is **ENLARGED** to and including May 19, 2006 and the time for plaintiffs' reply is **ENLARGED** to and including June 16, 2006.

s/ James F. Merow
James F. Merow
Senior Judge