IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SOUTHERN NUCLEAR OPERATING COMPANY; ALABAMA POWER COMPANY; and GEORGIA POWER COMPANY, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 98-614C (Senior Judge Merow) |
| UNITED STATES, | ) | |
| Defendant. | ) | |

## DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE ITS POST-TRIAL BRIEF

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests an enlargement of time of three days, to and including May 22, 2006, in which to file its post-trial brief. Our post-trial brief currently is due on May 19, 2006. The Court previously granted the Government an enlargement of time of 21 days for this purpose. Counsel for plaintiffs, M. Stanford Blanton, has represented that the plaintiffs do not oppose this motion.

The instant motion is precipitated by the time needed to complete the Government's internal review of its post-trial brief, complete the citations to the record and applicable case law, and finalize the necessary tables. As the Court may be aware, counsel for the Government in this case is also preparing for a trial in another spent nuclear fuel case, Pacific Gas & Electric Co. v. United States, Nos. 04-0074C & 04-0075C (Fed. Cl.), which is scheduled to begin on June 5, 2006. Counsel has been required to respond during the past week to a number of motions *in limine* that the plaintiff filed in that case, to file briefing on the admissibility of many of the exhibits that the plaintiff in that case has proposed, and to review and modify the Government's exhibit lists for filing no later than today in anticipation of a pre-trial conference scheduled for

May 23, 2006, during which all of the parties' objections to exhibits will be reviewed and discussed. With all of the work required in the PG&E case, and despite our best efforts, we have been unable to complete the process of finalizing the post-trial brief in this case, including necessary reviews of the brief. To permit us an opportunity to complete that process, we respectfully request that the Court grant us an additional three days to complete and file our post-trial brief. The requested enlargement will not affect the closing arguments, currently scheduled for July 11, 2006.

For the foregoing reasons, we respectfully request that the Court grant this request for an enlargement through and including May 22, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

OF COUNSEL:

JANE K. TAYLOR
Office of the General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

STEPHEN FINN
JOSHUA GARDNER
HEIDE L. HERRMANN
MARIAN E. SULLIVAN
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530

May 19, 2006

s/ John C. Ekman
JOHN C. EKMAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

Tele: (202) 353-0897
Fax: (202) 307-2503

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 19th day of May, 2006, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE ITS POST-TRIAL BRIEF" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ John C. Ekman