# In the United States Court of Federal Claims

No. 98-614C
(Filed May 19, 2006)

*******************************
SOUTHERN NUCLEAR *
OPERATING COMPANY, *
ALABAMA POWER COMPANY, *
GEORGIA POWER COMPANY, *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*******************************

## ORDER

On May 19, 2006, Defendant's Unopposed Motion for an Enlargement of Time to File Its Post-Trial Brief was filed. Defendant requests an enlargement of time of three days, to and including May 22, 2006, in which to file its post-trial brief.

Accordingly, it is **ORDERED** that defendant's unopposed motion, filed May 19, 2006, is **GRANTED**.

s/ James F. Merow
James F. Merow
Senior Judge