IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SOUTHERN NUCLEAR OPERATING COMPANY; ALABAMA POWER COMPANY; and GEORGIA POWER COMPANY, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 98-614C (Senior Judge Merow) |
| UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S CORRECTED MOTION FOR
AN ENLARGEMENT OF TIME TO FILE ITS POST-TRIAL BRIEF

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests an enlargement of time of two days, to and including May 24, 2006, in which to file its post-trial brief. Our post-trial brief currently is due on May 22, 2006. The Court previously granted the Government's two motions for an enlargement of time of 21 days and three days, respectively, for this purpose. The Government filed this motion for an enlargement of time earlier today indicating that Government counsel has left a message for counsel for plaintiffs, M. Stanford Blanton, seeking plaintiffs' position regarding the motion, and that as of the filing of this motion, counsel for plaintiffs has not responded. However, the caption of the motion indicated that the motion was "unopposed," which was incorrect.

The instant motion is precipitated by the time needed to complete the Government's internal review of its post-trial brief, complete the citations to the record and applicable case law, and finalize the necessary tables. Although counsel had expected that this review would be complete by today, counsel's supervisors have asked counsel to seek additional time so that this review may be completed. In addition, as the Court is aware, counsel for the Government in this

case is also preparing for a trial in another spent nuclear fuel case, Pacific Gas & Electric Co. v. United States, Nos. 04-0074C & 04-0075C (Fed. Cl.), which is scheduled to begin on June 5, 2006. On Saturday, May 20, 2006, the Court in that case issued an 11-page order identifying the topics to be discussed at the pre-trial conference scheduled for tomorrow, May 23, 2006. Because of the preparation necessitated by this order, counsel of record in this case has left the completion of the brief to other counsel, who require additional time to finalize the post-trial brief. To permit us an opportunity to complete that process, we respectfully request that the Court grant us an additional two days to complete and file our post-trial brief. The requested enlargement will not affect the closing arguments, currently scheduled for July 11, 2006.

For the foregoing reasons, we respectfully request that the Court grant this request for an enlargement through and including May 24, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

OF COUNSEL:

JANE K. TAYLOR
Office of the General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

STEPHEN FINN
JOSHUA GARDNER
HEIDE L. HERRMANN
MARIAN E. SULLIVAN
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530

May 22, 2006

s/ John C. Ekman by Marian E. Sullivan
JOHN C. EKMAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

Tele: (202) 353-0897
Fax: (202) 307-2503

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 22nd day of May, 2006, a copy of foregoing "DEFENDANT'S CORRECTED MOTION FOR AN ENLARGEMENT OF TIME TO FILE ITS POST-TRIAL BRIEF" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Marian E. Sullivan