# In the United States Court of Federal Claims

**98-614C**

**Filed: July 6, 2006**

**SOUTHERN NUCLEAR OPERATING COMPANY ALABAMA POWER COMPANY and GEORGIA POWER COMPANY**

**v.**

**THE UNITED STATES**

**Cumulative Index (one volume) with Plaintiff Exhibits: 1-876 on cdrom and Defendant Exhibits: 1-338 on cdrom**
**Washington, D.C.**
**October 17, 2005 through October 27, 2005**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.