# In the United States Court of Federal Claims

No. 98-614C
(Filed November 21, 2006)

********************************
SOUTHERN NUCLEAR OPERATING COMPANY, ALABAMA POWER COMPANY, GEORGIA POWER COMPANY,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
********************************

## ORDER

On November 20, 2006, Defendant's Motion for an Enlargement of Time to Respond the Court's Order Dated November 1, 2006, was filed. Defendant requests an enlargement of time to and including December 11, 2006. Also on November 20, 2006, Plaintiffs' Opposition to the Defendant's Motion for an Extension of Time to File Its Supplemental Brief and Plaintiffs' Motion for Leave to File Its Brief Simultaneously With The Government's Brief was filed.

For the limited issue on which briefing was requested, the enlargement sought by defendant is excessive. The need for some additional time has been shown.

Accordingly, it is **ORDERED**: That the time for simultaneous supplemental briefs, set by the Order, filed November 1, 2006, shall be **ENLARGED** to December 5, 2006, with responsive briefs to be filed on or before December 18, 2006.

s/ James F. Merow
James F. Merow
Senior Judge