# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

**(Electronically Filed on December 6, 2006)**

| | | |
|---|---|---|
| **SOUTHERN NUCLEAR OPERATING COMPANY, ALABAMA POWER COMPANY AND GEORGIA POWER COMPANY,** | ) | |
| **Plaintiffs,** | ) | **No. 98-614C** |
| | ) | **(Senior Judge Merow)** |
| **v.** | ) | |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF 40 MINUTES OUT OF TIME**

Plaintiffs Alabama Power Company, Georgia Power Company, and Southern Nuclear Operating Company, Inc. (collectively, "Southern") respectfully submit this Motion for Leave to File Supplemental Brief 40 Minutes Out of Time. Due to computer difficulties, Southern was unable to electornically file its Supplemental Brief by midnight Eastern Time December 5, 2006, as required by this Court's November 21, 2006 Order. By continuing to work on the difficulties, Southern was able to file it Supplemental brief by 12:40 a.m. Eastern Time – within 40 minutes of the deadline. Thus, there is no prejudice to the Government. Southern respectfully requrests that this Court grant this Motion for Leave to File Supplemental Brief 40 Minutes Out of Time.

Respectfully submitted,

Dated: December 6, 2006

s/ M. Stanford Blanton

M. Stanford Blanton
BALCH & BINGHAM LLP
1710 Sixth Avenue North
Birmingham, AL 35203
Telephone: (205) 226-3417
Facsimile: (205) 226-8798

*COUNSEL OF RECORD FOR PLAINTIFFS*

***Of Counsel*:**

Ed R. Haden
K. C. Hairston
BALCH & BINGHAM LLP
1710 Sixth Avenue North
Birmingham, AL 35203
Telephone: (205) 251-8100
Facsimile: (205) 226-8798

Ronald A. Schechter
Jeffrey L. Handwerker
Matthew M. Shultz
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1202
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of December, 2006, a copy of the foregoing "PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF 40 MINUTES OUT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ M. Stanford Blanton