# In the United States Court of Federal Claims

No. 98-614C
(Filed December 7, 2006)

| | |
|---|---|
| SOUTHERN NUCLEAR OPERATING COMPANY, ALABAMA POWER COMPANY, GEORGIA POWER COMPANY, | * |
| Plaintiffs, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## ORDER

On December 6, 2006, Plaintiffs' Motion for Leave to File Supplemental Brief 40 Minutes Out of Time was filed.

Accordingly, it is **ORDERED** that plaintiffs' motion, filed December 6, 2006, is **GRANTED** and plaintiffs' supplemental brief, also filed on December 6, 2006, is deemed **FILED** by leave of the court.

s/ James F. Merow
James F. Merow
Senior Judge