# In the United States Court of Federal Claims

**No. 98-614 C**

**SOUTHERN NUCLEAR OPERATING COMPANY, ALABAMA POWER COMPANY, GEORGIA POWER COMPANY,**

**v.**

**THE UNITED STATES**

**JUDGMENT**

Pursuant to the court's Published Opinion, filed July 9, 2007,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that damages are awarded in favor of plaintiffs. Plaintiff, Alabama Power Company, shall recover of and from the United States the total amount of $17,278,000.00, and plaintiff, Georgia Power Company, shall recover of and from the United States the amounts of $57,203,080.00 for the Hatch Plant, and $2,716,000.00 for the Vogtle Plant, for a total award to plaintiff, Georgia Power Company of $59,919,080.00.

Brian Bishop
Clerk of Court

**July 10, 2007** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.