# In the United States Court of Federal Claims

No. 98-614C
(Filed July 24, 2007)

```
******************************
SOUTHERN NUCLEAR               *
OPERATING COMPANY,             *
ALABAMA POWER COMPANY,         *
GEORGIA POWER COMPANY,         *
                               *
                  Plaintiffs,  *
                               *
          v.                   *
                               *
THE UNITED STATES,             *
                               *
                  Defendant.   *
******************************
```

## ORDER

Defendant filed a motion for reconsideration on July 24, 2007. Pursuant to RCFC 59(b), a response to this motion is requested. The response shall be filed on or before August 10, 2007.

s/ James F. Merow
James F. Merow
Senior Judge