United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

December 6, 2007

Melvin Stanford Blanton, Esq.

Balch & Bingham

1710 6th Avenue North

P.O. Box 306

Birmingham, AL 35203

In re: Southern Nuclear Operating Company, Alabama Power Company, Georgia Power Company v. United States, No. 98-614 C

Dear Mr. Blanton:

I am enclosing the 28 U.S.C. §2517 certified transcript of judgment, dated July 11, 2007, in favor of plaintiffs, in the case listed above.

As to the procedure for obtaining payment of judgment, see the enclosed Instruction Sheet.

Yours truly,

Lisa L. Reyes

Lisa L. Reyes

Chief Deputy Clerk of Operations

Enclosures

cc: Marian Elizabeth Sullivan, Esq., Dept. Of Justice