#067552

ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
JAN 10 2008
U.S. COURT OF FEDERAL CLAIMS

SOUTHERN NUCLEAR OPERATING COMPANY; ALABAMA POWER COMPANY; and GEORGIA POWER COMPANY
Plaintiffs,

v.

THE UNITED STATES OF AMERICA

Defendant.

Civil Action No. 98-614C
(Senior Judge Merow)

## NOTICE OF APPEAL

Notice is hereby given that Southern Nuclear Operating Company, Alabama Power Company, and Georgia Power Company, plaintiffs in the above-captioned matter, cross-appeal to the United States Court of Appeals for the Federal Circuit from the final judgment entered in this case on July 10, 2007, as to which reconsideration was denied by the order dated November 1, 2007. The United States filed its notice of appeal in this case on January 2, 2008.

Respectfully submitted,

M. Stanford Blanton
BALCH & BINGHAM LLP
1710 Sixth Avenue South
Birmingham, AL 35203
(205) 251-8100

Ronald A. Schechter
Jeffrey L. Handwerker
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
(202) 942-5000

Attorneys for Plaintiffs

OF COUNSEL:
Ed R. Haden
KC Hairston
BALCH & BINGHAM LLP
1710 Sixth Avenue South
Birmingham, AL 35203
(205) 251-8100

January 10, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of January, 2008, I caused to be placed in the United States mail (postage prepaid, first-class mail) copies of the foregoing "NOTICE OF APPEAL," addressed as follows:

Jeffrey S. Bucholtz
Acting Assistant Attorney General

Jeanne E. Davidson
Director

Harold D. Lester, Jr.
Assistant Director

Marian E. Sullivan
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit 8th Floor
Washington, D.C. 20530

M. Stanford Blanton